Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
*Aptum Law*
1660 S Amphlett Blvd., Ste 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO,<br><br>Plaintiffs,<br><br>v.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No.: 5:22-cv-01932**<br><br>**CORPORATE DISCLOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Palm Street Capital LLC ("Palm Street") hereby files this Disclosure Statement. Palm Street has no parent corporation or publicly held corporation owning 10% or more of its stock.

. Dated:  March 26, 2022                                          Respectfully submitted,

                                                                            By        /s/  Jingyi Guo
                                                                                      Jingyi Guo (SBN 335448)
                                                                                      *Attorney for Plaintiffs*