Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Telephone: 650.475.6289
Facsimile: 510.987.8411
Email: Andy.liu@aptumlaw.us
*Attorneys for Plaintiffs Palm Street Capital LLC, Hailing Yu, and Jing Liao*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO<br><br>Plaintiff,<br><br>v.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01932-NC<br><br>**REQUEST FOR ENTRY OF DEFAULT AND SUPPORTING DECLARATION OF ZHENG LIU** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

    Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs Palm Street Capital LLC, Hailing Yu, and Jing Liao hereby requests that the Clerk of this Court enter a default in this matter against Defendant Caixing Xie on the ground that Defendant Xie has

1
**REQUEST FOR ENTRY OF DEFAULT**

failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

According to the Federal Rules of Civil Procedure, Rules 12(a)(1) and 15(a)(c), the deadline for Defendant Caixing Xie to respond has passed. *See* Declaration of Zheng Liu ("Liu Decl."), ¶ 9.

### A. Deadline for responding to Plaintiff's Complaint was July 5, 2022

Under this Court's order authorizing substitute service on Defendant Xie at his Saratoga home (ECF 9), Plaintiff completed substitute service of the Summons and Complaint on Defendant Caixing Xie on **June 13, 2022** as follows:

(A) on **June 3, 2022,** Plaintiffs personally served the Summons and Complaint on an Asian male adult at Defendant Xie at his Saratoga home (*see* ECF 16, Plaintiffs' Amended Proof Of Service Of Summons); and

(B) on June 3, 2022, Plaintiffs also mailed a copy of the Summons and Complaint by first-class mail, postage prepaid to Defendant Xie at his Saratoga home (*see* ECF 16, Plaintiffs' Certificate Of Mailing attached to their Amended Proof Of Service Of Summons And Complaint). Liu Decl., ¶ 3.

Thus, Defendant Xie had until ***July 5, 2022*** to respond to Plaintiff's complaint. Liu Decl., ¶ 3; *see* ECF 16.

### B. Deadline for responding to Plaintiff's First Amended Complaint was also July 5, 2022

On June 17, 2022, Plaintiffs filed a First Amended Complaint. Liu Decl., ¶ 4; *see* ECF 11. On **June 19, 2022**, Plaintiffs served the First Amended Complaint on Defendant Caixing Xie Saratoga home. Liu Decl., ¶ 5; *see* ECF 13.

Under Rule 15, Defendant Xie had the later of until (A) July 5, 2022 (21 days from the service of the original complaint) or (B) July 5, 2022 (14 days after service of the First Amended Complaint) to respond to the First Amended Complaint. Liu Decl., ¶ 6. Consequently, under Rule 15, Defendant Xie's responsive pleading to Plaintiff's First Amended Complaint was due on **July 5, 2022**. Liu Decl., ¶ 7.

Defendant Xie, however, has failed to file or serve an answer or any other responsive pleading and have not otherwise appeared to contest this action on or before on July 5, 2022. Liu Decl., ¶ 8.

According to the Federal Rules of Civil Procedure, Rules 12(a)(1) and 15(a)(3), the deadline for Defendant Xie to respond has passed. Liu Decl., ¶ 9.

Dated:  July 8, 2022                                                        Respectfully submitted,

By  _____
Zheng "Andy" Liu (SBN 279327)
*Attorney for Plaintiffs Palm Street Capital LLC, Hailing Yu, and Jing Liao*

Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Telephone: 650.475.6289
Facsimile: 510.987.8411
Email: Andy.liu@aptumlaw.us
*Attorneys for Plaintiffs Palm Street Capital LLC, Hailing Yu, and Jing Liao*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO<br><br>Plaintiff,<br><br>v.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01932-NC<br><br>**SUPPORTING DECLARATION OF ZHENG LIU** |

I, Zheng Liu, declare:

1. I am the Counsel of record for Plaintiff New East West Trading Inc. I am over 18 years of age and am not a party to the above-entitled action.

2. I have personal knowledge of the dispute between Plaintiff and all Defendants named in this action, as well efforts made by Plaintiff to serve the process on all Defendants.

**REQUEST FOR ENTRY OF DEFAULT**

3. Under this Court's order authorizing substitute service on Defendant Xie at his Saratoga home (ECF 9), Plaintiff completed substitute service of the Summons and Complaint on Defendant Caixing Xie on **June 13, 2022** as follows:

    (A) on **June 3, 2022,** Plaintiffs personally served the Summons and Complaint on an Asian male adult at Defendant Xie at his Saratoga home (*see* ECF 16, Plaintiffs' Amended Proof Of Service Of Summons); and

    (B) on June 3, 2022, Plaintiffs also mailed a copy of the Summons and Complaint by first-class mail, postage prepaid to Defendant Xie at his Saratoga home (*see* ECF 16, Plaintiffs' Certificate Of Mailing attached to their Amended Proof Of Service Of Summons And Complaint).

    Thus, Defendant Xie had until July 5, 2022 to respond to Plaintiff's complaint. See ECF 16.

4. On June 17, 2022, Plaintiffs filed a First Amended Complaint. *See* ECF 11.

5. On June 19, 2022, Plaintiffs served the First Amended Complaint on Defendant Caixing Xie. home *See* ECF 13.

6. Under Rule 15, Defendant Xie had the longer of until (A) July 5, 2022 (21 days from the service of the original complaint) and (B) July 5, 2022 (14 days after service of the First Amended Complaint) to respond to the First Amended Complaint.

7. Consequently, Defendant Xie's responsive pleading to Plaintiff's First Amended Complaint was due on July 5, 2022.

8. Defendant Xie, however, has failed to file or serve an answer or a responsive pleading and have not otherwise appeared to contest this action on or before on July 5, 2022.

9. According to the Federal Rules of Civil Procedure, Rules 12(a)(1) and 15(a)(3), the deadline for Defendant Xie to respond has passed.

**REQUEST FOR ENTRY OF DEFAULT**

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on July 8, 2022 in Foster City, California.

By _____

Zheng Liu

**REQUEST FOR ENTRY OF DEFAULT**

## CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to the within action; my business address is: 1660 S Amphlett Blvd Suite 315, San Mateo, CA 94402.

On July 8, 2022, I caused to be served the foregoing document:

**REQUEST FOR ENTRY OF DEFAULT AND SUPPORTING DECLARATION OF ZHENG LIU**

on all interested parties in this action by placing a true copy thereof addressed as follows:

> Caixing Xie
> 18255 Clemson Ave.
> Saratoga, CA 95070
> Caixing.Xie.cz@gmail.com

**[X] BY MAIL:** I caused to be deposited such envelope in the mail at San Jose, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, all mail is deposited with the U.S. Postal Service on the same day with postage thereon, fully prepaid at San Jose, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postage meter date is more than one day after date of deposit for mailing in the affidavit.

**[ ] BY PERSONAL SERVICE**: I caused a true and correct copy thereof enclosed in a sealed envelope to be delivered by hand to the above-named addressee(s).

**[ ] BY ELECTRONIC TRANSMISSION:** Based on an agreement of the parties to accept service by electronic transmission, I caused said document(s) to be sent to the person(s) at the e-mail address(es) listed in the service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[ ] BY OVERNIGHT COURIER:** I placed the FedEx package for overnight delivery in a box or location regularly maintained by FedEx at my office or I delivered the package to an authorized courier or driver authorized by FedEx to receive documents. The package was placed in a sealed envelope or package designated by FedEx with deliver fees paid or provided for, addressed as follows:

**[ ] BY FACSIMILE TRANSMISSION:** I caused the above-referenced document to be transmitted to the person(s) set forth in the attached service list, at the facsimile number(s)

**REQUEST FOR ENTRY OF DEFAULT**

set forth thereto. The facsimile machine I used complied with rule 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

**[ ] (State)** I declare under penalty of perjury, pursuant to the laws of the State of California, that the above is true and correct.

**[X] (Federal)** I declare under penalty of perjury, pursuant to the laws of the United States, that the above is true and correct.

Executed on July 8, 2022 in Foster City, California.

By _____

Zheng Liu

**REQUEST FOR ENTRY OF DEFAULT**