Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
**Aptum Law**
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiffs*
*Palm Street Capital LLC, Hailing Yu, and Jing Liao*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No: 5:22-cv-01932-NC<br><br>**DECLARATION OF JING LIAO** |

1
**DECLARATION OF JING LIAO**

I, Jing Liao, declare:

1. I am the Plaintiff in the above-entitled action. I am over 18 years of age, and I have personal knowledge of the dispute in this action.

2. In 2017, Defendant Xie borrowed $1 million from me for supposedly developing a lot in San Jose (the "San Jose Lot").

3. On May 2, 2017, I entered into a written contract ("Written Contract – Xie/Liao") with Defendant Xie, pursuant to which I invested $1 million in exchange for, among other things, (1) Defendant Xie managing the development of San Jose Lot into 4-5 single family house and (2) the actual return of the project being distributed proportionally among four parties (three Plaintiffs and Defendant Xie) in accordance with their investment proportion. I am unable to locate my Written Contract with Defendant Xie, but this contract is identical to the Written Contracts Plaintiffs Yu and Palm Street Capital entered into with Defendant Xie, as Xie used the same template contract for three of us Plaintiffs.

4. Pursuant to the Written Contract, I transferred $1 million in three transactions to Defendant Xie, through a shell company designated by Defendant Xie, which is Welkin International Industrial, Inc. True and correct copies of bank statements showing that Plaintiff Liao paid 1 million to Defendant Xie indirectly are attached to as **Exhibit B**. True and correct copies of corporate document of Welkin International Industrial, Inc. showing Defendant Xie as the sole officer, director, ownership of Welkin International Industrial, Inc are attached to as **Exhibit A**.

5. On May 24, 2018, I transferred $700,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

6. On June 15, 2018, I transferred $100,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

7. On June 19, 2018, I transferred $200,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

8. Defendant Xie breached the Written Contract – Xie/Liao as follows: (1) Defendant Xie constructed only three units on the San Jose Lot (rather than four or five units as required under the Written Contract – Xie/Liao); (2) Defendant Xie kept all sale proceeds of the San Jose Lot to himself without distributing proportionally to me; and (3) Defendant Xie refused to make any repayment of remaining $733,300 investment to me.

9. On December 14, 2019, Defendant Xie gave me three checks totaling 1.3 million: the first check was for $400,000; the second check was for $500,000; and the third check was for $400,000.

10. Defendant Xie, however, at the same time of presenting these checks, requested me not to deposit them until "a few days later" due to a cash flow issue. Defendant Xie never solved his cash flow issue. Later, Defendant Xie told me to not cash any of the checks indefinitely.

11. On March 2, 2021, Defendant Xie gave me a check of $266,700 drawn from his shell company. This was the only time Defendant Xie repaid some of his $1 million debts toward me.

12. Since March 2, 2021, Defendant Xie refused and continues to refuse making any further repayments to me.

13. I has suffered great financial losses as a result of Defendant Xie's breach of the Written Contract that I am unable to collect the remaining $733,300 million investment proceeds as well as the guaranteed annual return of at least $100,000.

14. Three of us Plaintiffs equally shared the total cost of this suit. The total cost of this lawsuit is $1002 ($402 for filing the Complaint and $600 for service of the Complaint and summons), with each Plaintiff sharing $334 of the cost.

15. A copy of Plaintiffs' motion for default judgment with all companying exhibits and declaration(s) have been mailed to Defendant Xie at his Saratoga California home on August 16, 2022.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on August 16, 2022 in San Jose, California.

By     _DocuSigned by: 4D89BB08C5014A5..._

Jing Liao

# EXHIBIT A

## California Secretary of State
### Electronic Filing



# Corporation - Statement of Information

| | |
|---:|:---|
| Entity Name: | WELKIN INTERNATIONAL INDUSTRIAL, INC. |
| Entity (File) Number: | C1741347 |
| File Date: | 05/12/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GT24681 |

**Detailed Filing Information**

1. Entity Name:

   WELKIN INTERNATIONAL INDUSTRIAL, INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

   b. Mailing Address:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

   c. Street Address of Principal Executive Office:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Caixing Xie
   18255 Clemson Ave
   Saratoga, California 95070
   United States of America

   b. Secretary:

   Caixing Xie
   18255 Clemson Ave
   Saratoga, California 95070
   United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT24681



# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c. Chief Financial Officer:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

4. Director:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

Number of Vacancies on the Board of Directors: 0

5. Agent for Service of Process:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

6. Type of Business: Contractor Service

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   CAIXING XIE

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT24681

# EXHIBIT B



P.O. Box 15284
Wilmington, DE 19850

JING LIAO

### Preferred Rewards

**Client service information**

1.800.MERRILL (1.800.637.7455)
TDD/TTY users only: 1.800.288.4408
En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

## Your Rewards Savings
## Preferred Rewards Platinum Honors

for May 24, 2018 to June 22, 2018

Account number

JING LIAO

### Account summary



## IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Merrill Lynch makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated, a registered broker-dealer and member SIPC, and other subsidiaries of Bank of America Corporation.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

© 2018 Bank of America Corporation





# Your savings account

JING LIAO                                        May 24, 2018 to June 22, 2018

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|



## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| 05/24/18 | CA TLR transfer to CHK 3963 | -700,000.00 |
| 06/15/18 | CA TLR transfer to CHK 3963 | -100,000.00 |

 

P.O. Box 15284
Wilmington, DE 19850



JING LIAO

| Preferred Rewards |
|---|

**Client service information**

📞 1.800.MERRILL (1.800.637.7455)
   TDD/TTY users only: 1.800.288.4408
   En Español: 1.800.688.6086

🖱 bankofamerica.com

✉ Bank of America, N.A.
   P.O. Box 25118
   Tampa, FL 33622-5118

# Your BofA Interest Checking Preferred Rewards Platinum Honors

for May 22, 2018 to June 20, 2018

**JING LIAO**

Account number

## Account summary



# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Merrill Lynch makes available products and services offered by Merrill Lynch, Pierce, Fenner & Smith Incorporated, a registered broker-dealer and member SIPC, and other subsidiaries of Bank of America Corporation.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

© 2018 Bank of America Corporation



Bank of America, N.A. Member FDIC and Equal Housing Lender



Merrill Lynch | Bank of America

## Your checking account

JING LIAO [redacted] May 22, 2018 to June 20, 2018

[redacted]

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| [redacted] | | |
| 06/19/18 | Agent Assisted transfer from BRK 8274 Confirmation# 1543651823 | 200,000.00 |
| [redacted] | | |

[redacted]

