1  Zheng "Andy" Liu (SBN 279327)
2  Jingyi Guo (SBN 335448)
   **Aptum Law**
3  1660 S Amphlett Blvd Suite 315
   San Mateo, CA 94402
4  Tel.: (650) 475-6289
   Fax: (510) 987-8411
5  Email: Andy.Liu@AptumLaw.us
   *Attorneys for Plaintiffs*
6  *Palm Street Capital LLC, Hailing Yu, and Jing Liao*

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11
    PALM STREET CAPITAL LLC,
12  HAILING YU, JING LIAO,                 Case No: 5:22-cv-01932-NC

13                Plaintiffs,
                                           **DECLARATION OF YUANYUAN LIU**
14        v.

15
    CAIXING XIE, and DOES 1 through 20,
16  inclusive,

17                Defendants.

18

19

20

21

22

23

24

25

26

27

28

                                            1
                              **DECLARATION OF JINGYI GUO**

I, Yuanyuan Liu, declare:

1. I am the sole manager of the Palm Street Capital LLC ("Palm Street Capital") who is the Plaintiff in the above-entitled action.

2. I am over 18 years of age, and I have personal knowledge of the dispute between Plaintiff Palm Street Capital and Defendant Xie in this action.

3. In 2017, Defendant Xie borrowed $1 million from Palm Street Capital for supposedly developing a lot in San Jose (the "San Jose Lot").

4. On May 2, 2017, Palm Street Capital entered into a contract (the "Written Contract") with Defendant Xie, pursuant to which Plaintiff Palm Street invested $1 million in exchange for, among other things, (1) Defendant Xie managing the development of San Jose Lot into 4-5 single family house and (2) the actual return of the project being distributed proportionally among four parties (three Plaintiffs and Defendant Xie) in accordance with their investment proportion. True and correct copies of the written contract and an English translation thereof are attached to as **Exhibit A**.

5. Pursuant to the Written Contract, Palm Street Capital transferred $1 million in four transactions to Defendant Xie, through a shell company designated by Defendant Xie, which is Welkin International Industrial, Inc. True and correct copies of bank statements showing that Palm Street Capital paid 1 million to Defendant Xie indirectly are attached to as **Exhibit B**. True and correct copies of corporate document of Welkin International Industrial, Inc. showing Defendant Xie as the sole officer, director, ownership of Welkin International Industrial, Inc are attached to as **Exhibit C**.

6. On May 16, 2017, Palm Street Capital transferred $500,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

7. On November 08, 2017, Palm Street Capital transferred $300,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

8. On April 30, 2018, Palm Street Capital transferred $100,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

9. On May 11, 2018, Palm Street Capital transferred $100,000 to Defendant Xie through Welkin International Industrial. **Exhibit B**.

10. Defendant Xie did not fulfill any of the promises he made in exchange for borrowing $1 million from Palm Street Capital: (1) Defendant Xie managed construction of only three units on the San Jose Lot (rather than 4 or 5 as agreed in the Written Contract); (2) Defendant Xie kept all sale proceeds of the San Jose Lot to himself without distributing proportionally to Plaintiffs; and (3) Defendant Xie refused to make any repayment of the remaining $733,300 investment to Palm Street Capital.

11. On December 14, 2019, Defendant Xie gave, to Palm Street Capital, three checks totaling 1.3 million: the first check was for $400,000; the second check was for $500,000; and the third check was for $400,000.

12. Defendant Xie, however, at the same time of presenting these checks, requested Palm Street Capital not to deposit them until "a few days later" due to a cash flow issue. Defendant Xie never solved his cash flow issue. Later, Defendant Xie told Palm Street Capital to not cash any of the checks indefinitely.

13. On March 2, 2021, Defendant Xie gave Palm Street Capital a check of $266,700 drawn from his shell company. This was the only time Defendant Xie repaid some of his $1 million debts toward Palm Street Capital.

14. Since March 2, 2021, Defendant Xie refused and continues to refuse making any further repayments to Palm Street Capital.

15. Palm Street Capital has suffered great financial losses as a result of Defendant Xie's breach of the Written Contract that Plaintiff Palm Street Capital is unable to collect the remaining $733,300 million investment proceeds as well as the guaranteed annual return of at least $100,000.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed on August 16, 2022 in San Jose, California.

By _____
   DocuSigned by:
   C2ACC27EF4A5417...

Yuanyuan Liu

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

DECLARATION OF YUANYUAN LIU

## 合作投资合约

投资人 甲方：__Palm Street Capital LLC__

投资人 乙方：__Caixing Xie_____ 项目管理方

1. 经双方协商决定共同投资
   1) 4100 Holly Dr. San Jose CA 95127    (Escrow No.: FSBC-0301700065-KR)
   2) 4110 Holly Dr. San Jose CA 95127    (Escrow No.: FSBC-0301700065-KR)
   3) Non-Situs Dr. San Jose CA 95127     (Escrow No.: FSBC-0301700065-KR)
2. 购买地块的费用为$1,700,000, 预计可建造 4~5 个独立 Home, 建造费用大约$2,400,000 ~ $3,000,000 总投资约$4,100,000 ~ $4,600,000, 预计总收益为$6,000,000 ~ $7,200,000 ;
3. 甲方占投资比例为 25%, 分期出资；
4. 乙方占投资比例为 25%, 分期出资；
5. 乙方为投资建造的管理方，待建造完成将建设成本公布予对方，便于投资结算；
6. 本项目投资收益，乙方保证甲方不低于 10%的投资回报，项目完成后按实际收益比例分配；
7. 收益分配有 Title 直接汇款到甲方指定账号；
8. 本项目的投资收益部分由甲、乙双方各自报税
9. 本合约未尽事宜，由双方协商解决。

本合约经双方签字生效。

甲方代表：_[signature]_                         日期：_5/2/2017_

乙方代表：_[signature]_                         日期：_5/2/2017_

*English translation of the Contract*

# Investment Agreement

Investor Party A: __Palm Street Capital LLC__

Investor Party B: __Caixing Xie_____ Project manager

1. By mutual agreement, the two parties jointly invest in the following properties:

   1) 4100 Holly Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)
   2) 4110 Holly Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)
   3) Non-Situs Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)

2. The cost for purchasing the properties above is $1.7M. It is estimated that 4-5 Single Family Houses can be built on this lot. The construction cost is estimated to be $2.4M-$3M. Thus, the total cost for developing these properties into single family houses is estimated to be $4.1M-$3.6M ("Total Cost"). The total return on this investment is estimated to be $6M-7.2M.

3. Party A's investment accounts for 25% of Total Cost, and the investment will be made in installments.

4. Party B investment accounts for 25% of Total Cost, and the investment will be made in installments.

5. Party B is responsible for managing the development of these properties into single family house and the construction required therefor. After

the construction is completed, Party B shall disclose the construction cost in detail to Party A to facilitate the accounting process.

6. Party B personally guarantees that Party A's return on investment in this project is no less than 10%. The proceeds should be distributed according to the actual total amount of return once the project is completed.

7. The investment return shall be distributed directly by a title company to accounts designated by Party A and Party B.

8. Each Party is responsible for its own tax reporting related to this project.

9. All other issues not specified in this contract shall be resolved through good faith negotiation between the parties.

This Contract shall take effect after both Parties sign.

Party A:

Date:

Party B:

Date:

# EXHIBIT B

# CHASE

JPMorgan Chase Bank, N.A.
P O Box ███████████
San Antonio, TX 78265 - 9754

April 29, 2017 through May 31, 2017

Primary Account: ███████████

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | **1-877-425-8100** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020054 DRE 703 210 15417 NNNNNNNNNN 1 000000000 D2 0000
PALM STREET CAPITAL LLC
███████████
███████████



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | ███████████ | ███████ | ███████ |
| Chase Business Select High Yield Savings | ███████████ | ███████ | ███████ |
| Total | | ███████ | ███████ |

### TOTAL ASSETS

**All Summary Balances** shown are as of May 31, 2017 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PLATINUM BUSINESS CHECKING

PALM STREET CAPITAL LLC                                Account Number: ███████████

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | ███████ |
| Deposits and Additions | 1 | ███████ |
| Electronic Withdrawals | 2 | ███████ |
| **Ending Balance** | 3 | ███████ |



# CHASE 🟦

April 29, 2017 through May 31, 2017
Primary Account: ██████████

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/██ | ███████████████████████ | ████ |

**Total Deposits and Additions**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/16 | 05/16 Wire Transfer A/C: Welkin International Industrial, Palo Alto, CA 943034911 Trn: 8082300135Es | $500,000.00 |
| ██ | ██████ Transfer ██████ A/C: Welkin International Industrial ██████████████████████ | ████████ |

**Total Electronic Withdrawals**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/15 | ████ |
| 05/16 | ████ |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| Total Service Charges | $0.00 |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 2 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 2 | 4 | 0 | $35.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | $0.00 |



**CHASE**
JPMorgan Chase Bank, N.A.
P O Box 65~~~~~
San Antonio, TX 78265 - 9754

November 01, 2017 through November 30, 2017

Primary Account: 

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020023 DRE 703 210 33917 NNNNNNNNNN 1 000000000 D2 0000
PALM STREET CAPITAL LLC



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | | | |
| Chase Business Premier Savings | | | |
| **Total** | | | |

**TOTAL ASSETS**

**All Summary Balances** shown are as of November 30, 2017 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

## CHASE PLATINUM BUSINESS CHECKING

PALM STREET CAPITAL LLC

Account Number: 

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | |
| Deposits and Additions | 1 | |
| Electronic Withdrawals | 1 | - |
| Ending Balance | 2 | |

Case 5:22-cv-01932-NC   Document 20-3   Filed 08/16/22   Page 13 of 20



**CHASE**

November 01, 2017 through November 30, 2017
Primary Account: ▓▓▓▓▓▓▓▓▓

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓ |

**Total Deposits and Additions** ▓▓▓▓

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/08 | 11/08 Domestic Wire Transfer Via: F121000358/121000358 A/C: Welkin International Industrial, Inref: Investments/Time/05:47 Imad: 1108B1▓▓▓▓▓▓▓▓▓▓ Trn: 5486000311Es | $300,000.00 |

**Total Electronic Withdrawals** ▓▓▓▓

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/07 | ▓▓▓▓ |
| 11/08 | ▓▓▓▓ |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | 1 | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 1 | 4 | 0 | $35.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |



JPMorgan Chase Bank, N.A.
P O Box 182█ █████████
Columbus, OH 43218 - 2051

May 01, 2018 through May 31, 2018

Primary Account: ███████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020378 DRE 703 210 15618 NNNNNNNNNNN   1 000000000 D2 0000



PALM STREET CAPITAL LLC



## We updated our Deposit Account & Wire Agreements

The following changes were made May 20, 2018:

- We published an updated version of our Deposit Account Agreement. You can get the latest agreement at a branch or by request when you call us. Here are some important changes:

    - Effective August 1, we will notify you in advance of any changes to the Deposit Account Agreement that would adversely affect you, unless the change is necessary to comply with a legal requirement. (General Account Terms, Section I, Changes to the agreement)

    - We clarified the language that explains when we may charge a Non-Chase ATM fee for balance inquiries and transfers when you use a non-Chase ATM. (Electronic Funds Transfer Service Terms, Section A, Types of EFT Services)

- We consolidated all of our Chase wire agreements, except for the Online Wire Agreement. In addition to making sure the terms and definitions of the Wire Transfer Agreement are consistent, we made the following changes:

    - When we amend the agreement, we will send you notice of the change and may refer you to a branch or your banker for the updated agreement.

    - When you send a wire, we will send you an email notification on the status of your wire if you have provided your email address.

Please call us at the number on this statement if you have any questions.

### CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT ███████ | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | ███████████ | ███████ | ███████ |
| Chase Business Premier Savings | ███████████ | ███████ | ███████ |
| Total | | ███████ | ███████ |

**TOTAL ASSETS**                                                                  ███████     ███████





May 01, 2018 through May 31, 2018
Primary Account: ▓▓▓▓▓▓▓▓

## CHASE PLATINUM BUSINESS CHECKING

PALM STREET CAPITAL LLC                                   Account Number: ▓▓▓▓▓▓▓▓▓▓

### CHECKING SUMMARY

|                        | INSTANCES | AMOUNT       |
|------------------------|-----------|--------------|
| **Beginning Balance**  |           | $1,954.00    |
| Deposits and Additions | 1         | 100,000.00   |
| Electronic Withdrawals | 2         | -100,260.00  |
| **Ending Balance**     | 3         | $1,694.00    |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| ▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ |
| **Total Deposits and Additions** | | ▓▓▓▓▓ |

### ELECTRONIC WITHDRAWALS

| DATE  | DESCRIPTION | AMOUNT |
|-------|-------------|--------|
| 05/11 | 05/11 Domestic Wire Transfer Via: F121000358/121000358 A/C: Welkin Interantional Industrial, Inref: San Jose Project/Time/16:02 Imad: 0511B1Qgc05C016961 Trn: 5222800131Es | $100,000.00 |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓ |
| **Total Electronic Withdrawals** | | ▓▓▓▓▓ |

### DAILY ENDING BALANCE

| DATE  | AMOUNT |
|-------|--------|
| 05/11 | ▓▓▓▓▓ |
| 05/14 | ▓▓▓▓▓ |

### SERVICE CHARGE SUMMARY

| Monthly Service Fee       | $0.00 |
|---------------------------|-------|
| Other ▓▓▓▓▓ Charges ▓▓▓▓▓ | $0.00 |
| **Total Service Charges** | **$0.00** |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.



JPMorgan Chase Bank, N.A.
P O Box ████████
Columbus, OH 43218-2051

March 31, 2018 through April 30, 2018
Primary Account: ████████

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00020746 DRE 703 210 12318 NNNNNNNNNN 1 000000000 D2 0000
PALM STREET CAPITAL LLC



## CONSOLIDATED BALANCE SUMMARY

**ASSETS**

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase Platinum Business Checking | ████ | ████ | ████ |
| Chase Business Premier Savings | ████ | ████ | ████ |
| Total | | ████ | ████ |

**TOTAL ASSETS** ████ ████

## CHASE PLATINUM BUSINESS CHECKING

PALM STREET CAPITAL LLC                                Account Number: ████

### CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | ████ |
| Deposits and Additions | 1 | ████ |
| Electronic Withdrawals | 2 | ████ |
| Ending Balance | 3 | ████ |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account -- please refer to your Deposit Account Agreement for more information.

# CHASE 

March 31, 2018 through April 30, 2018

Primary Account: ▇▇▇▇▇▇▇

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Transfer From Sav ▇▇▇▇▇▇▇ | ▇▇▇▇▇▇ |

**Total Deposits and Additions** ▇▇▇▇▇▇

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | 04/30 Domestic Wire Transfer Via: F121000358/121000358 A/C: Welkin International Industrial, Inref: San Jose Property/Time/15:42 Imad: 0430B1Qgc01C029329 Trn: 5737500120Es | 100,000.00 |

**Total Electronic Withdrawals** ▇▇▇▇▇▇

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/13 ▇▇▇▇ | ▇▇▇▇ |
| 04/30 ▇▇▇▇ | ▇▇▇▇ |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

The monthly service fee was waived on your Chase Platinum Business Checking account because you maintained the required relationship balance.

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **Monthly Service Fee** | | | | | |
| Monthly Service Fee Waived | 0 | | | $95.00 | $0.00 |
| **Other Service Charges:** | | | | | |
| **Electronic Credits** | | | | | |
| Electronic Credits | 1 | Unlimited | 0 | $0.40 | $0.00 |
| **Credits** | | | | | |
| Non-Electronic Transactions | | 500 | 0 | $0.40 | $0.00 |
| **Miscellaneous Fees** | | | | | |
| Domestic Wire Fee | 1 | 4 | 0 | $35.00 | $0.00 |
| **Subtotal Other Service Charges** | | | | | **$0.00** |

**ACCOUNT** ▇▇▇▇▇▇

| | |
|---|---|
| **Other Service Charges:** | |
| **Electronic Credits** | |
| Electronic Credits | 1 |
| **Credits** | |
| Non-Electronic Transactions | 2 |
| **Miscellaneous Fees** | |
| Domestic Wire Fee | 1 |

# EXHIBIT C



# California Secretary of State
## Electronic Filing

**FILED**
Secretary of State
State of California

## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | WELKIN INTERNATIONAL INDUSTRIAL, INC. |
| Entity (File) Number: | C1741347 |
| File Date: | 05/12/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GT24681 |

**Detailed Filing Information**

1. Entity Name: WELKIN INTERNATIONAL INDUSTRIAL, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:
      6136 Bollinger Rd
      San Jose, California 95129
      United States of America

   b. Mailing Address:
      6136 Bollinger Rd
      San Jose, California 95129
      United States of America

   c. Street Address of Principal Executive Office:
      6136 Bollinger Rd
      San Jose, California 95129
      United States of America

3. Officers:
   a. Chief Executive Officer:
      Caixing Xie
      18255 Clemson Ave
      Saratoga, California 95070
      United States of America

   b. Secretary:
      Caixing Xie
      18255 Clemson Ave
      Saratoga, California 95070
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT24681



## California Secretary of State
### Electronic Filing

Officers (cont'd):

   c.  Chief Financial Officer:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

4.  Director:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

Number of Vacancies on the Board of Directors:

0

5.  Agent for Service of Process:

Caixing Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

6.  Type of Business:

Contractor Service

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   CAIXING XIE

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GT24681