LEON E. JEW (SBN: 219298)
DAYHEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Tel: (408)359-5915
Fax: (925) 463-3218

Attorney for Defendant
Caixing Xie

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO; <br><br> Plaintiffs, <br> vs. <br><br> CAIXING XIE, and DOES 1 through 20, inclusive, <br> Defendants. | Case No: 5:22-cv-01932-NC <br><br> **DECLARATION OF CAIXING XIE IN SUPPORT OF DEFENDANT CAIXING XIE'S MOTION FOR SANCTION** <br><br> **DATE:** November 16, 2022 (Wed.) <br> **TIME:** 13:00 p.m. <br> **ROOM:** 5 <br> **JUDGE:** Hon. Nathanael Cousins |

I, Caixing Xie, declare as follows,

1. I am a Defendant of this action.

2. I am currently 65-years-old, and have been in China since February 2020.

3. In late February 2020, I left the United States for China for business; my son Wei Xie followed me a few days later. Shortly afterward, the pandemic lockdowns

began, preventing my son and me from returning to the United States as originally planned.

4. I do not maintain a California home nor have a relative living in the California home as alleged by Plaintiffs.

5. On December 1, 2019, my son entered into a lease agreement With Mr. Zhang associated with our property located at 18255 Clemson AV6., Saratoga CA 95070 (My son and I jointly own the property). Zhang is living at the said property as the sole tenant and resident of the property to the present day.

6. Neither I nor my son has returned to the United States since February 2020; we are still in China. Plaintiffs have always known that I reside in China.

7. I have no personal or familial relationship With Zhang. We do not live together. My son handles all the issues regarding the lease on the Saratoga property.

8. Neither I nor my son ever received notice from Zhang regarding a service attempt of any civil case, including the current action (Case No: 5:22-cv-01932-NC).

9. In early February 2022, I requested Mr. Leon E. Jew, who represented in other matters, to make a special appearance in a civil case at the California Superior Court of Santa Clara, titled "PALM STREET CAPITAL LLC, HAILING YU and JING LIAO v. CAIXING XIE", case number 21CV389961. (the "State Court Case").

10. After I spent a significant amount of attorney's fee for around a half year for the State Court Case, on 09/13/2022, I realized that I have to retain a counsel to represent me in the Current Federal Case (case # 5:22-cv-1932). I was very upset

and cannot understand why I have to litigate with the same Plaintiffs on the same case and the same issue of substitute service in two different courts.

11. I further object to the declaration made by Plaintiffs' attorney Ms. Jingyi Guo that, she has "PERSONAL KNOWLEDGE" that I maintain a "*California Home*" and that I "*instructed other resident not to open the door* [to accept service]". I have never met, seen, talked to, or heard Ms. Kuo in my life. I don't even know who she is. How could it be possible that she has "PERSONAL KNOWLEDGE" of where I live or what I have said.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF CALIFORNIA THAT THE ABOVE DECLARATION IS TRUE AND CORRECT.

Dated: October 4, 2022

Respectfully submitted,

Caixing Xie
Defendant