Zheng "Andy" Liu (SBN 279327)
Jingyi Guo (SBN 335448)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289
Fax: (510) 987-8411
Email: Andy.Liu@AptumLaw.us
*Attorneys for Plaintiffs Palm Street
Capital LLC, Hailing Yu, and Jing Liao*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO<br><br>                          Plaintiffs,<br><br>          v.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br><br>                          Defendants. | Case No.: 5:22-cv-01932-NC<br><br>**DECLARATION OF PLAINTIFF HAILING YU IN SUPPORT OF HER APPLICATION FOR WRIT OF ATTACHMENT** |

1.  I am over 18 years old and one of the three plaintiffs in this case. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

2.  In or about March 2017, Defendant Xie, who was holding himself as the "Silicon Valley developer" approached me and two other plaintiffs about a lot in San Jose (the "San Jose Lot"). Defendant Xie solicited $1 million from each of the Plaintiffs for supposedly developing the San Jose Lot into five residential units.

3. On May 2, 2017, I entered into a written contract ("Written Contract") with Defendant Xie. Under this Written Contract, I invested $1 million in exchange for (1) Defendant Xie managing the development of San Jose Lot into 4-5 single family house and (2) the actual return of the project being distributed proportionally among four parties (three Plaintiffs and Defendant Xie) in accordance with their investment proportion. True and correct copies of the written contract and an English translation thereof are attached to as **Exhibit A**.

4. Pursuant to the Written Contract, I transferred $1 million to Defendant Xie, through a shell company designated by Defendant Xie, which is Welkin International Industrial, Inc. True and correct copies of corporate document of Welkin International Industrial, Inc. showing Defendant Xie as the sole officer, director, ownership of Welkin International Industrial, Inc are attached to as **Exhibit B**

5. Defendant Xie in 2020 confirmed in writing that I have invested $1 million into the real estate development project operated by him. A true and correct copy of a contract signed by contract signed by Defendant Xie in 2020 is attached as **Exhibit C**. There is a typo in the first line of the contract, where "2015" should be "2017", the year Plaintiffs entered into the $3 million written contracts with Defendant Xie.

6. Defendant Xie did not fulfill any of the promises he made in exchange for borrowing $1 million from me: (1) Defendant Xie constructed only three units on the San Jose Lot (rather than four or five units as required under the Written Contract); (2) Defendant Xie kept all sale proceeds of the San Jose Lot to himself without distributing proportionally to me; and (3) Defendant Xie refused to make any repayment of remaining $733,300 investment to me.

7. On December 14, 2019, Defendant Xie gave me three checks totaling 1.3 million: the first check was for $400,000; the second check was for $500,000; and the third check was for $400,000.

8.   Defendant Xie, however, at the same time of presenting these checks, requested me not to deposit any of these checks until "a few days later" due to a cash flow issue. Defendant Xie never solved his cash flow issue. Later, Defendant Xie told me to not cash any of the nine checks indefinitely.

9.   On March 2, 2021, Defendant Xie gave me a check of $266,700 drawn from his shell company. This was the only time Defendant Xie repaid some of his $1 million debts toward me.

10.  After March 2, 2021, Defendant Xie refused and continues to refuse making any further repayments to me.

11. Defendant Xie still has not repaid any of the remaining $733,300 principal to me.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 4, 2023.

Signature: _____
*Hailing Yu*
BD40A30C19974C2...

<u>H</u>ailing Yu

1

**EXHIBIT A**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MEMORANDUM OF POINTS AND AUTHORITIES RE APPLICATION FOR WRIT OF ATTACHMENT**

合作投资合约

投资人 甲方：　　　　Hailing Fu

投资人 乙方：　　　　Cai Xing Xie　　　　　　项目管理方

1. 经双方协商决定共同投资
   1) 4100 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   2) 4110 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   3) Non-Situs Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)

2. 购买地块的费用为$1,700,000，预计可建造4-5个独立Home，建造费用大约$2,400,000 – $3,000,000 总投资约$4,100,000 - $4,600,000, 预计总收益为$6,000,000 – $7,200,000;

3. 甲方占投资比例为25%，分期出资;

4. 乙方占投资比例为25%，分期出资;

5. 乙方为投资建造的管理方，待建造完成将建设成本公布予对方，便于投资结算;

6. 本项目投资收益，乙方保证甲方不低于10%的投资回报，项目完成后按实际收益比例分配;

7. 收益分配有Title直接汇款到甲方指定账号;

8. 本项目的投资收益部分由甲、乙双方各自报税

9. 本合约未尽事宜，由双方协商解决。
   本合约经双方签字生效。

甲方代表：　　　　　　　　　　　　　　　日期：
　　　　　　　　　　　　　　　　　　　　05/02/2017

乙方代表：　　　　　　　　　　　　　　　日期：
　　　　　　　　　　　　　　　　　　　　5/2/2017

*English translation of the Contract*

# Investment Agreement

Investor Party A: ___Hailing Yu___

Investor Party B: ___Caixing   Xie_____   Project manager

1. By mutual agreement, the two parties jointly invest in the following properties:

   1) 4100 Holly Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)
   2) 4110 Holly Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)
   3) Non-Situs Dr. San Jose, CA 95127 (Escrow No.: FSBC-0301700065-KR)

2. The cost for purchasing the properties above is $1.7M. It is estimated that 4-5 Single Family Houses can be built on this lot. The construction cost is estimated to be $2.4M-$3M. Thus, the total cost for developing these properties into single family houses is estimated to be $4.1M-$3.6M ("Total Cost"). The total return on this investment is estimated to be $6M-7.2M.

3. Party A's investment accounts for 25% of Total Cost, and the investment will be made in installments.

4. Party B investment accounts for 25% of Total Cost, and the investment will be made in installments.

5. Party B is responsible for managing the development of these properties into single family house and the construction required therefor. After

**VERIFIED FIRST AMENDED COMPLAINT FOR DAMAGENS AND EQUITABLE RELIEF**

the construction is completed, Party B shall disclose the construction cost in detail to Party A to facilitate the accounting process.

6. Party B personally guarantees that Party A's return on investment in this project is no less than 10%. The proceeds should be distributed according to the actual total amount of return once the project is completed.

7. The investment return shall be distributed directly by a title company to accounts designated by Party A and Party B.

8. Each Party is responsible for its own tax reporting related to this project.

9. All other issues not specified in this contract shall be resolved through good faith negotiation between the parties.

This Contract shall take effect after both Parties sign.

Party A:

Date:

Party B:

Date:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT B**

**MEMORANDUM OF POINTS AND AUTHORITIES RE APPLICATION FOR WRIT OF ATTACHMENT**

投资合约

投资方: Jing Liao, Hailing Yu, and Palm Street Capital LLC 于 2015年投资给Caixing Xie 三百万美金用于共同投资的房地产项目，包括购买土地和房建。目前整个项目已经完成。基于投资方和Caixing Xie的协议，Caixing Xie 同意给到投资方一共30%的回报，所以总额为三百九十万美金（包括三百万美金的投资和九十万美金的收益额）。特此为证!

投资方:

Jing Liao

Hailing Yu

Palm Street Capital LLC

被投资方:

Caixing Xie                              2/7/2020

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# *English Translation*

**Investment Contract**

In 2015, Investors Jing Liao, Hailing Yu, and Palm Street Capital LLC have invested $3 million into a real estate development project operated by Caixing Xie, which includes purchasing the real property on which units would be built and the construction cost for building these units. Based on the agreement between the Investors and Caixing Xie, Caixing Xie hereby agrees to give 30% investment return to each Investor. Thus, the total return for all Investors shall be e $3.9 million (including the $3 investment principle and $900,000 return on the investment). It is hereby agreed to by all parties!

Investors:

Jing Liao

Hailing Yu

Palm Street Capital LLC

Investee:

Caixing Xie          2/7/2020

1

**EXHIBIT C**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MEMORANDUM OF POINTS AND AUTHORITIES RE APPLICATION FOR WRIT OF ATTACHMENT



# California Secretary of State
## Electronic Filing

**FILED**

Secretary of State
State of California

# Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | WELKIN INTERNATIONAL INDUSTRIAL, INC. |
| Entity (File) Number: | C1741347 |
| File Date: | 05/12/2021 |
| Entity Type: | Corporation |
| Jurisdiction: | CALIFORNIA |
| Document ID: | GT24681 |

## Detailed Filing Information

1. Entity Name:

   WELKIN INTERNATIONAL INDUSTRIAL, INC.

2. Business Addresses:

   a. Street Address of Principal Office in California:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

   b. Mailing Address:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

   c. Street Address of Principal Executive Office:

   6136 Bollinger Rd
   San Jose, California 95129
   United States of America

3. Officers:

   a. Chief Executive Officer:

   Caixing  Xie
   18255 Clemson Ave
   Saratoga, California 95070
   United States of America

   b. Secretary:

   Caixing  Xie
   18255 Clemson Ave
   Saratoga, California 95070
   United States of America

Document ID:GT24681

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

Caixing  Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

4.  Director:

Caixing  Xie
18255 Clemson Ave
 Saratoga, California 95070
United States of America

    Number of Vacancies on the Board of
Directors:

0

5.  Agent for Service of Process:

Caixing  Xie
18255 Clemson Ave
Saratoga, California 95070
United States of America

6.  Type of Business:

Contractor Service

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature:   CAIXING XIE

*Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.*

Document ID: GT24681