UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, and others,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>CAIXING XIE,<br><br>　　　　　　　Defendant. | Case No. 22-cv-1932 NC<br><br>**ORDER DENYING PLAINTIFFS' MOTION TO ADVANCE RESPONSE DEADLINE FOR DEFENDANT; SETTING CASE SCHEDULE; AND REFERRING CASE FOR SETTLEMENT CONFERENCE**<br><br>Re: ECF 49 |

In advance of the Case Management Conference scheduled for January 18, 2023, Plaintiffs Palm Street Capital LLC, Hailing Yu, and Jing Liao filed a proposed case schedule and motion to advance the deadline for Defendant Caixing Xie to respond to the Complaint. ECF 49. Despite a Clerk's Notice at ECF 50, Defendant did not respond to Plaintiffs' proposal. The Court enters a case schedule below.

The next case event will be Defendant's filing of a pleading in response to the Complaint. On January 3, 2023, Defendant filed a Waiver of Service form, ECF 46, indicating that he would waive service of the summons and complaint and respond within 90 days of December 25, 2022. In Plaintiffs' unopposed administrative motion, they seek to fix Defendant's deadline to respond at February 3, 2023. ECF 49. The deadline to respond to the Complaint after Waiver of Service is set by Federal Rule of Civil Procedure 4(d)(3). For a defendant outside the United States, the defendant has until 90 days after it was sent to the defendant. The Court is not persuaded there is good cause shown to advance the deadline. Consequently, Plaintiffs' request to advance the deadline is denied.

Defendant must file a response to the Complaint by **March 27, 2023**.

These deadlines may only be changed by Court order. The Court thanks the parties for their consent to the jurisdiction of a magistrate judge.

1. AMENDMENT OF PLEADINGS: No party may amend pleadings or add parties without further leave of Court after **May 5, 2023**.

2. ALTERNATIVE DISPUTE RESOLUTION: The parties are referred for a Settlement Conference with Magistrate Judge Sallie Kim in San Francisco. Judge Kim will schedule the conference. I recommend the parties complete the conference by **August 31, 2023**.

3. FURTHER CASE MANAGEMENT CONFERENCE: **May 10, 2023, at 10:00 a.m. by telephone.** The parties must file an updated joint case management statement by **May 3, 2023**, in accordance with Civil L.R. 16-10(d).

4. NON-EXPERT DISCOVERY:

   - Exchange (not file) Rule 26 initial disclosures by **April 21, 2023.**
   - File proposed stipulated protective order (if one is desired) by **April 7, 2023.**
   - No more than 5 fact depositions per side without leave of Court.
   - All non-expert discovery must be completed by **June 9, 2023**.

5. EXPERT WITNESSES:

   - Disclosures by **July 31, 2023**; rebuttal disclosures by **August 31, 2023;** all expert discovery by **September 29, 2023.**
   - *Daubert* motions are limited to one omnibus motion per side. File by **October 6, 2023.**

6. SUMMARY JUDGMENT: File by **June 23, 2023.**

7. PRETRIAL CONFERENCE: **January 17, 2024, at 2:00 p.m.** Pretrial filings and motions in limine (other than *Daubert*) due **January 3, 2024.**

8. TRIAL: **January 29, 2024, 9:30 a.m.** (up to 5 court days anticipated)**.**

The trial will take place in Courtroom 5, 4th Floor, U.S. District Court, 280 S. First Street, San Jose, California, or a nearby courtroom TBD. All hearings, conferences, and pretrial proceedings will be by phone or video conference via Zoom until further Court order.

**IT IS SO ORDERED.**

Dated: January 20, 2023      
                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge