LEON E. JEW (SBN: 219298)
DAYHEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Tel.: (408)359-5915
Fax: (925)463-3218

Attorney for Defendant
Caixing Xie

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO;<br><br>Plaintiffs,<br><br>vs.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01932-NC<br><br>DECLARATION OF CAIXING XIE IN SUPPORT OF DEFENDANT CAIXING XIE'S OPPOSITION TO WRIT OF ATTACHMENT |

I, CAIXING XIE, declare the following based on my personal knowledge:

1. I am the Defendant of this case and have personal knowledge for the statement stated herein, except for matters based on information and belief, which I believe to be true.

2. I currently reside in the People's Republic of China.

3. I have been working in the smartphone and high-tech industries. Real estate development is merely one of my investment portfolios.

4. I am one of the several investors and victims of the delay of the San Jose Project mentioned in my opposition to the writ of attachment.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE ABOVE DECLARATION IS TRUE AND CORRECT.

Date: February 22, 2023

Respectfully submitted,

_____
Caixing Xie