**Abacus Consulting Services**
401 N. Garfield Ave. Ste 1, Alhambra, CA 91801 Tel: 626-487-8909  Fax: 626-282-9252
Website: http://www.certifiedchinesetranslation.com/ Email: info@certifiedchinesetranslation.com

### CERTIFICATION OF TRANSLATION
### (Certified by Courts)

This is to certify under the penalty of perjury that I am a court certified interpreter in California with license number #301138 and I am fluent in Chinese (Mandarin) and English languages, that the document(s) listed as

**Investment Contract**
**Cooperative Investment Contract**

is (are) complete and accurate translations of the original written document(s) to the best of my ability and knowledge.

I certify under penalty of perjury under the Laws of the State of California that the foregoing is true and correct.

Signed on February 15, 2023 in Los Angeles, California, USA

Samuel Shen Chong
Federal Court Registered Interpreter (US District Courts)
CA Court Certified Interpreter (License No. 301138), New York Court Certified Interpreter
ATA (American Translators Association) Associate # 243264
Abacus Consulting Services
401 N. Garfield Ave.
#1
Alhambra, CA 91801, USA
Tel: 626-487-8909
Fax: 626-282-9252

**EXHIBIT A – Cooperative Investment Contract**

Cooperative Investment Contract

Investor Party A: [signature]

Investor Party B: [signature], project manager

1. Joint investment decided by mutual agreement
   1）4100 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   2）4110 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   3）Non-Situs Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
2. The cost of purchasing a plot of land is $1,700,000 and it is expected that 4-5 independent homes can be built for approximately $2,400,000 - $3,000,000. The total investment is approximately S4,100,000 - $4,600,000. The expected total revenue is S6,000,000 - $7,200,000.
3. 25% of the investment is made by Party A, to be contributed in installments.
4. 25% of the investment is made by Party B, to be contributed in installments.
5. Party B is the manager of the investment and construction, and will publish the construction cost to the other Party when the construction is completed to facilitate the settlement of the investment.
6. In regards to the investment income of this project, Party B <mark>assures</mark> Party A a return on investment of no less than 10%, which will be distributed in proportion to the actual income after the completion of the project.
7. The distribution of proceeds has title to remit directly to the account designated by Party A.
8. The tax for investment income of the project will be filed by Party A and Party B respectively.
9. Any matters not covered by this contract shall be resolved by mutual agreement.

This contract shall be effective upon signature by both parties.

Party A Representative:                    Date:
[signature]                                5/2/2017


Party B Representative:                    Date:
[signature]                                5/2/2017

合作投资合约

投资人 甲方： _____Hailing Tu_____

投资人 乙方： _____Cai Xing Xie_____     项目管理方

1. 经双方协商决定共同投资
   1) 4100 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   2) 4110 Holly Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)
   3) Non-Situs Dr. San Jose CA 95127 (Escrow No.: FSBC-0301700065-KR)

2. 购买地块的费用为$1,700,000，预计可建造4~5个独立Home，建造费用大约$2,400,000 ~ $3,000,000 总投资约$4,100,000 ~ $4,600,000，预计总收益为$6,000,000 ~ $7,200,000;

3. 甲方占投资比例25%，分期出资;

4. 乙方占投资比例25%，分期出资;

5. 乙方为投资建造的管理方，待建造完成将建设成本公布予对方，便于投资结算;

6. 本项目投资收益，乙方保证甲方不低于10%的投资回报，项目完成后按实际收益比例分配;

7. 收益分配有Title直接汇款到甲方指定账号;

8. 本项目的投资收益部分由甲、乙双方各自报税

9. 本合约未尽事宜，由双方协商解决。
   本合约经双方签字生效。

甲方代表：                                        日期：

                                                 05/02/2017

乙方代表：                                        日期：

                                                 5/2/2017

**EXHIBIT B – Investment Contract**

Investment Contract

Investors Jing Liao, Hailing Yu, and Palm Street Capital LLC invested $3 million in 2015 in Caixing Xie for the co-investment real estate project, including the purchase of land and building construction. The entire project is now complete. Based on the agreement between the investors and Caixing Xie, Caixing Xie agreed to give the investor a total return of 30%, so the total amount is $3.9 million (including $3 million investment and $900,000 revenue). This is to certify the above!

Investors:
Jin gLiao
Hailing Yu
Palm Strcet Capital LLC

Investee:
Caixing Xie

投资合约

投资方: Jing Liao, Hailing Yu, and Palm Street Capital LLC 于2015年投资给Caixing Xie 三百万美金用于共同投资的房地产项目，包括购买土地和房建。目前整个项目已经完成。基于投资方和Caixing Xie的协议，Caixing Xie 同意给到投资方一共30%的回报，所以总额为三百九十万美金（包括三百万美金的投资和九十万美金的收益额）。特此为证！

投资方：

Jing Liao

Hailing Yu

Palm Street Capital LLC

被投资方：

Caixing Xie                    2/7/2020