LEON E. JEW (SBN: 219298)
DAYHEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Telephone: (408)359-5915
Fax: (925) 463-3218

Attorney for Defendant
Caixing Xie

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO;<br><br>　　　　　Plaintiffs,<br>vs.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br>　　　　　Defendants. | Case No: 5:22-cv-01932-NC<br><br>**DEFENDANT CAIXING XIE'S RESPONSE TO PLAINTIFFS' MOTION TO STRIKE ANSWER**<br><br>The Honorable Nathanael Cousins<br>Courtroom: 5<br>Date: May 3, 2023<br>Time: 1:00 p.m. |

To this Court, Plaintiffs, and their counsels of record,

　　In response to Plaintiffs' motion to strike Answer, Defendant will amend the Answer within the time allowed by FRCP Rule 15.

Dated: April 10, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Leon Jew*
　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　Leon Jew, Attorney for
　　　　　　　　　　　　　　　　　　　　　　　　　Defendant Caixing Xie