LEON E. JEW (SBN: 219298)
DAYHEE LAW GROUP
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Telephone: (408)359-5915
Fax: (925) 463-3218

Attorney for Defendant
Caixing Xie

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO;<br><br>Plaintiffs,<br>vs.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br>Defendants. | Case No: 5:22-cv-01932-NC<br><br>**DECLARATION OF CAIXING XIE'S IN SUPPORT OF OPPOSITION TO PLAINTIFF'S 2nd WRIT OF ATTACHMENT**<br><br>Date:   May 03, 2023<br>Time:  01:00 P.m.<br>Dept:   Courtroom 5<br>Judge: Honorable Nathanael M. Cousins |

I, Caixing Xie, declare as follows,

1. I am a Defendant in this case, and have personal knowledge of matters stated herein except based on information and belief, which I believe to be true. I can and will testify in this Court if called as a witness.

2. I have never executed the alleged Two Contracts (*See* Dkt. #66-3, Decla. of Yuanyuan Liu, at Exhibit A) with Plaintiff. They are forged contracts that might be made by Xiaoqin Wu, and might be known by Plaintiff.

3. The investment agreement associated with the San Jose Project, was executed by Welking International Industrial, Inc and Plaintiff.

1

4. I dispute that Welking International and I are alter ego as I merely served as an officer of the said company.

5. The alleged checks offered by Plaintiff (*See* Dkt. #66-3, Decla. of Yuanyuan Liu, at Exhibit E) were other forged evidence that might be made by Xiaoqin Wu, and might be known by Plaintiff.

6. The alleged communication record (*See* Dkt. #66-3, Decla. of Yuanyuan Liu, at Exhibit G) is another forged evidence provided by Plaintiff, as I have never communicated with any of Plaintiffs and Yuanyuan Liu in such way. The alleged communication seems to be from a social media; however, as a 65-year-old man, I do not follow nor maintain social media accounts like young people do. In fact, I abandoned several of my social media accounts a long time ago because the information I received from social media was unreliable, and some people have impersonated my name on social media platforms.

7. I have warned Plaintiff many times not to trust social media communication, such as during my declaration filed to this court in response to Plaintiff's motion (*See* Dkt. 23-2, at ¶ 2:11). Plaintiff continues not to believe my warning.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED: 04/11/2023

*Caixing Xie* (signature)