1  *Pro Per*

2  5776 Stoneridge Mall Rd.,
   Suite 288
3  Pleasanton, CA 94588

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO; | Case No: 5:22-cv-01932-NC |
| Plaintiffs, | DECLARATION OF YUHUA JIN |
| vs. | |
| CAIXING XIE, and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, YUHUA JIN, declare as follows,

1. I have personal knowledge of all matters stated herein except those matters that are stated on information and belief, which I believe to be true. I am willing to testify if I am called as a witness.
2. I have been a resident of the State of California since 2002 to the present day.
3. I also attached my California Driver's License for your reference.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF AMERICA THAT THE ABOVE STATEMENT IS TRUE AND CORRECT.

Dated: June 30, 2023

                                                    Sincerely,

                                                    */s/ Yuhua Jin*
                                                    YUHUA JIN
                                                    408-506-0068

---
1
DECLARATION

