LEON E. JEW (SBN: 219298)
**DAYHEE LAW GROUP**
5776 Stoneridge Mall Road, Suite 288
Pleasanton, CA 94588
Telephone: (408)359-5915
Fax: (925) 463-3218

Attorney for Defendant
Caixing Xie

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| PALM STREET CAPITAL LLC, HAILING YU, JING LIAO;<br><br>Plaintiffs,<br><br>vs.<br><br>CAIXING XIE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No: 5:22-cv-01932-NC<br><br>Request for Judicial Notice and Declaration of Leon Jew in support of Defendant Caixing Xie's Reply to Plaintiffs' Objection to Motion to Dismiss<br><br>Date:   August 9, 2023<br>Time:   01:00 P.M.<br>Dept:   Courtroom 5<br>Judge: Honorable Nathanael M. Cousins |

I, Leon E. Jew, declare as follows,

1. I am the duly licensed attorney for Defendant Caixing Xie in this action.

2. I have personal knowledge of all matters stated herein except those matters that are stated on information and belief, which I believe to be true.

3. **Exhibit 1** attached herein a copy of Santa Clara Superior Court's filing rejection notice, denied Plaintiffs' filing of dismissal of the State Court Case (case # 21CV389961). I also request a judicial notice on Exhibit 1 attached herein.

4. **Exhibit 2** attached herein is a proof of service showing Plaintiffs' counsel have been notified of Welkin International's motion and cross-complaint.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF CALIFORNIA THAT THE ABOVE DECLARATION IS TRUE AND CORRECT.

Dated: July 21, 2023

                                              Respectfully submitted,

                                              /s/Leon E. Jew
                                              LEON E. JEW
                                              ATTORNEY FOR DEFENDANT
                                              CAIXING XIE

**EXHIBIT 1**

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA
DOWNTOWN COURTHOUSE - CIVIL DIVISION
191 North First Street
San José, California 95113
(408) 882-2100



- **Public Case Information Website:** https://cmportal.scscourt.org/Portal/  Providing access to local cases through online search & retrieval.
- **Main Website:** www.scscourt.org  Providing access to rules, self help information, forms, fees, locations & phone numbers.

### Civil Filing Rejection Letter

[         ]  Case Number: 21CV389961/ENV. 10036636
[         ]
[         ]  Case Title: Palm Street Capital LLC vs Xie

Dear Sir/Madam:

The Document is being returned for the following reason(s):

1. ☐ The Civil Case Cover Sheet adopted by Rule 3.220 is missing. Please submit the cover sheet within 10 days of this Notice or you may be subject to sanctions under California Rules of Court, Rule 2.30.
2. ☐ The case number is ☐ missing, ☐ incorrect, or ☐ incomplete.
3. ☐ The documents **MUST** be on adopted Judicial Council forms. ☐ Forms are obsolete.
4. ☐ The document is incomplete. Please complete information where "Red" check marks are placed.
5. ☐ The document is missing an original signature.
6. ■ The document requires a $ _____ Filing Fee or Waiver of Fees granted by this Court.
7. ☐ The document is not in compliance with Rule 2.100-2.119 as follows:
   a. ☐ Caption page required        c. ☐ State Bar Number required
   b. ☐ Two-hole punch and stapled   d. ☐ Telephone number
8. ☐ Request for Dismissal is incomplete. Please provide the information requested.
   Complete:   a. ☐ item 1a.              ☐ item 1b.
               b. ☐ item 2, need consent of ☐ Cross-Complaint ☐ Intervener ☐ Complaint
9. ☐ An Order of Court is required prior to filing this document.
10. ☐ The case was dismissed on: _____
11. ☐ The document is filed in the incorrect Court.
12. ■ Other: Request for Dismissal is missing second page.

**Notes for Future Reference:**

15. ☐ To expedite your requests for Writs or Abstracts, please submit an **endorsed filed** copy of your judgment.
16. ☐ Please enclose a self-addressed stamped envelope for the return of your copies.
17. ☐ Please make checks payable to: Clerk Superior Court

Date: 9/29/22 RB                              Clerk of the Court

                                              Clerk, by _____, Deputy

*The Court staff is not authorized to give you legal advice or instruct you on which legal forms to use, as this constitutes an unauthorized practice of law.*
*The Court recommends that you seek appropriate legal assistance.*

CV-5020 REV 12/03/15



# Public Portal
Superior Court of California, County of Santa Clara

HOME | SEARCH | CALENDARS | TRAFFIC PAYMENT | REMOTE HEARINGS | LOGIN

Show All entries                                           Search:

| File Date | File Type | Filed By | Comment | Documents |
|---|---|---|---|---|
| 9/30/2022 | Clerk Rejection Letter | | Env.#10036636; Request for Dismissal is missing second page. | 📄 |
| 9/30/2022 | Request: Dismissal | Hailing Yu, Palm Street Capital LLC, Jing Liao, | Request for Dismissal | 📄 |
| 9/22/2022 | Minute Order | | | 📄 |
| 7/12/2022 | Minute Order | | | 📄 |
| 3/15/2022 | Minute Order | | | 📄 |
| 2/7/2022 | Motion: Quash | Caixing Xie, | Service of Summons. Hearing 9-22-22 D7 | 📄 |
| 2/7/2022 | Declaration | Caixing Xie, | of Caixing Xie ISO MTQ. | 📄 |
| 2/7/2022 | Proof of Service: Electronic | Caixing Xie, | | 📄 |
| 1/6/2022 | Proof of Service: Summons DLR (Civil) | Hailing Yu, Palm Street Capital LLC, Jing Liao, Caixing Xie, | Proof of Service of Summons with Declarations in support of | 📄 |

**EXHIBIT 2**

1  LEON E. JEW (SBN: 219298)
   DAYHEE LAW GROUP
2  5776 Stoneridge Mall Road, Suite 288
   Pleasanton, CA 94588
3  Telephone: (408)359-5915
   Fax: (925) 463-3218
4  dlg5776@gmail.com; leon.jew@dahyee.com

5

6  Attorney for Defendant
   WELKIN INTERNATIONAL INDUSTRIAL, INC.

7

8  **THE SUPERIOR COURT OF CALIFORNIA**
   **COUNTY OF SANTA CLARA**
9  **UNLIMITED CIVIL**

| | |
|---|---|
| 10  PALM STREET CAPITAL LLC, HAILING YU, JING LIAO | Case No: 21CV389961 |
| 11 | PROOF OF SERVICE OF |
| 12             Plaintiffs, | |
| 13  vs. | 1. Cross-complainant WELKIN INTERNATIONAL INDUSTRIAL, INC.'s Notice of Motion and Motion for Leave of Court to File a Cross-Complaint, |
| 14 | |
| 15  CAIXING XIE, and DOES 1 through 20, inclusive, | |
| 16             Defendants. | 2. Declaration of Leon Jew in support with a cross-complaint |
| 17 | |
| 18 | |
| 19  WELKIN INTERNATIONAL INDUSTRY, INC | |
| 20 | |
| 21             Cross-complainants, | |
|     vs. | |
| 22 | |
| 23  PALM STREET CAPITAL LLC, HAILING YU, JING LIAO, AND YUANYUAN LIU | |
| 24             Cross-defendants. | |
| 25 | |

26

27

28

1
POS

1  At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 5776 Stoneridge Mall Rd., Ste 288, Pleasanton, CA 94588.

On the date listed below, I served a true and correct copy of subjected-documents to the following parties:

Zheng "Andy" Liu, Counsel for Plaintiffs
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Tel.: (650) 475-6289

BY **USPS FIRST CLASS MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person at the address above. I deposited such envelope with the Service with the shipping fee fully prepaid at Pleasanton, California. I am readily familiar with the business for collection and processing of correspondence as deposited with the service on the date listed below in the ordinary course of business.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on June 30, 2023 at Pleasanton, California.

_____
Tyson M. Lin