UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CAIXING XIE, <br><br> Defendant. | Case No. 22-cv-01932-NC <br><br> **ORDER TO SHOW CAUSE RE FAILURE TO FILE PRE-TRIAL MATERIALS** |

Trial in this matter is scheduled for June 17, 2024. The Court issued a pre-trial order requiring the parties to submit their trial materials by May 29, 2024. ECF 104. Defendant submitted a woefully incomplete trial binder. Plaintiff did not submit anything.

The parties are ordered to meet and confer and submit their full trial materials, including joint materials where required, by Monday, June 3 at 12:00 p.m. The parties may *not* file motions in limine or other pre-trial motions with their materials because that deadline has passed.

Failure to comply with this order may result in sanctions.

**IT IS SO ORDERED.**

Dated: May 30, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge