UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CAIXING XIE,<br><br>        Defendant. | Case No. 22-cv-01932-NC<br><br>**PRETRIAL CONFERENCE ORDER** |

**Rulings**

- Plaintiffs voluntarily dismiss without prejudice claims seven through nine for fraudulent transfer.
- The Court defers ruling on Plaintiffs' Request for Judicial Notice at ECF 122 until trial. The Court notes that the request was not timely filed.
- The Court notes Defendant's objection to Plaintiffs' proposed substitution of exhibit P10 and defers its ruling to trial.
- Plaintiffs proposed, and Defendant did not object, to add P31 to Plaintiffs' exhibit list. The Court permits the addition.
- The Court will rule on the parties' stipulations to exhibits before trial and defers its ruling on objections to trial.
- Due to the availability of witnesses, the parties agreed to combine their direct and cross examinations. The Court will give a jury instruction explaining this process.

- The Court orders reference to Defendant's Northern District of California bankruptcy proceeding excluded under FRE 401, 403.
- The Court orders that each party will have 6 hours for trial, including approximately 30 minutes for opening statements.

**Deadlines**

- The parties agree the remedies of specific performance and those available under California Business and Professions Code Section 17200 will be decided by the Court.  For both remedies, Plaintiffs must by Friday, June 14, 2024, at 12:00 p.m. file a statement of the law, proffer of evidence, and the remedy or award sought.  Defendant may respond by June 19, 2024, at 5:00 p.m.  Plaintiffs may not reply without advance leave of Court.
- Defendant must by Friday, June 14, 2024, at 12:00 p.m. file any objections to the English translations to Plaintiffs' proposed exhibits P1, P11, P15, and P25.
- Before Monday, June 17, 2024, at 9:30 a.m., the parties must meet and confer on whether (1) Xie's detention and reasons for detention and (2) Plaintiffs' state court actions may be presented and discussed at trial.

**IT IS SO ORDERED.**

Dated:  June 12, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge