UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALM STREET CAPITAL LLC, and others,

        Plaintiffs,

    v.

CAIXING XIE,

        Defendant.

Case No. 22-cv-1932 NC

**ORDER SUGGESTING ADDITIONAL ISSUE TO ADDRESS CONCERNING SUBJECT MATTER JURISDICTION**

At Dkt. No. 143, this Court ordered the parties to show cause concerning subject matter jurisdiction. The Court suggests that in their briefs the parties also should address the joinder feasibility factors in Fed. R. Civ. P. 19(b). If the Court determines that one or more plaintiffs do not have diverse citizenship from the defendant, then under Fed. R. Civ. P. 21, one option is to drop a non-diverse, dispensable plaintiff. *See Louisiana Mun. Police Employees' Retirement System v. Wynn*, 829 F.3d 1048, 1057 (9th Cir. 2016); *Sams v. Beech Aircraft Corp.*, 625 F.2d 273, 277 (9th Cir. 1980) ("Rule 21 grants a federal district or appellate court the discretionary power to perfect its diversity jurisdiction by dropping a nondiverse party provided the nondiverse party is not indispensable to the action under Rule 19."); 28 U.S.C. § 1653 (defective allegations of jurisdiction may be amended, upon terms, in the trial or appellate courts).

**IT IS SO ORDERED.**

Dated: June 19, 2024

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge