1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4
    PALM STREET CAPITAL LLC,        )  CASE NO. CV-22-1932 NC
5   HAILING YU, AND JING LIAO,      )
                                    )  SAN JOSE, CALIFORNIA
6                 PLAINTIFFS,       )
                                    )  JUNE 21, 2024
7           VS.                     )
                                    )  VOLUME 4
8   CAIXING XIE,                    )
                                    )  PAGES 499-587
9                 DEFENDANT.        )
                                    )
10  _____

11
                     TRANSCRIPT OF PROCEEDINGS
12         BEFORE THE HONORABLE NATHANAEL M. COUNSINS
                  UNITED STATES MAGISTRATE JUDGE
13

14  A P P E A R A N C E S

15  FOR THE PLAINTIFF:     APTUM LAW
                           BY:  ZHENG LIU
16                         1660 S AMPHLETT BOULEVARD, STE 315
                           SAN MATEO, CA 94402
17

18  FOR THE DEFENDANT:     DAHYEE LAW GROUP
                           BY:  LEON E. JEW
19                         7041 KOLL CENTER PARKWAY, STE 280
                           PLEASANTON, CA 94566
20

21

22  OFFICIAL COURT REPORTER:    SUMMER FISHER, CSR, CRR
                                CERTIFICATE NUMBER 13185
23

24
            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER

1

## INDEX OF PROCEEDINGS

2

3

FOR THE PLAINTIFF'S

4

**HAILING YU**

5
| DIRECT EXAM BY MR. LIU | P. |
| CROSS-EXAM BY MR. JEW | P. |
6
REDIRECT EXAM BY MR. LIU       P.
RECROSS-EXAM BY MR. JEW        P.

7

8

9

10

11

12      CLOSING ARGUMENT BY MR. LIU        P. 542, 571

13      CLOSING ARGUMENT BY MR. JEW        P. 562

14

15

16

17

18

19

20

21

22

23

24

25

1     SAN JOSE, CALIFORNIA         JUNE 21, 2024

2               P R O C E E D I N G S

3     (COURT CONVENED AT 9:41 A.M.)

4        THE COURT:  GOOD MORNING.  PLEASE BE COMFORTABLE.

5     ALL RIGHT.  JURORS NOT PRESENT.  OUR TOP ORDER OF

6     BUSINESS, THIS IS OUR CHARGING CONFERENCE.

7     I'VE HAD AN OPPORTUNITY TO REVIEW THE PROPOSED VERDICT

8     FORM, AND WE CIRCULATED AN ECF FILE LAST NIGHT, A PROPOSED

9     VERDICT FORM WHICH I HAVE BEFORE ME AND ALSO THE PROPOSED

10    CLOSING JURY INSTRUCTIONS, ALSO ISSUED AND CIRCULATED LAST

11    NIGHT IN ECF.

12    AFTER THAT WE CAN TALK ABOUT OTHER LOGISTICS FOR PREPARING

13    FOR THE INSTRUCTIONS AND CLOSING ARGUMENTS.  AND PLAINTIFFS

14    ASKED FOR SOME REBUTTAL TIME ON THE JURISDICTIONAL ISSUES, WE

15    WILL GET TO THAT LAST.

16       MR. LIU:  THANK YOU.

17       THE COURT:  LET'S START WITH THE VERDICT FORM AND

18    JURY INSTRUCTIONS, WHICH OF COURSE GO TOGETHER.

19    THE CLAIMS TO BE DETERMINED BY THE JURY, THE REMAINING

20    CLAIMS ARE FOR BREACH OF CONTRACT BY PLAINTIFF, HAILING YU,

21    AGAINST CAIXING XIE, AND THAT'S ON CONTRACT ONE AS IT'S BEEN

22    REFERRED TO DURING THE TRIAL.

23    AND SECONDLY, THE BREACH OF CONTRACT ON CONTRACT NUMBER

24    ONE BETWEEN PALM STREET LLC AND CAIXING XIE.  THAT'S THE

25    ARCHITECTURE OF WHAT THE JURY IS BEING ASKED TO DETERMINE.  AND

1     THEN IF THERE HAS BEEN A BREACH, WHAT THE DAMAGES ARE FOR THE

2     BREACH.

3          THE FINAL QUESTION ON THE VERDICT FORM, THE DATE OF

4     BREACH, IS TO DETERMINE PREJUDGMENT INTEREST, WHICH UNDER

5     CALIFORNIA LAW IS AN AUTOMATIC RATE, BUT IT'S BASED ON THE DATE

6     OF THE BREACH.

7          SO WE ASK FOR THE DATE FOR THE PURPOSE OF MAKING A COURT

8     DETERMINATION AIDED BY THE PARTIES AS TO WHAT THE PREJUDGMENT

9     INTEREST SHOULD BE, IF ANY.  SO THAT'S THE REASON FOR THAT

10    FINAL QUESTION, AND THERE'S AN INSTRUCTION THAT GOES ALONG WITH

11    IT.

12         NOW THERE WERE NO OBJECTIONS MADE TO THE PRIOR VERSION OF

13    THESE DOCUMENTS, BUT THERE HAVE BEEN CHANGES TO THE PRIOR

14    VERSION WHICH IS WHY WE ARE HAVING THIS CONVERSATION NOW,

15    BECAUSE THERE HAVE BEEN CHANGES, AND I WANT TO GIVE -- AND I

16    MUST GIVE BOTH PARTIES AN OPPORTUNITY TO CONTRIBUTE TO THESE

17    DOCUMENTS TO MAKE SURE WE ARE NOT MAKING LEGAL ERROR AND ALSO

18    SO THAT THE INSTRUCTIONS FOLLOW THE EVIDENCE THAT WAS PRESENTED

19    AT TRIAL, AND THE INSTRUCTIONS WILL BE HELPFUL TO THE JURY IN

20    FILLING OUT THE AMENDED VERDICT FORM PROPERLY.

21         SO THAT'S MY LONG-WINDED INSTRUCTION.  MR. LIU, LET ME

22    START WITH YOU FOR ANY FEEDBACK.

23         NOW I HAVE ONE FINAL PROPOSAL TO MAKE TO YOU ON THE

24    CLOSING JURY INSTRUCTIONS.  UPON REVIEW, I THINK WE CAN DELETE

25    THE ONE SENTENCE OF JURY INSTRUCTION 18, "OBLIGATION TO PAY

```
 1        MONEY ONLY," IT REALLY IS, I THINK, REPETITIVE OF THE

 2        INSTRUCTION IN NUMBER 17 ON CONTRACT DAMAGES, AND IT MAY BE A

 3        LITTLE BIT CONFUSING TO SAY IT TWICE IN A SLIGHTLY DIFFERENT

 4        WAY.

 5             SO I WOULD SUGGEST JUST DELETE 18 AND LEAVE IT TO 17 AS

 6        FAR AS DIRECTING THE JURY ON HOW THEY MIGHT CALCULATE CONTRACT

 7        DAMAGES.

 8             BUT I WILL TAKE YOUR VIEWS ON THAT AND ANY OTHER

 9        OBJECTIONS OR SUGGESTIONS OF THINGS TO CHANGE IN EITHER THE

10        INSTRUCTIONS OR THE VERDICT FORM.

11             MR. LIU:  YES.  I ACTUALLY AGREE WITH THE COURT'S

12        PROPOSAL ON JURY INSTRUCTION NUMBER 18, I'M FINE WITH THAT.

13             I HAVE A MINOR OBJECTION TO THE COURT'S PROPOSAL ON

14        PAGE 3.  THAT'S ECF 161, PAGE 3.

15             THE COURT:  WHICH INSTRUCTION ARE YOU REFERRING TO?

16             MR. LIU:  SORRY, THE CLOSING PROPOSED CLOSING JURY

17        INSTRUCTION.

18             THE COURT:  YES.

19             MR. LIU:  PAGE 3, THE FIRST COMPLETE PARAGRAPH WHERE

20        IT STARTS WITH "XIE DENIES THAT IT FORMED A CONTRACT WITH

21        EITHER PLAINTIFF.  XIE ASSERTS HE WAS NOT A PARTY TO THE

22        CONTRACT AND THE CONTRACT WAS BETWEEN PLAINTIFFS AND WELKIN

23        INTERNATIONAL INDUSTRIAL, INC. WHERE HE WORKED AS A COMPANY

24        OFFICER."

25             I MEAN, I THINK THAT PHRASE, I HAVE LITTLE PROBLEM WITH,
```

1    WHERE HE WORKED AS A COMPANY OFFICER.  XIE DOESN'T ASSERT THAT.

2    BASICALLY HE IS NOT A PARTY, WELKIN IS THE PARTY.  HE DOES NOT

3    ASSERT ANY RELATIONSHIP TO HIM AND THE COMPANY.

4        I MEAN, WEI MIGHT HAVE TALKED ABOUT IT, BUT XIE CERTAINLY

5    DOES NOT ASSERT -- MAKE THAT ASSERTION HIMSELF.  SO IT'S KIND

6    OF CONFUSING.  IT'S A FACT, I GET IT, BUT KIND OF CONFUSING

7    BECAUSE XIE HIMSELF DOES NOT ASSERT THAT IN HIS DEFENSE.  HE

8    JUST SAID WELKIN DID IT, I DIDN'T DO IT, RIGHT.  HE DOES NOT

9    SAY WELKIN DID IT, I'M NOT AN OFFICER, THEREFORE I DID IT.

10   THAT'S NOT THE CAUSAL CONCLUSION HE'S DRAWING IN THIS CASE, HE

11   SIMPLY SAYS SOMEBODY ELSE DID IT.

12       SO THAT, I THINK SENTENCE OR PHRASE, SHOULD BE DELETED

13   FROM THE PROPOSED INSTRUCTION.

14           THE COURT:  JUST -- AND JUST TO BE SPECIFIC ABOUT

15   WHAT YOU ARE SEEKING TO MODIFY, IT WOULD BE TO STRIKE THE WORDS

16   WHERE HE WORKED AS A COMPANY OFFICER?

17           MR. LIU:  THAT'S RIGHT.

18           THE COURT:  ALL RIGHT.  ANY OTHER CHANGES YOU WOULD

19   SUGGEST?

20           MR. LIU:  NO OTHER CHANGES.

21           THE COURT:  AND HOW ABOUT TO THE VERDICT FORM?

22           MR. LIU:  YES, THE VERDICT FORM, I THINK I WOULD -- I

23   HAVE A MINOR OBJECTION TO THE QUESTION NUMBER 5 FOR EACH

24   PLAINTIFF.

25           IT SAYS "PROVIDE A SPECIFIC DATE."  I THINK THE WORD

1    "SPECIFIC" IS UNNECESSARY.  JUST SAY "PLEASE PROVIDE A DATE."

2    I MEAN, WHAT'S THE SPECIFIC VERSUS NOT SPECIFIC?

3           THE COURT:  WHAT IF THEY SAY FEBRUARY OF 2020, HOW

4    WILL WE CALCULATE THE --

5           MR. LIU:  I SEE THE COURT'S CONCERN, BUT THAT'S WHAT

6    THE WORD "DATE" IS FOR.  "DATE" DOES NOT MEAN PROVIDE A MONTH

7    OR PROVIDE A YEAR.  DATE, IT'S A MONTH, A YEAR, AND IT'S A

8    DATE.

9           THE COURT:  WHAT'S THE ERROR IN SAYING THE WORD

10    "SPECIFIC?"  WHAT HARM WOULD IT CAUSE?

11           MR. LIU:  I'M FINE WITH IT, I'M JUST SAYING I THINK

12    IT'S A LITTLE OVERLY SPECIFIC THAN NEEDED, BUT OTHERWISE NO

13    HUGE OBJECTION TO IT.

14           THE COURT:  I ASKED YOU YESTERDAY TO CONFER ABOUT

15    WHETHER THE PARTIES MIGHT AGREE TO A DATE IF THERE IS A BREACH;

16    HAVE YOU DONE THAT?

17           MR. LIU:  I ACTUALLY DID THAT, YOUR HONOR, BUT

18    DEFENSE HAS NOT AGREED.

19           THE COURT:  AND WHAT DATE ARE YOU GOING TO SUGGEST TO

20    THE JURY THAT THEY SHOULD FIND IS THE DATE OF THE BREACH?

21           MR. LIU:  I'M GOING TO SUGGEST FEBRUARY 7, 2020

22    BECAUSE THAT'S WHEN THE SECOND CONTRACT WAS SIGNED.

23           THE COURT:  ALL RIGHT.  I WILL THINK ABOUT YOUR

24    COMMENTS.  ANYTHING ELSE?

25           MR. LIU:  I GUESS I HAVE ANOTHER MINOR OBJECTION TO

1    THE SENTENCE UNDER QUESTION 3, AND THE SAME REASON FOR THE

2    SENTENCE UNDER QUESTION 8.  IT SAYS "IF YOUR ANSWER TO QUESTION

3    IS YES, THEN ANSWER QUESTION 4 AND 5."

4        I GUESS YOU CAN JUST ANSWER QUESTION 4, AND THEN 5, I

5    GUESS IT'S KIND OF A SEPARATE ISSUE.  WE CAN RESOLVE THE ISSUE.

6            THE COURT:  WAIT A MINUTE.  SLOW DOWN.  SAY THAT

7    AGAIN.

8            MR. LIU:  IF YOUR ANSWER TO QUESTION 3 IS YES, MY

9    SUGGESTION IS THE NEXT PHRASE WOULD BE THEN ANSWER QUESTION 4

10   INSTEAD OF ANSWER QUESTIONS 4 AND 5.  THE SIMPLER, THE BETTER.

11       IF XIE BREACHES, HE BREACHES.

12           THE COURT:  IF THERE IS A BREACH THEN WE WANT TO KNOW

13   WHEN IT OCCURRED.  SO I THINK DIRECTING THEM TO ANSWER 4 AND 5

14   IS ACCURATE AND WOULD AVOID MORE CONFUSION THAN YOUR

15   ALTERNATIVE, BUT I UNDERSTAND AND I AGREE WITH THE OBJECTIVE OF

16   IT BEING SIMPLE.

17           MR. LIU:  THANK YOU.

18           THE COURT:  ALL RIGHT.  ANYTHING FURTHER?

19           MR. LIU:  NOTHING FURTHER.

20           THE COURT:  ALL RIGHT.  THANK YOU.

21       MR. JEW, ANY REACTION FROM THE PROPOSALS AND FROM THE

22   COURT AND MR. LIU?

23           MR. JEW:  THANK YOU, YOUR HONOR.

24       I HAVE NO OBJECTION TO THE FORMS, VERDICT FORMS.  IN

25   RESPONSE TO MR. LIU'S COMMENT REGARDING STATEMENT OF THE CASE,

```
1        JURY INSTRUCTION NUMBER 2, HIS VERSION WAS ALREADY AGREED

2     REGARDING MR. XIE'S JOB TITLE, WHICH IS NUMBER 26, IS SUBMITTED

3     BY PLAINTIFF AS A STATEMENT OF INFORMATION OF WELKIN

4     INTERNATIONAL INDUSTRIAL, INC.

5        AND IN THE CONTRACT, EXHIBIT P1, HIS TITLE IS PROJECT

6     MANAGER.  PROJECT MANAGER IS ALSO MENTIONED, THEREFORE FOR THE

7     PROPOSED UPDATED STATEMENT OF THE CASE, SHOULD REMAIN

8     UNCHANGED.

9           THE COURT:  YEAH.  THANK YOU.

10       I AGREE WITH YOU, MR. JEW, AS TO THE STATEMENT OF THE

11    CASE, AND HERE'S THE REASONS WHY I'M GOING TO KEEP IT AS IS:

12       ONE, IT'S CONSISTENT WITH WHAT WE TOLD THE JURY IN THE

13    BEGINNING.  AND SO IF THERE IS A CHANGE, I MIGHT FEEL A NEED TO

14    TELL THE JURY WHY WE CHANGED THE STATEMENT.

15       SECOND, I AGREE THAT EXHIBIT 26, AND THE EXHIBIT REFERS TO

16    HIM AS THE PROJECT MANAGER, SUPPORT THE ASSERTION.

17       AND THIRD, THIS IS AN ASSERTION, IT'S JUST TELLING THE

18    JURY WHAT IS ASSERTED, IT'S NOT TELLING THE JURY WHAT'S AN

19    ESTABLISHED FACT, IT'S JUST TELLING THE JURY WHAT ONE SIDE

20    ASSERTS, AND PLAINTIFF MAY NOT AGREE WITH THAT ASSERTION AND

21    CAN PROVIDE COUNTEREVIDENCE TO IT.

22       SO FOR THOSE REASONS, I'M GOING TO KEEP IT IN AS

23    PERSONALLY INTERACTED.

24          ANYTHING ELSE, MR. JEW?

25             MR. JEW:  NOTHING ELSE, YOUR HONOR.
```

```
1            THE COURT:  DO YOU HAVE ANY OBJECTION TO THE REMOVING

2      OF INSTRUCTION 18 ON CONTRACT DAMAGES?

3            MR. JEW:  NO OBJECTION.

4            THE COURT:  ALL RIGHT.

5        SO IN REVIEW THEN, WE WILL DELETE JURY INSTRUCTION 18 FROM

6      THE CURRENT DRAFT AND MOVE UP THE NUMBERING OF THE LATER

7      INSTRUCTIONS.  WE WILL DELETE FROM THE JURY'S VERSION THE

8      BRACKETS THAT PROVIDE THE SOURCE OF THE INSTRUCTION, SO THERE

9      WILL BE A SLIGHTLY SLIMMED-DOWN VERSION.  THOSE WERE PROVIDED

10     TO THE PARTIES AND TO US TO HELP US TRACK THE UNDERLYING LAW

11     THAT PROVIDES THE INSTRUCTION.

12           I'M JUST DOING A FINAL SKIM THROUGH HERE, ONE SECOND.

13           (PAUSE IN PROCEEDINGS.)

14            THE COURT:  ALL RIGHT.  I THINK THAT'S IT FOR THE

15     INSTRUCTIONS.

16          THEN ON THE OBJECTION TO THE VERDICT FORM, I'M GOING TO

17     PROVIDE IT AS GIVEN.  I THINK ASKING FOR A SPECIFIC DATE TRACKS

18     THE NEEDS FOR THE COURT TO DETERMINE A DATE FOR PREJUDGMENT

19     INTEREST.  AND WITHOUT ASKING FOR A SPECIFIC DATE, IT RAISES A

20     POSSIBILITY, EVEN IF IT'S A SMALL POSSIBILITY, THAT THE JURORS

21     MIGHT GIVE A RANGE OR A MONTH, AND THAT WOULD NOT MAKE IT

22     POSSIBLE TO ACCURATELY CALCULATE PREJUDGMENT INTEREST.

23          AND IF IT TURNS OUT THEY ARE CONFUSED BY THAT, WE CAN

24     FIGURE OUT WHAT ALTERNATIVES WE MIGHT HAVE, BECAUSE WE MIGHT

25     HAVE ALTERNATIVES.
```

1          AND WE WILL OF COURSE SET -- TAKE OFF THE COVER SHEET

2     REFERRING TO THE AMENDED PROPOSED VERDICT FORM, THAT WILL NOT

3     BE PROVIDED TO THE JURORS.

4          SO WE WILL MAKE THOSE SMALL REVISIONS AND PROVIDE WRITTEN

5     COPIES TO THE JURORS AND TO YOU AS WELL FOR THE INSTRUCTIONS OF

6     THE LAW AND THEN THE CLOSING ARGUMENTS.

7          THAT CONCLUDES OUR CHARGING CONFERENCE.  THANKS VERY MUCH.

8          NOW SOME LOGISTICS.  WE HAVE REVIEWED THE EXHIBIT BINDER

9     WITH THE ADMITTED EXHIBITS AND WE HAVE CREATED A TABLE OF

10    CONTENTS FOR THE ADMITTED EXHIBITS ONLY.  I'M GOING TO PROVIDE

11    IT TO YOU NOW AND ASK BEFORE 10:30 FOR YOU TO CERTIFY THAT YOU

12    HAVE REVIEWED IT AND THAT YOU AGREE THAT THE MATERIALS IN THE

13    BINDER ARE ADMITTED EXHIBITS AND ADMITTED EXHIBITS ONLY AND

14    NOTHING ELSE.  AND WE WILL PROVIDE THAT TO THE JURORS.

15         YOU MAY PROCEED.  THANK YOU.

16         AND THE TABLE OF CONTENTS IS DERIVED FROM YOUR DOCUMENT.

17              MR. LIU:  YOUR HONOR, CAN I SAY SOMETHING?

18              THE COURT:  YES?

19              MR. LIU:  YOUR HONOR, I WOULD SUGGEST WITHDRAW THE

20    P27 FROM THE JUROR'S CONSIDERATION, IT'S A CREDIT CARD

21    STATEMENT USED BY MR. XIE AND BY WELKIN, BUT NOBODY HAS REALLY

22    TALKED ABOUT IT IN THIS CASE.  I WAS GOING TO TALK ABOUT, BUT I

23    THINK IT BECAME SOMEWHAT IRRELEVANT DURING THE COURSE OF THE

24    CASE.  SO THAT'S WHY I WAS --

25              THE COURT:  YOU ARE SEEKING TO WITHDRAW 27?

```
1            MR. LIU:  YEAH.  IT'S BEEN ADMITTED BEFORE, BUT I

2    JUST DON'T THINK IT'S RELEVANT.

3            THE COURT:  LET ME ASK THE DEFENSE, IS THERE ANY

4    OBJECTION TO WITHDRAWING 27?

5            MR. JEW:  YOUR HONOR, WE DISAGREE, WE WANT EXHIBIT

6    NUMBER 27 STILL IN THE EXHIBIT.

7            THE COURT:  BECAUSE?

8            MR. JEW:  BECAUSE THAT INFORMATION IS VERY IMPORTANT

9    SHOWING THAT ANY FUND WAS NOT TRANSFERRED TO MR. XIE, HIMSELF,

10   THE FUND WAS TRANSFERRED TO THE BUSINESS.

11           MR. LIU:  YOUR HONOR, JUST TO BE CLEAR, THOSE ARE

12   CREDIT CARDS, IT'S NOT A CHECKING OR SAVINGS ACCOUNT, SO THE

13   FUND ISSUE IS NOT REALLY IN THERE.

14           THE COURT:  ALL RIGHT.  THANK YOU.

15       MY RULING IS, GIVEN THERE IS A DISPUTE ABOUT IT, I'M NOT

16   GOING TO WITHDRAW THE EXHIBIT.  I AGREE THAT NO WITNESS HAS

17   COMMENTED ON IT, SO UNDER A DIFFERENT PROCEDURAL SITUATION, I

18   WOULD WITHDRAW IT.  THE REASON I'M NOT NOW IS THAT THE EVIDENCE

19   HAS CLOSED AND I DON'T WANT THE DEFENSE TO BE TAKEN ADVANTAGE

20   OF IN HAVING RELIED UPON THE EXHIBIT BEING IN EVIDENCE TO ONLY

21   NOW FIND OUT IT'S NOT IN EVIDENCE, BECAUSE THEORETICALLY THEY

22   MIGHT HAVE DECIDED TO CALL A WITNESS TO TESTIFY IF THEY KNEW

23   THAT EXHIBIT WAS NOT ADMITTED.

24       SO JUST TO KEEP THINGS STATUS QUO AND NOT TO CHANGE THINGS

25   AT THE LAST MINUTE AND BECAUSE THE PARTIES DID AGREE AND I
```

1    ADMITTED IT EARLIER, I WILL KEEP IT IN.

2         MR. LIU:  ANOTHER ONE IS --

3         THE COURT:  BUT I WILL JUST SAY THAT NO PARTY MAY

4    PROVIDE -- NOT NO PARTY -- NO ATTORNEY MAY PROVIDE TESTIMONY

5    ABOUT THAT DOCUMENT DURING YOUR CLOSING ARGUMENTS.  OF COURSE

6    YOUR CLOSING ARGUMENTS ARE NOT TESTIMONY, IT'S TO HELP THE JURY

7    UNDERSTAND, BUT NO ONE, AS TO THAT DOCUMENT OR ANY OTHER,

8    SHOULD BE PROVIDING TESTIMONY.

9         YES, MR. LIU?

10         MR. LIU:  YES, YOUR HONOR.

11         I THINK A MINOR REVISION I HAVE IS THIS P26-1 THAT WE HAVE

12    BEEN TALKING ABOUT THROUGHOUT THE TRIAL.  IT'S NOT A COMPLETE

13    P26, IT'S FOUR PAGES FROM THE ORIGINAL 26 THAT I PROPOSED.

14         THE COURT:  WELL, I AGREE.  WHY DON'T YOU LOOK AT THE

15    BINDER RIGHT THERE IN FRONT OF YOU AND LET'S CONFIRM IT ONLY

16    HAS THE FIRST FOUR PAGES.  IT WILL BE A TEST.

17         MR. LIU:  THE BINDER IS CORRECT.

18         THE COURT:  OKAY.  WELL THAT'S WHAT WE ARE GIVING THE

19    JURY IS THE BINDER.  THE JURY DOESN'T NEED TO KNOW THAT IT'S

20    ONLY THE FIRST FOUR PAGES, THEY JUST NEED TO KNOW IT'S P26.  I

21    DON'T THINK WE NEED TO CHANGE THE TABLE OF CONTENTS.

22         MR. LIU:  OKAY.  FAIR ENOUGH.

23         NO OTHER OBJECTION.

24         THE COURT:  ALL RIGHT.  THANK YOU.

25         HAVE YOU HAD A CHANCE TO REVIEW IT OR DO YOU NEED MORE

1        TIME?

2                    MR. LIU:  CAN I TAKE ANOTHER TWO MINUTES?

3                    THE COURT:  YOU SURE CAN.

4              (PAUSE IN PROCEEDINGS.)

5                    MR. LIU:  IT'S ACCURATE.

6                    THE COURT:  ALL RIGHT.  THANK YOU.

7              THAT WAS MR. LIU SPEAKING.

8              AND IF -- MR. JEW, IF YOU WOULD ALSO TAKE AN OPPORTUNITY

9        TO REVIEW THAT.

10             (PAUSE IN PROCEEDINGS.)

11                   MR. JEW:  YOUR HONOR, I HAVE REVIEWED.  I HAVE NO

12       QUESTION ABOUT IT.

13                   THE COURT:  ALL RIGHT.  THEN THE PARTIES HAVE BOTH

14       AGREED AND CERTIFIED THAT THE EXHIBITS IN THAT BINDER ARE

15       ADMITTED, AND ONLY ADMITTED EXHIBITS, AND WE WILL INCLUDE

16       WITHIN IT THE INDEX FOR THEIR USE.

17                   MR. JEW:  YES, YOUR HONOR.

18                   THE COURT:  ALL RIGHT.  THANK YOU.

19             I THINK WE ARE ALSO GOING TO ADD TO THE FINAL JURY

20       INSTRUCTIONS, THIS SENTENCE, "PLEASE RETURN THE INSTRUCTIONS

21       YOU RECEIVED AT THE BEGINNING OF THE CASE TO MY COURTROOM

22       DEPUTY."  JUST ADMINISTRATIVELY.

23             AND I DON'T KNOW IF THE SET OF EXHIBITS THAT THEY WERE

24       HANDED DURING TRIAL, IT'S NOT A SET, THEY ARE ONE-BY-ONE, IF

25       THEY STILL RETAIN THOSE OR IF WE HAVE THOSE?

1      LILI, DO THE JURORS HAVE THOSE IN THEIR ROOM WITH THEM?

2           (OFF THE RECORD DISCUSSION.)

3           THE COURT:  ALL RIGHT.  THANK YOU FOR THAT

4      CLARIFICATION.  IF NOT, I WOULD ASK THEM TO RETURN THEM BECAUSE

5      WE WANT TO HAVE ONE AGREED UPON SET OF EXHIBITS AND THAT ONE

6      THERE IN THE BINDER.

7           ALL RIGHT.  VERY GOOD.  WE WILL THEN PRINT OUT THE CLOSING

8      JURY INSTRUCTIONS AND THE VERDICT FORM FOR OUR USE SHORTLY WHEN

9      THE JURY IS HERE.

10          ALL RIGHT.  TURNING NEXT TO ANY OTHER LOGISTICS FOR THE

11     NEXT PHASE OF THE CASE.  MR. LIU, I HEARD FROM MY DEPUTY THAT

12     YOU WANTED TO DO SOME PRACTICE WITH THE TECHNOLOGY, AND I WILL

13     GIVE YOU A MOMENT TO TRY THAT.  I ADVISED YOU AT THE PRETRIAL

14     CONFERENCE TO PRACTICE THEN.  YOU DON'T HAVE MUCH TIME TO

15     PRACTICE NOW, SO IT'S GOING TO BE AT YOUR RISK AS TO HOW THINGS

16     WORK OUT.  SO MY GUIDANCE WOULD BE PREPARE EARLIER, BUT YOU

17     WILL HAVE A MOMENT IF YOU WISH IT.

18          DO YOU WISH TO CALL MS. YU BACK TO THE STAND ON THE TOPIC

19     OF DIVERSITY AND CITIZENSHIP?

20          MR. LIU:  YES, YOUR HONOR, BRIEFLY.

21          MR. JEW:  YOUR HONOR, I OBJECT.  THIS WITNESS HAS NO

22     PERSONAL KNOWLEDGE REGARDING MR. XIE'S DOMICILE.

23          THE COURT:  I WILL FIND OUT.  I WILL GIVE HER A

24     CHANCE TO DO IT.  AND HER TESTIMONY DOES HAVE TO BE BASED ON

25     PERSONAL KNOWLEDGE.  AND I -- AND I WILL GIVE YOU A CHANCE TO

1      CROSS-EXAMINE HER.

2          ALL RIGHT.  WELCOME BACK.  GOOD MORNING.  AND YOU REMAIN

3      UNDER OATH.  THIS IS MS. YU WHO HAS TAKEN THE STAND.

4                    **DIRECT EXAM BY MR. LIU**

5      BY MR. LIU:

6      Q.   MS. YU, YOU HAVE A DOCUMENT IN FRONT OF YOU; IS THAT

7      CORRECT?

8      A.   YES.

9      Q.   SO WHAT IS IT?

10     A.   IT'S CITIZENSHIP SHOWING MR. XIE IS A CITIZEN OF REPUBLIC

11     OF CHINA.

12     Q.   OKAY.  IS THERE A DATE ON THE DOCUMENT?

13     A.   YES, IT'S STARTING -- THE DATE FROM 2012, APRIL 25TH, AND

14     SAYING THAT IT ENDED LONG-TERM.

15     Q.   AS FAR AS YOU KNOW, HAS THE DOCUMENT EXPIRED?

16     A.   NO.

17     Q.   SO MATTER OF FACT, IS THERE A RECENT DATE ON THE DOCUMENT?

18     A.   NO.

19     Q.   OKAY.  SO LET'S TALK ABOUT MR. XIE'S CARS DURING THE YEAR

20     OF 2022, OKAY.  SO AS FAR AS YOU KNOW, HOW MANY CARS DID HE

21     HAVE IN 2022?

22     A.   THREE.

23     Q.   SO DID ANYTHING HAPPEN TO THOSE CARS LATER ON?

24     A.   I LEARNED THAT SOMEONE ON HIS BEHALF SOLD THE THREE CARS.

25     Q.   OKAY.  SO DID YOU MENTION WHICH YEAR THE CARS WERE SOLD?

1     A.   THAT IS UNCLEAR.

2     Q.   SO AS FAR AS YOU KNOW, HAS MR. XIE RETURNED FROM THE

3     UNITED STATES AFTER MARCH 2022?

4     A.   HE LEFT FEBRUARY 2020.  SINCE THEN, I LEARNED HE NEVER

5     RETURNED TO U.S.

6     Q.   SO HE NEVER RETURNED FROM CHINA TO THE UNITED STATES AFTER

7     FEBRUARY 2020?

8     A.   YES.

9     Q.   OKAY.  THAT'S BASED ON YOUR PERSONAL KNOWLEDGE?

10    A.   YES.

11    Q.   OKAY.  SO MS. YU, THE RECORD WILL SHOW I JUST HANDED YOU A

12    SECOND DOCUMENT; SO WHAT IS IT?

13    A.   IT'S SHOWING A DECLARATION OF CAIXING XIE IN SUPPORT OF

14    DEFENDANT'S MOTION TO SQUASH SERVICE OF SUMMON AND COMPLAINT.

15    Q.   YOU'VE SEEN THAT DOCUMENT BEFORE, RIGHT?

16    A.   YES.

17    Q.   BECAUSE YOU WERE A PARTY TO THAT CASE, CORRECT?

18    A.   YES.  WE WENT TO MR. CAIXING XIE'S HOUSE IN SARATOGA

19    TRYING TO SERVE HIM THE LAWSUIT.

20    Q.   OKAY.  SO AS FAR AS YOU KNOW, MR. XIE TESTIFIED UNDER

21    PENALTY OF PERJURY, HIMSELF, THAT HE LEFT FOR CHINA?

22    A.   YES.

23    Q.   AFTER FEBRUARY 2020?

24    A.   YES.

25    Q.   MR. XIE TESTIFIED HIMSELF, UNDER PENALTY OF PERJURY, THAT

1    HE NEVER RETURNED TO THE UNITED STATES AFTER FEBRUARY 2020?

2    A.   YES.

3    Q.   AND ADDITIONALLY IN THAT DOCUMENT, MR. XIE TESTIFIED

4    HIMSELF, UNDER PENALTY OF PERJURY, THAT HE ACTUALLY HAD RENTED

5    OUT HIS SARATOGA HOME IN NOVEMBER 2019, RIGHT?

6    A.   YES.

7    Q.   AND THEN AFTER THAT, MR. XIE TESTIFIED HE NEVER RESIDE IN

8    THAT PROPERTY --

9         MR. JEW:  OBJECTION.  LEADING.

10        THE COURT:  SUSTAINED.

11        MR. LIU:  THANK YOU, YOUR HONOR.

12   THAT'S ALL I HAVE, YOUR HONOR.

13        THE COURT:  ALL RIGHT.  THANK YOU.

14   AND MR. LIU, ARE YOU SEEKING TO MOVE THESE INTO EVIDENCE?

15        MR. LIU:  NO, YOUR HONOR.

16        THE COURT:  IS THAT NO?

17        MR. LIU:  NO, YOUR HONOR.

18        THE COURT:  ALL RIGHT.  THANK YOU.

19   MR. JEW, DO YOU HAVE ANY CROSS-EXAMINATION?

20                    **CROSS-EXAMINATION**

21   BY MR. JEW:

22   Q.   MS. YU, YOU TESTIFIED YOU SOLD THE THREE CARS FOR MR. XIE

23   CORRECT?

24   A.   I LEARNED.

25   Q.   YOU LEARNED FROM WHERE?

1    A.   SOMEONE TOLD ME.  AND SOMEONE IN CHARGE OF MR. XIE SOLD

2    THE THREE CARS ON BEHALF OF HIM, HIMSELF.

3              MR. JEW:  YOUR HONOR, I MOVE THE COURT TO STRIKE THE

4    HEARSAY STATEMENT.

5              THE COURT:  I DON'T KNOW THAT I NEED TO STRIKE IT, AS

6    THE JURY IS NOT HERE TO HEAR IT, BUT I -- IT HAS NO WEIGHT.  I

7    AGREE.

8         IN OTHER WORDS, IF YOU ARE RAISING AN OBJECTION, I SUSTAIN

9    IT AS HEARSAY.

10   BY MR. JEW:

11   Q.   AND YOU TESTIFIED YOU HAVE PERSONAL KNOWLEDGE REGARDING

12   MR. XIE'S NON PRESENCE IN THE UNITED STATES AFTER

13   FEBRUARY 2020, CORRECT?

14   A.   THROUGH MY EXPERIENCE WITH MR. XIE, AFTER FEBRUARY 7TH,

15   2020 BECAUSE WE ARE KEEPING FOLLOWING UP WITH HIM ON THE MONEY

16   HE OWE US AND HE SAID THAT --

17   Q.   OKAY.  THAT'S IRRELEVANT.  I WANT TO KNOW YOUR PERSONAL

18   KNOWLEDGE REGARDING MR. XIE?

19   A.   I'M ANSWERING YOU, MR. JEW, I'M ANSWERING YOUR QUESTION

20   HOW I LEARNED, MY PERSONAL EXPERIENCE.

21             MR. JEW I'M ANSWERING YOUR QUESTION HOW I LEARNED FROM MY

22   PERSONAL EXPERIENCE I HAD.

23             THE COURT:  OKAY.  ONE AT A TIME, WE ARE NOT GOING TO

24   HAVE INTERRUPTION.

25             THE WITNESS:  I'M ANSWERING YOUR QUESTION.

1          THE COURT:  MS. YU, YOU MAY FINISH YOUR ANSWER.

2          THE WITNESS:  OKAY.  THANK YOU.

3      YEAH.  SO AFTER FEBRUARY 7, 2020, WE KEEP FOLLOWING UP

4  WITH MR. XIE.  EVEN DURING THAT MEETING, MR. XIE TOLD US

5  BECAUSE WE WERE FRIENDS BEFORE THAT, BEFORE THE WHOLE THING

6  HAPPENED, WE ASKED -- WE RAISE A CONCERN ABOUT HIS GREEN CARD

7  IN U.S.  AND HE SAID THAT HE WON'T BE ABLE TO RETURN TO U.S.

8      PERSONALLY HE TOLD US THIS, AND WE RAISED THAT CONCERN AND

9  THINK THAT, HOW ARE YOU GOING TO GIVE YOUR GREEN CARD IF YOU

10  ARE NOT RETURNING BACK TO U.S.?  AND HE SAID I CANNOT KEEP

11  THAT, BECAUSE THE CHINESE GOVERNMENT INVEST IN HIS COMPANY, AND

12  THE CHINESE GOVERNMENT WITHHOLD HIS PASSPORT, HE WOULDN'T BE

13  ABLE TO RETURN TO U.S.

14      THAT'S BASICALLY AFTER FEBRUARY 7, 2020, WE KEEP FOLLOWING

15  UP WITH HIM.  AND, YOU KNOW, IN THE CONVERSATION, EITHER THE

16  PHONE CALLS OR THE CONVERSATION WE HAD WITH HIM, HE SAID HE

17  COULDN'T RETURN TO U.S.

18  Q.   THANK YOU.

19  A.   YEAH.

20  Q.   HOW DID YOU KNOW HIS PASSPORT USED FOR TRAVEL TO THE

21  UNITED STATES WAS KEPT BY THE CHINESE GOVERNMENT?

22  A.   HE TOLD ME.  HE TOLD US IN THE PHONE CONVERSATION.

23  Q.   WHEN DID HE TELL YOU THAT?

24  A.   IN THE CONFERENCE FOLLOW-UP AFTER FEBRUARY 7, 2020.  I

25  DON'T RECALL THE EXACT TIME, BECAUSE WE KEEP FOLLOWING UP WITH

1    HIM, AND WE SAY THAT, WHEN ARE YOU GOING TO RETURN BACK?

2    BECAUSE WE ASK HIM TO TRANSFER -- HE AGREED TO TRANSFER THE

3    PROPERTIES TO US AND HE SAID, I COULDN'T RETURN BACK.

4         SO I ASKED MY LAWYER TO TRANSFER THE PROPERTIES ON MY

5    BEHALF TO YOU GUYS.  BUT IT NEVER HAPPENED, AND THE LAWYER

6    NEVER COME BACK TO US AND TALK TO US ABOUT IT.

7              MR. JEW:  NO MORE QUESTIONS, YOUR HONOR.

8              THE COURT:  THANK YOU.

9         MR. LIU, ANYTHING FURTHER?

10             MR. LIU:  YES.  BRIEFLY, YOUR HONOR.

11                       **REDIRECT EXAMINATION**

12   BY MR. LIU:

13   Q.   MS. YU, SO MR. XIE TOLD YOU THAT HE WAS NOT GOING TO

14   RETURN TO THE UNITED STATES, HIMSELF?

15   A.   YES.

16   Q.   THE REASON BEHIND THAT, HE TOLD YOU, WAS HIS COMPANY IN

17   CHINA HAD INVESTMENT FROM THE CHINESE GOVERNMENT?

18   A.   YES.

19   Q.   THEREFORE, HE WOULD RATHER KEEP HIS CHINESE CITIZENSHIP?

20   A.   YES.

21   Q.   BECAUSE HE'S GETTING INVESTMENT FROM HIS --

22             MR. JEW:  OBJECTION.  THAT'S A MISSTATEMENT BY

23   WITNESS TESTIMONY.  WITNESS DID NOT MENTION THAT.

24             THE COURT:  IT'S LEADING AND ALSO TESTIFYING, SO

25   SUSTAINED.

1          MR. LIU, THE WITNESS HAS TO TESTIFY, NOT YOU.

2              MR. LIU:  CERTAINLY.

3      BY MR. LIU:

4      Q.  ONE LAST QUESTION.

5          IF ANYTHING, DID MR. XIE TELL YOU WHY HE WAS NOT RETURNING

6      TO THE UNITED STATES?

7              MR. JEW:  OBJECTION.  LACK OF FOUNDATION.  LACK OF

8      PERSONAL KNOWLEDGE.

9              THE COURT:  OVERRULED.  SHE CAN ANSWER IF SHE KNOWS.

10             THE WITNESS:  YES.

11         SO IN OUR INTERACTION WE HAD WITH MR. XIE, BECAUSE HE GOT

12     THE INVESTMENT FROM THE CHINESE GOVERNMENT, AND IT'S A LOT OF

13     MONEY.  AND -- I SHOULDN'T SAY THE AMOUNT.  AND IN APRIL 10TH,

14     2023, I WENT TO CHANGZHOU, WHERE MR. XIE'S COMPANY IS.  AND IF

15     YOU REMEMBER MY TESTIMONY YESTERDAY, I WENT THERE PERSONALLY,

16     AND I COULDN'T LOCATE MR. XIE.

17         AND ANOTHER THING I DID, I WENT TO THE GOVERNMENT BUILDING

18     AND FIND THE GOVERNORS WHO IS IN CHARGE MONITORING MR. XIE'S

19     COMPANY AND HAD AN OVER ONE-HOUR MEETING WITH THEM.  AND THEY

20     TOLD ME THEY INVEST MONEY, THEY RAISE A CONCERN, BUT MR. XIE

21     CANNOT GO BACK TO THE U.S.

22     Q.  AND MR. XIE HAD TWO CARS AT THE TIME?

23     A.  I DON'T KNOW TWO CARS, BUT I KNOW HE HAS A DRIVER.

24     Q.  OKAY.  AT THE SAME TIME HE HAD ALREADY --

25             MR. JEW:  OBJECTION, YOUR HONOR.  IRRELEVANT.

1            THE COURT:  ONE MOMENT.

2            THE WITNESS:  YEAH.  SO --

3            THE COURT:  ONE MOMENT, THERE WAS AN OBJECTION THAT I

4    NEED TO RULE ON.

5        THE OBJECTION IS OVERRULED.  YOU MAY ANSWER.

6            THE WITNESS:  YES.  HE HAD TWO VERY LUXURY CONDO IN

7    CHINA.  I WENT TO WHERE THE CONDO IS LOCATED, AND THE TOP

8    FLOOR, NEXT TO EACH OTHER, AND SO THAT'S WHAT I LEARNED, HE HAD

9    A VERY LUXURY LIFE IN CHINA, BUT HE KEEP LYING TO US, REFUSE TO

10   PAY US BACK.

11   Q.   OKAY.  LAST QUESTION.

12        AS FAR AS YOU KNOW, HAS MR. XIE SOLD THE TWO CONDOS HE

13   BOUGHT IN CHINA?

14   A.   I DON'T KNOW.

15            MR. JEW:  OBJECTION.  IRRELEVANT.

16            THE COURT:  ALL RIGHT.  OVERRULED.  I WILL PERMIT THE

17   ANSWER.

18        ALL RIGHT.  THANK YOU.

19        MR. JEW, DO YOU HAVE ANY FURTHER QUESTIONS WOULD YOU LIKE

20   TO ASK?

21            MR. JEW:  YES, I HAVE ONE FOLLOW-UP QUESTION.

22                    **RECROSS-EXAMINATION**

23   BY MR. JEW:

24   Q.   YOU TESTIFIED YOU VISITED MR. XIE IN HIS HOMETOWN,

25   CHANGZHOU, CHINA.  MY QUESTION IS, DID YOU LEARN FROM

1     GOVERNMENT OR GOVERNOR OR GOVERNMENT OFFICIAL THAT MR. XIE'S

2     PASSPORT WAS KEPT BY GOVERNMENT?

3     A.   YES.

4              MR. JEW:  THANK YOU.

5              THE COURT:  ALL RIGHT.  THANK YOU.  YOU MAY STEP

6     DOWN.

7         ALL RIGHT.  THAT CONCLUDES THE FURTHER EVIDENCE ON THE

8     TOPIC OF SUBJECT MATTER JURISDICTION.  SO WE WILL TAKE A BREAK

9     NOW.

10        ONE OTHER LOGISTICAL THING FOR THE CLOSING ARGUMENTS,

11    MR. LIU, YOU WILL GO FIRST AS THE PLAINTIFF SIDE IN YOUR

12    CLOSING ARGUMENT.  WOULD YOU LIKE TO RESERVE SOME TIME FOR

13    REBUTTAL?

14             MR. LIU:  YES, YOUR HONOR.  WHAT'S THE TOTAL TIME I

15    WILL HAVE?

16             THE COURT:  YOU SAID YOU WOULD TAKE 30 MINUTES TOTAL.

17    SO -- AND YOU'VE GOT ABOUT 30 MINUTES TOTAL LEFT IN YOUR CASE

18    IF WE ARE ON THE CLOCK.  WOULD YOU LIKE TO RESERVE FIVE MINUTES

19    FOR REBUTTAL?

20             MR. LIU:  YES.

21             THE COURT:  ALL RIGHT.  SO I WILL GIVE YOU 5 MINUTES

22    FOR REBUTTAL.  AND MR. JEW, YOU CAN PLAN THAT INTO YOUR TIMING

23    AS WELL.

24        WE WILL PROBABLY TAKE A BREAK AFTER MR. LIU DOES HIS

25    CLOSING BEFORE YOU GO, MR. JEW.

1              MR. JEW:  OKAY.  THANK YOU, YOUR HONOR.

2              THE COURT:  ALL RIGHT.  SO YOU'VE GOT A FEW MINUTES

3       PREPARATION FOR THAT.  WE WILL MAKE OUR COPIES.  WE WILL START

4       AT 10:30 AS WELL, AS OUR JURORS ARE HERE.

5            THANK YOU.  WE ARE IN RECESS.

6            (RECESS FROM 10:16 A.M. UNTIL 10:32 A.M.)

7              THE COURT:  ALL RIGHT.  OUR JURORS HAVE ASSEMBLED.

8       ARE WE READY FOR THE NEXT PHASE?  YES?

9              MR. LIU:  YES, YOUR HONOR.

10             MR. JEW:  YES.

11             THE COURT:  ALL RIGHT.  LET'S BRING THE JURY IN,

12       PLEASE.

13           (JURY IN AT 10:32 A.M.)

14             THE COURT:  EVERYONE MAY BE SEATED.  GOOD MORNING TO

15       OUR JURORS, THANK YOU FOR RETURNING.

16          AND WHAT WE WILL BE DOING THIS MORNING IS I WILL BE

17       INSTRUCTING THE JURY WITH THE FINAL INSTRUCTIONS OF LAW, YOU

18       JUST RECEIVED A COPY OF THOSE, AND THEN WE WILL HAVE THE

19       CLOSING ARGUMENTS OF THE ATTORNEYS.  PLAINTIFFS WILL GO FIRST,

20       FOLLOWED BY THE DEFENSE, AND THEN A SHORT REBUTTAL FROM

21       PLAINTIFF'S COUNSEL.

22          YOU WILL OBSERVE THAT WE'VE GOT SOME SCREENS WORKING, I

23       WON'T BE USING THOSE DURING MY READING, AND WE HAVE A SUCCESSOR

24       COURT REPORTER, SUMMER, WORKING WITH US TODAY.  SO I WILL

25       CONTINUE TO TRY TO READ SLOWLY ENOUGH THAT A RECORD COULD BE

1     MADE OF OUR PROCEEDING.

2          (CELL PHONE RINGING.)

3          ALL RIGHT.  WITH THE WIND CHIMES CONCLUDED, HERE IS MY

4     FINAL JURY INSTRUCTION.

5          NOW THAT YOU HAVE HEARD ALL OF THE EVIDENCE IN THE CASE

6     AND SOME OF THE ARGUMENTS OF THE ATTORNEYS, YOU STILL WILL HEAR

7     THE ADDITIONAL CLOSING ARGUMENTS TO COME IN A FEW MINUTES, IT'S

8     MY DUTY TO INSTRUCT YOU ON THE LAW THAT APPLIES TO THIS CASE.

9          EACH OF YOU HAS RECEIVED A COPY OF THESE INSTRUCTIONS THAT

10    YOU MAY TAKE WITH YOU TO THE JURY ROOM TO CONSULT DURING YOUR

11    DELIBERATIONS.  PLEASE RETURN THE PRELIMINARY INSTRUCTIONS YOU

12    RECEIVED AT THE BEGINNING OF THE CASE TO MY COURTROOM DEPUTY.

13         IT'S YOUR DUTY TO FIND THE FACTS FROM ALL THE EVIDENCE IN

14    THE CASE.  TO THOSE FACTS, YOU WILL APPLY THE LAW AS I GIVE IT

15    TO YOU.  YOU MUST FOLLOW THE LAW AS I GIVE IT TO YOU WHETHER

16    YOU AGREE WITH THE LAW OR NOT.  YOU MUST NOT BE INFLUENCED BY

17    ANY PERSONAL LIKES OR DISLIKES, OPINIONS, PREJUDICES OR

18    SYMPATHY.  THAT MEANS YOU MUST DECIDE THE CASE SOLELY ON THE

19    EVIDENCE BEFORE YOU.  YOU WILL RECALL YOU TOOK AN OATH TO DO SO

20    AT THE BEGINNING OF THE WEEK.

21         PLEASE DO NOT READ INTO THESE INSTRUCTIONS, OR ANYTHING

22    THAT I HAVE SAID OR DONE, THAT I HAVE AN OPINION REGARDING THE

23    EVIDENCE OR WHAT YOUR VERDICT SHOULD BE.  THE VERDICT IS SOLELY

24    FOR THE JURY TO DETERMINE, NOT FOR ME.

25         UPDATE TO THE STATEMENT OF THE CASE.

1     AS YOU HEARD AT THE BEGINNING, THIS CASE IS A CIVIL

2   DISPUTE BETWEEN REAL ESTATE INVESTORS AND A REAL ESTATE

3   DEVELOPER.  THE FOLLOWING UPDATED STATEMENT IS INTENDED TO

4   REMIND THE JURY OF THE CLAIMS AND DEFENSES IN THIS CASE AND

5   ALSO TO ALERT YOU TO AN IMPORTANT CHANGE THAT HAS OCCURRED

6   SINCE THE BEGINNING, SO THIS IS SOMETHING DIFFERENT FROM THE

7   BEGINNING.

8     SINCE THE INTRODUCTION OF THE CASE ON JUNE 17TH, THE

9   CLAIMS HAVE NARROWED, MEANING WHAT WE ARE ASKING THE JURY TO DO

10  HAS NARROWED FROM MONDAY IN AN IMPORTANT WAY.

11    THE JURY WILL NO LONGER BE ASKED TO EVALUATE THE CLAIMS

12  BROUGHT BY PLAINTIFF, JING LIAO, THE FIRST WITNESS IN THE CASE.

13  YOU SHOULD NOT ASSUME MS. LIAO WON THE CASE, YOU SHOULD NOT

14  ASSUME THAT MS. LIAO LOST THE CASE, YOU ARE JUST NO LONGER

15  BEING ASKED TO EVALUATE HER CLAIMS.

16    ALSO, THE JURY WILL NO LONGER BE ASKED TO EVALUATE THE

17  EXISTENCE OR BREACH OF CONTRACT NUMBER TWO, THAT'S EXHIBIT P11

18  IN YOUR EXHIBIT BINDER.  SO AGAIN, YOU WILL NO LONGER BE ASKED

19  TO EVALUATE THE EXISTENCE OF THAT CONTRACT OR WHETHER THERE'S

20  BEEN A BREACH OF THAT CONTRACT.

21    YOU SHOULD NOT SPECULATE AS TO THE REASONS FOR THESE

22  CHANGES.  YOU MAY STILL CONSIDER THE TESTIMONY OF JING LIAO AND

23  YOU MAY CONSIDER EXHIBIT P11 WHEN EVALUATING THE REMAINING

24  CLAIMS.

25    SO NOW THERE ARE TWO PLAINTIFFS IN THE CASE.  PLAINTIFF

1    HAILING YU IS AN INVESTMENT PROFESSIONAL RESIDING IN SAN JOSE,

2    AND PLAINTIFF PALM STREET CAPITAL, LLC IS AN INVESTMENT FIRM

3    LOCATED IN SAN JOSE SPECIALIZING IN REAL ESTATE.

4         WITNESS YANYUAN LIU APPEARED AT TRIAL FOR PALM STREET

5    CAPITAL, LLC AS A WITNESS, AND THEIR CASE IS AGAINST THE REAL

6    ESTATE DEVELOPER DEFENDANT CAIXING XIE.

7         EACH OF THE REMAINING TWO PLAINTIFFS ALLEGES THAT THEY

8    ENTERED INTO AN INVESTMENT CONTRACT WITH XIE TO PROVIDE HIM

9    WITH THE MONEY NEEDED TO BUY A LOT IN SAN JOSE AND DEVELOP

10   SEVERAL HOUSING UNITS ON IT.

11        THESE ALLEGED CONTRACTS ARE IN EVIDENCE AS EXHIBITS P1 AND

12   P15.  EACH PLAINTIFF ALLEGES THAT XIE BREACHED THE CONTRACT BY

13   FAILING TO REPAY THEIR INITIAL INVESTMENT AND A GUARANTEED

14   RETURN.

15        XIE DENIES THAT HE FORMED A CONTRACT WITH EITHER

16   PLAINTIFF.  XIE ASSERTS THAT HE WAS NOT A PARTY TO THE CONTRACT

17   AND THE CONTRACTS WERE BETWEEN THE PLAINTIFFS AND WELKIN

18   INTERNATIONAL INDUSTRIAL, INC. WHERE HE WORKED AS A COMPANY

19   OFFICER.

20        THE PLAINTIFFS ALLEGE WELKIN IS NOT A TRUE COMPANY BUT A

21   SHELL COMPANY CONTROLLED BY XIE.  XIE ALSO DENIES THIS

22   ALLEGATION.  WELKIN IS NOT A PARTY IN THIS CASE.

23        EACH PLAINTIFF SEEKS DAMAGES FOR XIE'S ALLEGED BREACH.

24   SPECIFICALLY, EACH PLAINTIFF SEEKS REPAYMENT OF THEIR INITIAL

25   INVESTMENT WITH AN ADDITIONAL RETURN OF THIRTY PERCENT.

1          TWO OR MORE PARTIES.  DIFFERENT LEGAL RIGHTS.

2          YOU SHOULD DECIDE THIS CASE AS TO EACH OF THE TWO

3     PLAINTIFFS AND XIE SEPARATELY.  UNLESS OTHERWISE STATED, THESE

4     INSTRUCTIONS APPLY TO ALL THE PARTIES.

5          BURDEN OF PROOF.  PREPONDERANCE OF THE EVIDENCE.

6          THE PLAINTIFFS MUST PROVE THEIR CLAIMS BY A PREPONDERANCE

7     OF THE EVIDENCE.  WHEN A PARTY HAS THE BURDEN OF PROVING ANY

8     CLAIM BY A PREPONDERANCE OF THE EVIDENCE, IT MEANS YOU MUST NOT

9     BE PERSUADED BY THE EVIDENCE THAT THE CLAIM IS MORE PROBABLY

10    TRUE THAN NOT TRUE.  YOU SHOULD BASE YOUR DECISION ON ALL OF

11    THE EVIDENCE, REGARDLESS OF WHICH PARTY PRESENTED IT.

12         WHAT IS EVIDENCE.

13         THE EVIDENCE YOU ARE TO CONSIDER IN DECIDING WHAT THE

14    FACTS ARE CONSISTS OF THE FOLLOWING TWO THINGS:

15         1.  THE SWORN TESTIMONY OF ANY WITNESS.

16         2.  THE EXHIBITS THAT ARE ADMITTED INTO EVIDENCE.

17         WHAT IS NOT EVIDENCE.

18         CERTAIN THINGS ARE NOT EVIDENCE AND YOU MAY NOT CONSIDER

19    THEM IN DECIDING WHAT THE FACTS OF THE CASE ARE.  I WILL LIST

20    THINGS FOR YOU THAT ARE NOT EVIDENCE.

21         ONE, ARGUMENTS AND STATEMENTS BY THE LAWYERS ARE NOT

22    EVIDENCE.  THE LAWYERS ARE NOT WITNESSES.  WHAT THEY SAID IN

23    THEIR OPENINGS, WHAT THEY MAY SAY IN THEIR CLOSING ARGUMENTS

24    AND WHAT THEY SAID AT OTHER TIMES IS INTENDED TO HELP YOU

25    INTERPRET THE EVIDENCE, BUT IT IS NOT EVIDENCE.  IF THE FACTS

1    YOU REMEMBER FROM THE WITNESSES AND EXHIBITS DIFFER FROM THE

2    WAY THE LAWYERS STATE THEM, YOUR MEMORY OF THE EVIDENCE

3    CONTROLS.

4         SECOND, THE QUESTIONS AND THE OBJECTIONS BY THE LAWYERS

5    ARE ALSO NOT EVIDENCE.  THE ATTORNEYS HAVE A DUTY TO THEIR

6    CLIENT TO OBJECT WHEN THEY BELIEVE A QUESTION IS IMPROPER UNDER

7    THE RULES OF EVIDENCE.  YOU SHOULD NOT BE INFLUENCED BY THE

8    OBJECTION OR BY MY RULING ON AN OBJECTION.

9         TESTIMONY THAT IS EXCLUDED OR STRICKEN OR THAT I

10   INSTRUCTED YOU TO DISREGARD IS ALSO NOT EVIDENCE AND MUST NOT

11   BE CONSIDERED.

12        SOME EVIDENCE IS SOMETIMES CONSIDERED ONLY FOR A LIMITED

13   PURPOSE.  IF I INSTRUCT YOU TO CONSIDER CERTAIN EVIDENCE ONLY

14   FOR A LIMITED PURPOSE, YOU MUST DO SO AND YOU MAY NOT CONSIDER

15   THAT EVIDENCE FOR ANY OTHER PURPOSE.

16        FINALLY, ANYTHING YOU MIGHT HAVE SEEN OR HEARD WHEN COURT

17   WAS NOT IN SESSION IS NOT EVIDENCE.  YOU ARE TO DECIDE THE CASE

18   SOLELY ON EVIDENCE RECEIVED DURING THE TRIAL.

19        DIRECT AND CIRCUMSTANTIAL EVIDENCE.

20        EVIDENCE MAY BE DIRECT OR CIRCUMSTANTIAL.  DIRECT EVIDENCE

21   IS DIRECT PROOF OF A FACT, SUCH AS TESTIMONY BY A WITNESS ABOUT

22   WHAT THAT WITNESS PERSONALLY SAW, HEARD OR DID.

23        CIRCUMSTANTIAL EVIDENCE IS PROOF OF ONE OR MORE FACTS FROM

24   WHICH YOU COULD FIND ANOTHER FACT.

25        YOU SHOULD CONSIDER BOTH KINDS OF EVIDENCE, DIRECT AND

1      CIRCUMSTANTIAL.  THE LAW MAKES NO DISTINCTION BETWEEN THE

2      WEIGHT TO BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL EVIDENCE,

3      IT IS FOR YOU, THE JURY, TO DECIDE HOW MUCH WEIGHT TO GIVE TO

4      ANY EVIDENCE.

5            EXHIBITS IN A FOREIGN LANGUAGE.

6            SOME EXHIBITS HAVE BEEN PROVIDED IN THEIR NATIVE CHINESE

7      LANGUAGE AND IN ENGLISH TRANSLATIONS.  THE PARTIES HAVE AGREED

8      TO THE ENGLISH TRANSLATIONS PROVIDED FOR EACH OF THESE

9      DOCUMENTS.

10           YOU MUST RELY SOLELY ON THE ENGLISH TRANSLATIONS, EVEN IF

11     YOU UNDERSTAND THE LANGUAGE WRITTEN IN THE ORIGINAL EXHIBITS.

12     YOU MUST ACCEPT THE TRANSLATIONS AND DISREGARD ANY DIFFERENT

13     MEANING OF THE NON-ENGLISH WORDS.

14           ALTHOUGH SOME OF YOU MAY READ CHINESE, IT'S IMPORTANT THAT

15     ALL JURORS CONSIDER THE SAME EVIDENCE.  DO NOT TRANSLATE ANY OF

16     THE EXHIBITS FOR THE OTHER JURORS.  DO NOT RELY ON YOUR OWN

17     TRANSLATION OR UNDERSTANDING OF THE ORIGINAL EXHIBITS.

18           CREDIBILITY OF WITNESSES.

19           IN DECIDING THE FACTS IN THIS CASE, YOU MAY HAVE TO DECIDE

20     WHICH TESTIMONY TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

21     YOU MAY BELIEVE EVERYTHING A WITNESS SAYS, OR PART OF IT, OR

22     NONE OF IT.

23           IN CONSIDERING THE TESTIMONY OF ANY WITNESS, YOU MAY TAKE

24     INTO ACCOUNT THE FOLLOWING:

25           FIRST, THE OPPORTUNITY AND ABILITY OF THE WITNESS TO SEE,

1    OR HEAR OR KNOW THE THINGS TESTIFIED TO.

2         SECOND, THE WITNESS'S MEMORY.

3         THIRD, THE WITNESS'S MANNER WHILE TESTIFYING.

4         FOURTH, THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE,

5    IF ANY.

6         FIFTH, THE WITNESS'S BIAS OR PREJUDICE, IF ANY.

7         SIXTH, WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

8    TESTIMONY.

9         SEVEN, THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN

10   LIGHT OF ALL THE EVIDENCE.

11        AND EIGHT, ANY OTHER FACTORS THAT BEAR ON BELIEVABILITY.

12        SOMETIMES A WITNESS MAY SAY SOMETHING THAT IS NOT

13   CONSISTENT WITH SOMETHING ELSE THEY SAID.  SOMETIMES DIFFERENT

14   WITNESSES WILL GIVE DIFFERENT VERSIONS OF WHAT HAPPENED.

15   PEOPLE OFTEN FORGET THINGS OR MAKE MISTAKES IN WHAT THEY

16   REMEMBER.  ALSO, TWO PEOPLE MAY SEE THE SAME EVENT BUT REMEMBER

17   IT DIFFERENTLY.  YOU MAY CONSIDER THESE DIFFERENCES, BUT DO NOT

18   DECIDE THAT TESTIMONY IS UNTRUE JUST BECAUSE IT DIFFERS FROM

19   OTHER TESTIMONY.

20        HOWEVER, IF YOU DECIDE THAT A WITNESS HAS DELIBERATELY

21   TESTIFIED UNTRUTHFULLY ABOUT SOMETHING IMPORTANT, YOU MAY

22   CHOOSE NOT TO BELIEVE ANYTHING THAT WITNESS SAID.

23        ON THE OTHER HAND, IF YOU THINK THE WITNESS TESTIFIED

24   UNTRUTHFULLY ABOUT SOME THINGS BUT TOLD THE TRUTH ABOUT OTHERS,

25   YOU MAY ACCEPT THE PART YOU THINK IS TRUE AND IGNORE THE REST.

1    THE WEIGHT OF THE EVIDENCE AS TO A FACT DOESN'T

2    NECESSARILY DEPEND ON THE NUMBER OF WITNESSES WHO TESTIFY.

3    WHAT IS IMPORTANT IS HOW BELIEVABLE THE WITNESSES WERE AND HOW

4    MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

5    BIAS.

6    EACH OF US HAS BIASES ABOUT OR CERTAIN PERCEPTIONS OR

7    STEREOTYPES OF OTHER PEOPLE.  WE MAY BE AWARE OF SOME OF OUR

8    BIASES, THOUGH WE MAY NOT SHARE THEM WITH OTHERS.  WE MAY NOT

9    BE FULLY AWARE OF SOME OF OUR OTHER BIASES.  OUR BIASES OFTEN

10   AFFECT HOW WE ACT, FAVORABLY OR UNFAVORABLY, TOWARD SOMEONE.

11   BIAS CAN AFFECT OUR THOUGHTS, HOW WE REMEMBER, WHAT WE SEE

12   AND HEAR, WHOM WE BELIEVE OR DISBELIEVE AND HOW WE MAKE

13   IMPORTANT DISTINCTIONS.

14   AS JURORS, YOU ARE BEING ASKED TO MAKE VERY IMPORTANT

15   DECISIONS IN THIS CASE.  YOU MUST NOT LET'S BIAS, PREJUDICE OR

16   PUBLIC OPINION INFLUENCE YOUR DECISION.  YOU MUST NOT BE BIASED

17   IN FAVOR OF OR AGAINST PARTIES OR WITNESSES BECAUSE OF THEIR

18   NATIONAL ORIGIN, CITIZENSHIP, DISABILITY, GENDER, GENDER

19   IDENTITY, GENDER EXPRESSION, RACE, RELIGION, ETHNICITY, SEXUAL

20   ORIENTATION, AGE OR SOCIOECONOMIC STATUS.  YOUR VERDICT MUST

21   INSTEAD BE BASED SOLELY ON THE EVIDENCE PRESENTED.

22   YOU MUST CAREFULLY EVALUATE THE EVIDENCE AND RESIST ANY

23   URGE TO REACH A VERDICT THAT IS INFLUENCED BY BIAS FOR OR

24   AGAINST ANY PARTY OR WITNESS.

25   INTRODUCTION TO BREACH OF CONTRACT.

1        EACH OF THE TWO PLAINTIFFS CLAIMS THAT THEY ENTERED INTO A

2   REAL ESTATE INVESTMENT CONTRACT WITH XIE IN MAY 2017.  THESE

3   ALLEGED CONTRACTS WERE ENTERED INTO EVIDENCE AS EXHIBIT P1 AND

4   EXHIBIT P15, AND THEY WILL BE IN YOUR EXHIBIT BINDER.

5        EACH PLAINTIFF CLAIMS XIE BREACHED THE CONTRACT BY FAILING

6   TO REPAY THEIR INITIAL INVESTMENT AND A GUARANTEED RETURN.

7        XIE DENIES THAT HE ENTERED INTO A CONTRACT WITH EITHER

8   PLAINTIFF.

9        IT IS UP TO YOU, THE JURY, TO DECIDE WHETHER A CONTRACT

10   WAS CREATED, AND IF SO, WHETHER IT WAS BREACHED.

11        CONTRACT FORMATION—ESSENTIAL FACTUAL ELEMENTS.

12        TO PROVE THAT A CONTRACT WAS CREATED, EACH PLAINTIFF MUST

13   PROVE ALL OF THE FOLLOWING BY A PREPONDERANCE OF THE EVIDENCE.

14        FIRST, THAT THE CONTRACT TERMS WERE CLEAR ENOUGH THAT THE

15   PARTIES COULD UNDERSTAND WHAT EACH WAS REQUIRED TO DO.

16        TWO, THAT THE PARTIES AGREED TO GIVE EACH OTHER SOMETHING

17   OF VALUE.

18        AND THREE, THAT THE PARTIES AGREED TO THE TERMS OF THE

19   CONTRACT.

20        WHEN YOU EXAMINE WHETHER THE PARTIES AGREED TO THE TERMS

21   OF THE CONTRACT, ASK YOURSELF IF UNDER THE CIRCUMSTANCES, A

22   REASONABLE PERSON WOULD CONCLUDE FROM THE WORDS AND CONDUCT OF

23   EACH PARTY, THAT THERE WAS AN AGREEMENT.  YOU MAY NOT CONSIDER

24   THE PARTIES'S HIDDEN INTENTIONS.

25        IF A PLAINTIFF DID NOT PROVE ALL OF THE ABOVE, THEN A

1        CONTRACT WAS NOT CREATED.

2               ORAL OR WRITTEN TERMS.

3               CONTRACTS MAY BE WRITTEN OR ORAL.  CONTRACTS MAY BE PARTLY

4        WRITTEN AND PARTLY ORAL.  ORAL CONTRACTS ARE JUST AS VALID AS

5        WRITTEN CONTRACTS.

6               CONTRACT INTERPRETATION.

7               THE PLAINTIFFS AND XIE DISPUTE THE MEANING OF THE

8        FOLLOWING WORDS IN THEIR ALLEGED CONTRACT:  "IN REGARDS TO THE

9        INVESTMENT INCOME OF THIS PROJECT, PARTY B ASSURES PARTY A A

10       RETURN ON INVESTMENT OF NO LESS THAN TEN PERCENT, WHICH WILL BE

11       DISTRIBUTED IN PROPORTION TO THE ACTUAL INCOME AFTER THE

12       COMPLETION OF THE PROJECT."

13              THE PLAINTIFFS CLAIM THAT THOSE WORDS MEAN XIE WOULD GIVE

14       THEM AN ANNUAL RETURN OF TEN PERCENT ON THEIR INITIAL

15       INVESTMENT OF $1 MILLION.  THE PLAINTIFFS MUST PROVE THAT THEIR

16       INTERPRETATION IS CORRECT.

17              IN DECIDING WHAT THE WORDS OF A CONTRACT MEAN, YOU MUST

18       DECIDE WHAT THE PARTIES INTENDED AT THE TIME THE CONTRACT WAS

19       CREATED.

20              THE FOLLOWING INSTRUCTIONS MAY ALSO HELP YOU INTERPRET THE

21       WORDS OF THE CONTRACT.

22              FIRST, YOU SHOULD CONSIDER THE WHOLE CONTRACT, NOT JUST

23       ISOLATED PARTS.  YOU SHOULD USE EACH PART TO HELP YOU INTERPRET

24       THE OTHERS SO THAT ALL THE PARTS MAKE SENSE WHEN TAKEN

25       TOGETHER.

1          TWO, YOU SHOULD ASSUME THAT THE PARTIES INTENDED THEIR

2     WORDS IN THE CONTRACT TO HAVE THEIR USUAL AND ORDINARY MEANING,

3     UNLESS YOU DECIDE THAT THE PARTIES INTENDED THEIR WORDS TO HAVE

4     A SPECIAL MEANING.

5          THIRD, YOU MAY ALSO CONSIDER HOW THE PARTIES ACTED AFTER

6     THE CONTRACT WAS CREATED, BUT BEFORE ANY DISAGREEMENT BETWEEN

7     THE PARTIES AROSE.

8          REASONABLE TIME.

9          IF A CONTRACT DOES NOT STATE A SPECIFIC TIME IN WHICH THE

10    PARTIES ARE TO MEET THE REQUIREMENTS OF THE CONTRACT, THEN THE

11    PARTIES MUST MEET THEM WITHIN A REASONABLE TIME.

12         WHAT IS A REASONABLE TIME DEPENDS ON THE FACTS OF EACH

13    CASE, INCLUDING THE SUBJECT MATTER OF THE CONTRACT, THE REASONS

14    EACH PARTY ENTERED INTO THE CONTRACT, AND THE INTENTIONS OF THE

15    PARTIES AT THE TIME THEY ENTERED INTO THE CONTRACT.

16         BREACH OF CONTRACT.

17         TO RECOVER DAMAGES FROM XIE FOR BREACH OF CONTRACT, EACH

18    PLAINTIFF MUST PROVE ALL OF THE FOLLOWING:

19         THAT PLAINTIFF AND XIE ENTERED INTO A CONTRACT;

20         THE PLAINTIFF DID ALL OR SUBSTANTIALLY ALL OF THE

21    SIGNIFICANT THINGS THAT THE CONTRACT REQUIRED THEM TO DO;

22         THAT XIE FAILED TO DO SOMETHING THAT THE CONTRACT REQUIRED

23    HIM TO DO;

24         THAT THE PLAINTIFF WAS HARMED;

25         AND THAT XIE'S BREACH OF CONTRACT WAS A SUBSTANTIAL FACTOR

1    IN CAUSING THE PLAINTIFF HARM.

2         HERE, EACH PLAINTIFF BRINGS A BREACH OF CONTRACT CLAIM.

3    IF YOU FIND EITHER PLAINTIFF HAS PROVED EACH ELEMENT FOR A

4    CONTRACT, THEN YOU MUST FIND FOR THAT PLAINTIFF ON THAT BREACH

5    OF CONTRACT CLAIM.

6         IF ON THE OTHER HAND YOU FIND THAT A PLAINTIFF HAS FAILED

7    TO PROVE ANY ONE OF THESE ELEMENTS, THEN YOU CANNOT FIND FOR

8    THEM ON THAT BREACH OF CONTRACT CLAIM.  AND AGAIN, THE BURDEN

9    THE PLAINTIFFS HAVE IN THIS CASE IS BY A PREPONDERANCE OF THE

10   EVIDENCE.

11        INTRODUCTION TO CONTRACT DAMAGES.

12        IF YOU DECIDE THAT A PLAINTIFF HAS PROVED THEIR CLAIM

13   AGAINST XIE FOR BREACH OF CONTRACT, YOU ALSO MUST DECIDE HOW

14   MUCH MONEY WILL REASONABLY COMPENSATE THE PLAINTIFF FOR THE

15   HARM CAUSED BY THE BREACH.

16        THIS COMPENSATION IS CALLED DAMAGES.  THE PURPOSE OF SUCH

17   DAMAGES IS TO PUT EACH PLAINTIFF IN AS GOOD A POSITION AS SHE

18   WOULD HAVE BEEN IF XIE HAD PERFORMED AS PROMISED.  RECALL YOU

19   ARE TO CONSIDER EACH PLAINTIFF'S CLAIM INDIVIDUALLY.

20        TO RECOVER DAMAGES FOR ANY HARM, EACH PLAINTIFF MUST PROVE

21   THAT WHEN THE CONTRACT WAS MADE, BOTH PARTIES KNEW OR COULD

22   HAVE REASONABLY FORESEEN THAT THE HARM WAS LIKELY TO OCCUR IN

23   THE ORDINARY COURSE OF EVENTS AS A RESULT OF THE BREACH OF THE

24   CONTRACT.

25        THIS DOES NOT INCLUDE AND YOU SHOULD NOT CONSIDER ANY

1      EMOTIONAL HARM OR HARDSHIP.

2           EACH PLAINTIFF ALSO MUST PROVE THE AMOUNT OF THEIR

3      DAMAGES.  THEY DO NOT HAVE TO PROVE THE EXACT AMOUNT OF

4      DAMAGES.  YOU MUST NOT SPECULATE OR GUESS IN AWARDING DAMAGES.

5      AGAIN, THE PLAINTIFFS'S BURDEN IS TO PROVE THEIR DAMAGES BY A

6      PREPONDERANCE OF THE EVIDENCE.

7           PREJUDGMENT INTEREST.

8           WHEN A PLAINTIFF PROVES BREACH OF CONTRACT, THE COURT MAY

9      AWARD THE PLAINTIFF ADDITIONAL MONEY TO COMPENSATE FOR THE

10     DELAYED ACCESS TO THE MONEY THEY WERE OWED.  THIS ADDITIONAL

11     MONEY IS CALLED PREJUDGMENT INTEREST AND COVERS THE TIME

12     BETWEEN WHEN THE BREACH OCCURRED AND WHEN THE COURT ENTERS

13     JUDGMENT.

14          IN THIS CASE, IF YOU FIND XIE BREACHED A CONTRACT WITH

15     EITHER OR BOTH OF THE PLAINTIFFS, YOU WILL ALSO BE ASKED TO

16     DETERMINE THE DATE THE BREACH OCCURRED.  FROM THIS, THE COURT

17     WILL AUTOMATICALLY CALCULATE PREJUDGMENT INTEREST.  YOU SHOULD

18     NOT INCLUDE PREJUDGMENT INTEREST IN YOUR CALCULATION OF

19     DAMAGES.  PREJUDGMENT INTEREST IS DIFFERENT FROM THE ALLEGED

20     RETURN RATE YOU'VE HEARD FROM THE WITNESSES AND ATTORNEYS IN

21     THIS CASE.

22          DEED OF TRUST.

23          THE PARTIES HAVE SHOWN YOU AND DISCUSSED A DEED OF TRUST

24     THAT WAS ADMITTED AS EXHIBIT 31.  AND IN FACT, A DEED OF TRUST

25     IS A LIEN ON A PROPERTY.  A DEED OF TRUST DOES NOT TRANSFER

1    OWNERSHIP, RATHER A DEED OF TRUST MEANS A PIECE OF PROPERTY

2    SECURITY OR COLLATERAL FOR A LOAN.  IN THIS CASE, THE DEED OF

3    TRUST IS CIRCUMSTANTIAL EVIDENCE.  YOU ARE NOT ASKED TO DECIDE

4    IF THE DEED OF TRUST IS VALID OR TO ENFORCE IT.

5         NOTES FROM TRIAL.

6         WHETHER OR NOT YOU TOOK NOTES DURING THE TRIAL, YOU SHOULD

7    RELY ON YOUR OWN MEMORY OF THE EVIDENCE.  NOTES ARE ONLY TO

8    ASSIST YOUR MEMORY.  YOU SHOULD NOT BE OVERLY INFLUENCED BY

9    YOUR NOTES OR THOSE OF OTHER JURORS.

10        DUTY TO DELIBERATE.

11        BEFORE YOU BEGIN YOUR DELIBERATIONS, SELECT ONE MEMBER OF

12   THE JURY AS YOUR PRESIDING JUROR.  THE PRESIDING JUROR WILL

13   PRESIDE OVER THE DELIBERATIONS AND SERVE AS A SPOKESPERSON FOR

14   THE JURY IN COURT.

15        YOU SHALL DILIGENTLY STRIVE TO REACH AGREEMENT WITH ALL

16   THE OTHER JURORS IF YOU CAN DO SO.  YOUR VERDICT MUST BE

17   UNANIMOUS, MEANING YOU MUST ALL AGREE.  EACH OF YOU MUST DECIDE

18   THE CASE FOR YOURSELF, BUT YOU SHOULD DO SO ONLY AFTER YOU HAVE

19   CONSIDERED ALL THE EVIDENCE, DISCUSSED IT FULLY WITH THE OTHER

20   JURORS AND LISTENED TO THEIR VIEWS.

21        IT IS IMPORTANT THAT YOU ATTEMPT TO REACH A UNANIMOUS

22   VERDICT, BUT OF COURSE ONLY IF EACH OF YOU CAN DO SO AFTER

23   HAVING MADE YOUR OWN CONSCIENTIOUS DECISION.  DO NOT BE

24   UNWILLING TO CHANGE YOUR OPINION IF THE DISCUSSION PERSUADES

25   YOU THAT YOU SHOULD, BUT DO NOT COME TO A DECISION SIMPLY

1    BECAUSE OTHER JURORS THINK IT IS RIGHT OR CHANGE AN HONEST

2    BELIEF ABOUT THE WEIGHT AND EFFECT OF THE EVIDENCE SIMPLY TO

3    REACH A VERDICT.

4          CONSIDERATION OF THE EVIDENCE AND CONDUCT OF THE JURY.

5          BECAUSE YOU MUST BASE YOUR VERDICT SOLELY ON THE EVIDENCE

6    RECEIVED IN THE CASE AND ON THESE INSTRUCTIONS, I REMIND YOU

7    THAT YOU MUST NOT BE EXPOSED TO ANY OTHER INFORMATION ABOUT THE

8    CASE OR TO THE ISSUES IT INVOLVES.

9          EXCEPT FOR DISCUSSING THE CASE WITH YOUR FELLOW JURORS

10   DURING YOUR DELIBERATIONS, DO NOT COMMUNICATE WITH ANYONE IN

11   ANY WAY AND DO NOT LET ANYONE ELSE COMMUNICATE WITH YOU IN ANY

12   WAY ABOUT THE MERITS OF THE CASE OR ANYTHING TO DO WITH IT.

13         THIS INCLUDES DISCUSSING THE CASE IN PERSON, IN WRITING,

14   BY PHONE, TABLET, COMPUTER, OR ANY OTHER MEANS, VIA E-MAIL, VIA

15   TEST MESSAGING, OR ANY INTERNET CHAT ROOM, BLOG, WEBSITE

16   APPLICATION, INCLUDING BUT NOT LIMITED TO FACEBOOK, YOUTUBE,

17   TWITTER, INSTAGRAM, LINKEDIN, SNAPCHAT, TIKTOK, OR ANY OTHER

18   FORMS OF SOCIAL MEDIA.  THIS APPLIES TO COMMUNICATING WITH YOUR

19   FAMILY MEMBERS, YOUR EMPLOYER, THE MEDIA OR PRESS, AND THE

20   PEOPLE INVOLVED IN THE TRIAL.

21         IF YOU ARE ASKED OR APPROACHED IN ANY WAY ABOUT YOUR JURY

22   SERVICE OR ANYTHING ABOUT THIS CASE, YOU MUST RESPOND THAT YOU

23   HAVE BEEN ORDERED NOT TO DISCUSS THE MATTER AND TO REPORT THE

24   CONTACT TO THE COURT THROUGH MY COURTROOM DEPUTY.

25         DO NOT READ, WATCH OR LISTEN TO ANY NEWS OR MEDIA ACCOUNTS

1    OR COMMENTARY ABOUT THE CASE OR ANYTHING TO DO WITH IT.

2        DO NOT DO ANY RESEARCH, SUCH AS CONSULTING DICTIONARIES,

3    THE INTERNET OR USING OTHER REFERENCE MATERIALS.  DO NOT DO

4    YOUR OWN INVESTIGATION TO LEARN ABOUT THE CASE ON YOUR OWN.  DO

5    NOT VISIT OR VIEW ANY OF THE PLACES DISCUSSED.  DO NOT USE THE

6    INTERNET OR OTHER SOFTWARE TO SEARCH FOR OR VIEW ANY PLACE

7    DISCUSSED DURING THE TRIAL.  DON'T DO ANY RESEARCH ABOUT THE

8    CASE, THE LAW OR THE PEOPLE INVOLVED, INCLUDING PARTIES,

9    WITNESSES AND THE LAWYERS UNTIL, YOU MAY, AFTER YOU'VE BEEN

10   EXCUSED AS JURORS.

11       IF YOU HAPPEN TO READ OR HEAR SOMETHING TOUCHING ON THE

12   CASE IN THE MEDIA, PLEASE TURN AWAY AND REPORT IT TO ME THROUGH

13   MY DEPUTY AS SOON AS POSSIBLE.

14       THESE RULES PROTECT EACH PARTY'S RIGHT TO HAVE THE CASE

15   DECIDED ONLY ON EVIDENCE PRESENTED HERE IN COURT.  AS YOU

16   HEARD, THE WITNESSES TOOK AN OATH TO TELL THE TRUTH AND THE

17   ACCURACY OF THEIR TESTIMONY WAS TESTED THROUGH THE TRIAL

18   PROCESS.

19       IF A JUROR DID OUTSIDE RESEARCH OR INVESTIGATION OR GAINED

20   INFORMATION THROUGH IMPROPER MEANS, THEN THE VERDICT MIGHT BE

21   INFLUENCED BY INACCURATE, INCOMPLETE OR MISLEADING INFORMATION

22   THAT WAS NOT TESTED THROUGH TRIAL.

23       EACH OF THE PARTIES IS ENTITLED TO A FAIR TRIAL BY AN

24   IMPARTIAL JURY, AND IF YOU DECIDE THE CASE BASED ON INFORMATION

25   NOT PRESENTED IN COURT, THEN YOU WILL HAVE DENIED THE PARTIES A

1    FAIR TRIAL.

2        REMEMBER YOU'VE TAKEN AN OATH TO FOLLOW THE RULES AND IT'S

3    VERY IMPORTANT TO FOLLOW THEM.  A JUROR WHO VIOLATED THESE

4    RESTRICTIONS WOULD JEOPARDIZE THE FAIRNESS OF THE PROCEEDINGS.

5    A MISTRIAL COULD RESULT THAT WOULD REQUIRE US TO START THE

6    PROCESS OVER AGAIN.

7        SO PLEASE, IF ANY JUROR IS EXPOSED TO OUTSIDE INFORMATION,

8    PLEASE NOTIFY ME THROUGH MY DEPUTY IMMEDIATELY.

9        TWO MORE INSTRUCTIONS.

10       COMMUNICATION WITH THE COURT.

11       IF IT BECOMES NECESSARY DURING DELIBERATIONS TO

12   COMMUNICATE WITH ME, YOU MAY SEND A NOTE THROUGH MY DEPUTY

13   SIGNED BY ANY ONE OR MORE OF YOU.  NO MEMBER OF THE JURY SHOULD

14   EVER ATTEMPT TO COMMUNICATE WITH ME EXCEPT BY A SIGNED WRITING.

15       I WILL NOT COMMUNICATE WITH ANY MEMBER OF THE JURY ABOUT

16   ANYTHING CONCERNING THE CASE EXCEPT IN WRITING OR HERE IN OPEN

17   COURT.

18       IF YOU SEND OUT A QUESTION, I WILL THEN CONSULT WITH THE

19   LAWYERS BEFORE ANSWERING IT, AND THAT MIGHT TAKE SOME TIME.

20   YOU MAY CONTINUE YOUR DELIBERATIONS WHILE WAITING FOR AN ANSWER

21   TO ANY QUESTION.

22       REMEMBER YOU ARE NOT TO TELL ANYONE, INCLUDING THE COURT,

23   INCLUDING ME, HOW THE JURY STANDS AS FAR AS A VOTE COUNT UNTIL

24   AFTER YOU HAVE REACHED A UNANIMOUS VERDICT OR HAVE BEEN

25   DISCHARGED.

```
1        SO I WILL REPEAT THAT, IT'S IMPORTANT.

2        IF YOU DO HAVE A QUESTION, DO NOT PUT INTO YOUR QUESTION

3   WHAT YOUR VOTE COUNT IS OR WHAT ANYONE THINKS ABOUT THE

4   VERDICT, JUST ASK THE QUESTION AND WE WILL TRY TO ANSWER IT.

5        RETURN OF VERDICT.

6        A VERDICT FORM HAS BEEN PREPARED FOR YOU AND WE WILL

7   PROVIDE IT TO YOU BEFORE YOUR DELIBERATIONS.  THE VERDICT FORM

8   INCLUDES A SECTION FOR EACH PLAINTIFF.  FOR EACH PLAINTIFF, YOU

9   MUST DECIDE WHETHER THE DEFENDANT BREACHED A CONTRACT WITH THAT

10  PLAINTIFF AND THE AMOUNT OF DAMAGES, IF ANY, CAUSED BY THE

11  BREACH.

12       AFTER YOU HAVE REACHED A UNANIMOUS AGREEMENT ON A VERDICT,

13  YOUR PRESIDING JUROR SHOULD THEN COMPLETE THE VERDICT FORM,

14  ACCORDING TO YOUR DELIBERATIONS, SIGN AND DATE THE FORM AND

15  ADVISE MY CLERK THAT YOU ARE READY TO RETURN TO THE COURTROOM.

16  AT THAT POINT WE WILL BRING YOU BACK INTO THE COURTROOM TO READ

17  THE VERDICT IN OPEN COURT.

18       THAT CONCLUDES THE CLOSING INSTRUCTIONS.  AGAIN, YOU WILL

19  KEEP THAT WITH YOU DURING YOUR DELIBERATIONS.

20       AND NOW WE WILL HAVE AN OPPORTUNITY FOR THE CLOSING

21  ARGUMENTS OF EACH SIDE.  WE WILL HAVE PLAINTIFF'S COUNSEL GO

22  FIRST AND THEN WE WILL TAKE A BREAK FOR EVERYONE AND THEN WE

23  WILL HAVE THE DEFENSE GO SECOND, WITH PLAINTIFF GETTING A FINAL

24  SHORT REBUTTAL.

25       MR. LIU, YOU MAY PROCEED.  THANK YOU VERY MUCH.
```

```
1              MR. LIU:  YES, YOUR HONOR.  THANK YOU.

2                 CLOSING ARGUMENTS BY MR. LIU

3         GOOD MORNING, LADIES AND GENTLEMEN.

4         FIRST OF ALL, I WANT TO THANK YOU FOR YOUR TIME SPENT WITH

5    ALL OF US THIS WEEK.  I KNOW YOUR SCHEDULES ARE BUSY.  FOR

6    EXAMPLE, RAJ, I KNOW YOU HAVE IMPORTANT FINANCE WORK.  YOU

7    SPENT HERE ALMOST AN ENTIRE WEEK WITH US, I APPRECIATE THAT.

8         THE SAME GOES FOR MARK.  I KNOW YOU NEGOTIATE IMPORTANT

9    CONTRACTS BEFORE THIS WEEK, AND ANYWAY, YOU STAYED WITH US TO

10   HELP US RESOLVE THIS CASE.  I APPRECIATE THAT.

11        THE SAME GOES FOR WILLIAM.  YOU CAME ALL THE WAY FROM

12   MONTEREY COUNTY.  AND I ACTUALLY REALLY APPRECIATE YOUR

13   BRINGING YOUR DEEP REAL ESTATE EXPERIENCE TO THIS CASE BECAUSE

14   THAT'S WHAT THIS CASE IS ABOUT.

15        THE SAME GOES FOR ESTELA, YOU CAME ALL THE WAY FROM

16   SALINAS VALLEY.  YOU KNOW, IT'S A LONG DRIVE EITHER WAY, AND

17   SOMETIMES THERE MAY BE TRAFFIC.  THAT'S JUST QUITE SOME TASK.

18   I REALLY APPRECIATE YOU COMING OUT HERE EVERY DAY.  I

19   APPRECIATE THAT.

20        THE SAME GOES WITH LLOYD, YOU KNOW, YOU ARE SUPPOSED TO BE

21   IN SAN LUIS OBISPO.  THAT'S A BEAUTIFUL PLACE.  INSTEAD OF

22   DOING THAT, YOU CAME OUT HERE AND STAYED WITH US THROUGH THE

23   ENTIRE WEEK.  I APPRECIATE THAT.

24        AND THEN ALSO NOLAN, I KNOW YOU ARE DOING IMPORTANT WORK

25   AND, YOU KNOW, YOU CAME OUT HERE, STAYED WITH US FOR AN ENTIRE
```

1    WEEK, AND THEN WORKING HARD WITH US TOGETHER ON THIS CASE.  I

2    APPRECIATE THAT.

3         AND THEN ALSO TRAVIS, I KNOW YOU WERE A CHEMIST

4    PROFESSIONAL.  AND AGAIN, YOU ARE TAKING TIME AWAY FROM YOUR

5    WORK, YOU SPENT HOW MANY DAYS, FOUR OR FIVE DAYS ALREADY.  I

6    APPRECIATE THAT.

7         AIRONG, YOU WERE SUPPOSED TO BE TAKING CARE OF YOUR

8    TEENAGER DAUGHTER.  I KNOW THAT.  SO IT'S HARD WORK.  AGAIN,

9    YOU ARE HERE WITH US SPENDING THE ENTIRE WEEK WITH US.  I

10   REALLY APPRECIATE THAT.  OKAY.

11        SO FIRST OF ALL, I'M NOT SURE WHETHER I ACTUALLY

12   INTRODUCED MYSELF TO YOU BEFORE THE BEGINNING OF THIS CASE.  MY

13   NAME IS ANDY LIU, I'M THE COUNSEL FOR THE TWO PLAINTIFFS

14   SITTING HERE.  AND BEFORE I DIVE INTO THE DETAILS OF THIS CASE,

15   I WANT TO TELL YOU TWO IMPORTANT -- ACTUALLY TELL YOU THE THEME

16   OF THIS CASE, BECAUSE IT'S IMPORTANT TO REMEMBER WHAT'S THE BIG

17   PICTURE OF THIS CASE.

18        THE BIG PICTURE OF THIS CASE IS WHETHER THE DEFENDANT,

19   XIE, OWES THE TWO PLAINTIFFS MONEY OR NOT.  THE REST ARE

20   DETAILS, BUT WE NEED TO REMEMBER THAT'S WHAT THE CASE IS ABOUT.

21        WE KNOW DEFENDANT XIE OWES THESE TWO PLAINTIFFS MONEY.

22   WHY?  BECAUSE HE SAID SO HIMSELF.  THAT'S IN THE EXHIBITS.

23        FIRST OF ALL, THE FIRST STATEMENT THAT HE MADE, THIS IS

24   EXHIBIT 25 ON PAGE 4, HE SAID HIMSELF, "I'M REALLY SORRY I HAVE

25   OWED YOU MONEY FOR SUCH A LONG TIME, BUT I STILL CANNOT REPAY

1    YOU."

2         SO THERE'S NO DOUBT WHETHER HE OWES THE PLAINTIFFS MONEY

3    OR NOT, HE SAID IT HIMSELF.

4         THE SAME GOES FOR THE OTHER THINGS HE SAID.  PAGE 3 IN

5    EXHIBIT 25, HE SAID HIMSELF.  "I THINK EVERYTHING WILL BE

6    STRAIGHTENED OUT AROUND FEBRUARY OR MARCH.  AND I WON'T

7    SHORTCHANGE YOU."

8         BUT THAT'S EXACTLY WHAT HE'S DOING IN THIS CASE.  HE

9    DENIES THAT HE OWES MONEY, EVEN AFTER HE SAID HE DID OWE US

10   MONEY.

11        SO IN THIS CASE, THE THEME IS, THE IDEA IS, WHETHER

12   DEFENDANT XIE OWES US MONEY OR NOT.  THERE IS NO DOUBT, THERE

13   CAN BE NO DOUBT THAT HE DOES, BECAUSE HE SAYS SO HIMSELF.

14        SO BEFORE GETTING TO ALL THE NUTS AND BOLTS OF THE CASE,

15   LET ME TALK ABOUT TWO GENERAL RULES.

16        FIRST OF ALL, THE STANDARD OF PROOF.  AS THE JUDGE HAS

17   TOLD YOU EARLIER, FOR US, IS ONLY THE PREPONDERANCE OF THE

18   EVIDENCE.  THIS IS NOT A CRIMINAL CASE.

19             MR. JEW:  YOUR HONOR, I OBJECT TO THIS BECAUSE THE

20    RULE WAS ALREADY SAID IN THE JURY INSTRUCTION.

21             THE COURT:  OVERRULED.  THE JURY WILL FOLLOW MY

22    INSTRUCTIONS, BUT BOTH PARTIES MAY HIGHLIGHT THE INSTRUCTIONS.

23             MR. LIU:  THANK YOU, YOUR HONOR.

24        AGAIN, HERE WE HAVE A CIVIL CASE.  THE STANDARD OF PROOF

25   IS MUCH LOWER.  THE EXACT TERMINOLOGY IS CALLED "PREPONDERANCE

1    OF THE EVIDENCE."  BUT WHAT EXACTLY DOES THAT MEAN?  IN COMMON

2    WORDS, IT MEANS MORE LIKELY THAN NOT.

3         SO IN OTHER WORDS, AS LONG AS WE PROVE OUR CASE,

4    FIFTY PERCENT, PLUS A FEATHER, THEN YOU MUST FIND FOR THE

5    PLAINTIFF AGAINST THE DEFENDANT.

6         HERE THE STANDARD OF PROOF IS REALLY LOW.

7         THE SECOND GENERAL RULE IS HOW TO LOOK AT THE TWO TYPES OF

8    EVIDENCE THAT WE WILL SHOW YOU LATER.

9         DIRECT EVIDENCE, FOR EXAMPLE, ONE TYPE OF DIRECT EVIDENCE

10   IS MR. XIE'S OWN STATEMENTS.  HE SAYS SO HIMSELF.  THERE CAN BE

11   NO DOUBT ABOUT IT.  THAT'S DIRECT EVIDENCE BECAUSE HE SAYS SO.

12        THE SECOND TYPE OF EVIDENCE IS CIRCUMSTANTIAL EVIDENCE.

13   AND WE CAN UNDERSTAND, WE CAN DETERMINE WHAT MR. XIE AGREED TO

14   OR NOT AGREED TO BASED ON WHAT HE DID OR DID NOT DO LATER ON.

15   HIS ACTIONS SPEAK LOUDER THAN HIS WORDS SOMETIMES.  SO BASED ON

16   WHAT HE DID OR DID NOT DO IN THIS CASE, THEN WE CAN

17   CIRCUMSTANTIALLY UNDERSTAND WHAT HE HAD AGREED TO WITH THE

18   PLAINTIFFS.

19        FOR EXAMPLE, WE ASK THAT YOU AWARD $1.3 MILLION TO EACH

20   PLAINTIFF.  WHERE'S THE CIRCUMSTANTIAL EVIDENCE, YOU MIGHT ASK?

21   BECAUSE XIE HAS ALREADY SAID HE OWED MONEY, HIMSELF.  SO THAT'S

22   THE DIRECT EVIDENCE.

23        BUT WHERE IS THE CIRCUMSTANTIAL EVIDENCE?  THE

24   CIRCUMSTANTIAL EVIDENCE IS RIGHT THERE.  HE WROTE THREE CHECKS,

25   THE TOTAL IS $1.3 MILLION.  HE WROTE THE CHECKS.  WHY WOULD HE

1   WRITE THAT?  WHY WOULD HE WRITE A $1.3 MILLION CHECK, NOT $1.4

2   MILLION, NOT $1.5 MILLION?  SO THAT'S CIRCUMSTANTIAL EVIDENCE.

3        ANOTHER PIECE OF CIRCUMSTANTIAL EVIDENCE IS THE $800,000

4   PAYMENT PLUS THE $3.1 MILLION DEED OF TRUST.  THE TOTAL OF

5   THAT, $800,000 PLUS $3.1 MILLION, THE TOTAL OF THAT IS $3.9

6   MILLION.  DIVIDED BY THREE PEOPLE, THAT'S $1.3 MILLION PER

7   PERSON.  SO THAT'S ANOTHER PIECE OF IMPORTANT CIRCUMSTANTIAL

8   EVIDENCE.

9        SO NOW THAT I AM FINISHED WITH WHAT ARE THE TWO KINDS OF

10  IMPORTANT EVIDENCE THAT WE WANT TO COVER LATER ON, SO LET'S

11  TALK ABOUT THE VERDICT FORM BECAUSE THAT'S GOING TO BE THE MOST

12  IMPORTANT FORM YOU WORK WITH WHEN YOU GO BACK THERE TO THINK

13  ABOUT THIS CASE.

14       ALL RIGHT.  AS YOU CAN SEE, THERE ARE FIVE QUESTIONS ON

15  THIS FORM.  I'M GOING TO WALK YOU THROUGH EACH OF THE FIVE

16  QUESTIONS AND THEN I'M GOING TO TELL YOU WHAT EVIDENCE IN THIS

17  CASE THAT YOU HAVE HEARD SO FAR WILL SUPPORT WHICH QUESTION.

18  THAT'S WHAT I'M GOING TO DO RIGHT NOW.

19       SO THE FIRST QUESTION IS, DID MS. HAILING YU AND MR. XIE

20  ENTER INTO A CONTRACT IN MAY 2017?  OF COURSE HE DID, BECAUSE

21  WE SHOWED YOU THE CONTRACT, THAT'S P1 AND P15.  THAT'S THE

22  CONTRACT WITH MS. YU AND THE CONTRACT WITH PALM STREET CAPITAL,

23  LLC.

24       AND YOU CAN SEE THAT'S THE COPY OF THE CONTRACT ON THE

25  RIGHT-HAND SIDE OF THE SCREEN.

1        SO THERE CAN BE NO QUESTION WHETHER HE ENTERED INTO THE

2    CONTRACT OR NOT BECAUSE THAT'S THE CONTRACT.  AND THEN THE

3    TITLE OF THAT DOCUMENT SAYS "CONTRACT."  AGAIN, THAT'S ORIGINAL

4    CONTRACT IN WRITING.

5        FOR MS. YU, THAT'S P15.  FOR PALM STREET CAPITAL, LLC,

6    THAT'S P1.  THOSE ARE THE TWO CONTRACTS WE ARE TALKING ABOUT IN

7    THIS CASE.

8        AGAIN, THE JUDGE HAS ALREADY TOLD YOU HOW TO CONSIDER

9    WHETHER A CONTRACT HAS BEEN FORMED OR NOT.  IT HAS BEEN FORMED

10   BECAUSE YOU SEE THE CONTRACT ITSELF, IT'S A PIECE OF PAPER,

11   RIGHT.  BUT IF YOU WANT TO TALK ABOUT THE TERMS OF THE

12   CONTRACT, THE TERMS ARE REALLY CLEAR, RIGHT.  IT TALKS ABOUT

13   WHICH LOT ARE WE TALKING ABOUT, IT GAVE YOU THREE SPECIFIC

14   DESCRIPTIONS OF THE LOT.  ONE, TWO, THREE.  GAVE YOU THE

15   ADDRESSES AS WELL AS THE ESCROW NUMBER.  SO THAT NAILS IT DOWN

16   TO THAT PIECE OF LAND FROM ANY OTHER LAND IN THE WORLD.  IT'S

17   NOT ANY OTHER LAND, IT'S THIS PIECE OF LAND.  SO IT'S CLEAR

18   WHICH LOT ARE WE TALKING ABOUT.

19       AND HOW MANY HOUSES?  IT SAYS RIGHT THERE, FOUR OR FIVE

20   HOUSES.  IT DOESN'T SAY, OKAY, I HAVEN'T DECIDED, OR I DON'T

21   KNOW, IT SAYS FOUR OR FIVE HOUSES RIGHT THERE.

22       AND THEN WHAT'S THE AMOUNT OF INVESTMENT?  IT SAYS RIGHT

23   THERE, IT SAYS $1 MILLION.

24       AND THEN EVEN IF THAT'S NOT ENOUGH FOR YOU, MR. XIE,

25   HIMSELF, BROUGHT THIS CONTRACT TO A MEETING BECAUSE HE HAS USED

1     THIS CONTRACT WITH OTHER INVESTORS BEFORE.

2          SO HE SAID HEY, IF THERE'S ANYTHING ELSE THAT'S NOT CLEAR

3     ENOUGH TO YOU, LET'S RESOLVE IT THROUGH MUTUAL AGREEMENT.  SO

4     THAT'S PARAGRAPH 9.

5          AGAIN, THIS CONTRACT, YOU ARE GOING TO SEE THAT'S GOING TO

6     BE IN P1 AND P15.  SO MR. XIE AND THE TWO PLAINTIFFS HAD A

7     CONTRACT, THERE CAN BE NO DOUBT ABOUT THAT.

8          AGAIN, THE SECOND THING TO CONSIDER IN DETERMINING WHETHER

9     THE TWO PARTIES HAD A CONTRACT OR NOT IS DID THEY GIVE EACH

10    OTHER THINGS OF VALUE?  OF COURSE THEY DID, RIGHT?  EACH OF

11    THEM GAVE MR. XIE $1 MILLION.  HE SAID I GOT IT, I RECEIVED IT,

12    NO PROBLEM.  HE ACTUALLY USED THE MONEY TO BUILD NEW HOMES AND

13    THEN THREE NEW HOMES.  HE GOT THE MONEY.

14         AND THEN WHAT DOES MR. XIE PROMISE US?  HE PROMISED THAT

15    HE'S GOING TO GIVE US THE RETURN, THE PRINCIPLE OF $1 MILLION

16    AND THE RETURN.  THAT'S WHAT HE PROMISED.

17         AND NEXT QUESTION I THINK IS OBVIOUS.  DID HE AGREE,

18    MR. XIE AGREE TO THIS CONTRACT?  OF COURSE HE DID.  HE BROUGHT

19    THE CONTRACT TO MEETING HIMSELF.  THAT'S WHAT HE'S BEEN USING

20    FOR ALL THESE YEARS.  AND HE SIGNED THE CONTRACT HIMSELF.

21    THAT'S HIS SIGNATURE RIGHT THERE.  AND THEN HE DATED IT.

22         SO HE HAS NOT DENIED AT ALL.  SO EVERYBODY SIGNED IT.  SO

23    THAT'S THE CONTRACT THAT HE ALREADY AGREED TO.

24         SO THAT'S THE FIRST QUESTION TO THE VERDICT FORM.  I THINK

25    IT COMPELS THE CONCLUSION THAT THERE IS A CONTRACT.  AND MS. YU

1    AND PALM STREET CAPITAL DID ENTER A CONTRACT WITH MR. XIE,

2    THEREFORE YOU SHOULD ANSWER QUESTION "YES" TO THE FIRST

3    QUESTION BECAUSE THERE CAN BE NO OTHER ANSWER BECAUSE THEY HAD

4    A CONTRACT.

5        SO THE SECOND QUESTION IS, DID MR. XIE FAIL TO DO

6    SOMETHING THAT THE CONTRACT NUMBER ONE REQUIRED HIM TO DO?

7        I THINK THE ANSWER TO THIS QUESTION IN THIS CASE IS

8    OBVIOUS, HE HAS NOT PAID US THE $1 MILLION PRINCIPLE PLUS THE

9    INVESTMENT RETURN IN REASONABLE TIME.

10       THE WORD "REASONABLE TIME" WILL BE EXPLAINED TO YOU LATER.

11       SO WHAT'S REASONABLE TIME, YOU MAY ASK?  THE CONTRACT

12   ACTUALLY SAYS IN P1 RIGHT THERE, PARAGRAPH 6, IT SAYS "AFTER

13   THE COMPLETION OF THE PROJECT."  IT'S NOT AN OPEN-ENDED

14   CONTRACT, I WILL GIVE YOU THE MONEY WHENEVER I LIKE IT, OR

15   MAYBE IN THE NEXT 200 YEARS.  IT'S NOT THAT.  IT SAYS RIGHT

16   THERE, "AFTER COMPLETION OF THE PROJECT."  THE PROJECT IS TO

17   DEVELOP HOMES ON THE LOT.  SO IF THAT'S THE TIME, HE WAS

18   REQUIRED TO RETURN THE MONEY TO US.  SO THAT IS THE TIME.

19       AND THEN YOU MAY WONDER, OKAY, SO AFTER COMPLETION OF THE

20   PROJECT, SO WHEN WAS THAT?  MR. XIE TOLD US HIMSELF IN THE

21   SECOND CONTRACT NUMBER TWO, HE SAYS -- BY THE WAY, THAT'S GOING

22   TO BE IN EXHIBIT P11 -- HE SAYS, "THE ENTIRE PROJECT IS NOW

23   COMPLETE."

24       SO HE TOLD US HIMSELF IT WAS COMPLETE ON FEBRUARY 7TH,

25   2020.  SO WE KNOW WHEN MR. XIE WAS REQUIRED TO PAY US BACK.

1      THAT'S FEBRUARY 7TH, 2020.

2            AGAIN, THAT DATE IS SHOWN ON THE ORIGINAL PAPER.  THAT'S

3      THE DATE THAT MR. XIE PUT ON THERE HIMSELF, FEBRUARY 7, 2020.

4      BECAUSE ON FEBRUARY 7, 2020, MR. XIE HIMSELF SAID, "THE PROJECT

5      IS NOW COMPLETE."  SO THERE IS NO DOUBT WHEN THE PROJECT WAS

6      COMPLETED BECAUSE MR. XIE SAID IT HIMSELF.

7            YOU MAY WONDER WHY MR. XIE SAID ON FEBRUARY 7TH, HE

8      BELIEVED IT WAS COMPLETED.  BECAUSE IT'S EASY, RIGHT, THERE ARE

9      THREE HOUSES IN THIS CASE.  THE FIRST HOUSE WAS SOLD ON -- THE

10     SETTLEMENT DATE WAS NOVEMBER 27, 2019.  SO THE FIRST HOUSE WAS

11     ALREADY SOLD ON NOVEMBER 27, 2019, THAT'S IN EXHIBIT P8 AND

12     IT'S BEEN TESTIFIED TO BY EVERYBODY IN THIS TRIAL.

13           AND WHAT HAPPENED?  LET'S SEE WHAT HAPPENED TO THE TWO

14     HOUSES.  THEY WERE SOLD ON THE SAME DAY, THE SETTLEMENT DATE

15     FOR THE REMAINING TWO HOUSES WERE JANUARY 15, 2020.

16           SO THE TWO HOUSES WERE SOLD ON THE SAME DAY, JANUARY 15,

17     2020.  THAT'S SHOWN IN EXHIBIT P9, AND ALSO IT'S BEEN TESTIFIED

18     TO BY ALL THE PLAINTIFFS IN THIS CASE.  BUT WE ALL KNOW WHEN

19     THE THREE HOUSES WERE SOLD, THE FIRST ONE WAS IN NOVEMBER 2019,

20     THE SECOND OR THIRD ONE WAS JANUARY 2020.  IT'S ALL BACKED UP

21     BY DOCUMENTARY EVIDENCE, SO WE KNOW THAT.

22           THE SO THEN LET'S GO BACK TO THE VERDICT FORM QUESTION

23     NUMBER TWO.  IT ASKS, DID MR. XIE FAIL TO DO SOMETHING THAT THE

24     CONTRACT REQUIRED HIM TO DO?

25           YES, BECAUSE ON FEBRUARY 7, 2020 HE WAS REQUIRED TO PAY US

1    THE PRINCIPLE AND THE RETURN.

2         DID HE DO THAT?  NO, HE DID NOT DO THAT; THEREFORE YES, HE

3    FAILED TO DO SOMETHING THAT CONTRACT NUMBER ONE REQUIRED HIM TO

4    DO.  THE ANSWER TO THAT QUESTION IS YES.

5         SO OKAY, LET'S GO BACK TO THE SECOND QUESTION.  THAT MIGHT

6    BE A LARGER PAGE THAN YOU WILL SEE BACK THERE.  BUT AGAIN, THE

7    ANSWER TO THE SECOND QUESTION SHOULD BE YES, BECAUSE ON

8    FEBRUARY 7, 2020, MR. XIE FAILED TO DO -- PAY US BACK THE MONEY

9    THAT HE PROMISED.

10        SO LET'S NOW MOVE ON TO THE THIRD QUESTION.

11        OKAY.  THE THIRD QUESTION ON THE VERDICT FORM IS GOING TO

12   BE, WAS MS. YU OR PALM STREET CAPITAL HARMED BY MR. XIE'S

13   BREACH OF CONTRACT?

14        OF COURSE.  HE HASN'T PAID US BACK, RIGHT.  THAT'S VERY

15   SIMPLE BECAUSE HE HASN'T PAID US BACK.  THE MONEY IS OUT THERE,

16   WE DON'T HAVE IT.  THEREFORE, WHEN YOU LOOK AT QUESTION THREE,

17   WHEN YOU GO BACK TO THE ROOM AND DELIBERATE WITH YOUR COMMON

18   JURORS, YOU SHOULD ANSWER YES TO QUESTION NUMBER THREE BECAUSE

19   WE DON'T HAVE THE MONEY THAT WE SHOULD HAVE.  WE ARE HARMED.

20        THEN LET'S GO TO QUESTION NUMBER FOUR.

21        THE QUESTION NUMBER FOUR, I THINK THE ANSWER HERE SHOULD

22   BE AT LEAST $1,033,300.

23        YOU MIGHT ASK, WHY THIS GUY CAME UP WITH THIS NUMBER?  LET

24   ME WALK YOU THROUGH HOW I CAME TO THIS NUMBER.

25        AGAIN, YOU ENTER A CONTRACT, WE ARE TALKING ABOUT CONTRACT

1    NUMBER ONE, AND THE CONTRACT NUMBER ONE SAYS MR. XIE AGREED

2    HE'S GOING TO PAY EACH OF US NO LESS THAN TEN PERCENT.  AND IF

3    THE EXACT NUMBER IS NOT ENTIRELY CLEAR, MR. XIE SAID, OKAY,

4    LET'S RESOLVE IT BY -- SORRY, THAT'S A TYPO, BUT BY MUTUAL

5    AGREEMENT.

6         AGAIN, THAT WORD IS IN PARAGRAPH 9 THAT MR. XIE DRAFTED

7    BECAUSE THAT'S WHAT HE WANTED TO DO.

8         SO LET'S SEE HOW THE EXACT NUMBER WAS RESOLVED BY MUTUAL

9    AGREEMENT.  MUTUAL AGREEMENT, ONE OF THE MUTUAL AGREEMENTS WAS

10   THE CONTRACT NUMBER TWO, RIGHT, THE CONTRACT NUMBER TWO,

11   MR. XIE SAID, I AGREE TO GIVE THE INVESTOR A TOTAL RETURN OF

12   30 PERCENT.

13        SO THREE PEOPLE, 30 PERCENT, MR. XIE HIMSELF SAID THE

14   TOTAL AMOUNT IS $3.9 MILLION FOR THREE PEOPLE.  AND THEN HE

15   EXPLAINED TO US HOW HE ARRIVED AT THAT NUMBER, HE SAID THREE

16   MILLION DOLLAR INVESTMENT, AND $900,000 REVENUE.

17        MR. XIE, HE WAS THE DEVELOPER.  AGAIN, HE WAS AN

18   EXPERIENCED DEVELOPER, HE'S SKILLED, HE KNOWS WHAT HE'S DOING.

19   HE WAS GOOD AT IT.  HE BUILT THREE HOUSES, HE SOLD TO THE

20   HIGHEST BIDDERS AND HE MADE MONEY.  HE SAID, I MADE $900,000

21   REVENUE SO I'M GOING TO SHARE WITH YOU GUYS, THEREFORE, I OWE

22   ALL THREE OF YOU $3.9 MILLION.

23        THAT'S CONSISTENT WITH WHAT EACH OF THE PLAINTIFFS

24   TESTIFIED TO BECAUSE THEY SAID MR. XIE AGREED TO GIVE THEM

25   TEN PERCENT PER YEAR FOR THREE YEARS BECAUSE THE TIME WAS FROM

1    2017 TO 2020.  2017 WAS WHEN THE FIRST CONTRACT WAS SIGNED.

2    AND THE THREE WEEKS LATER, THAT'S WHEN MR. XIE MET THESE TWO

3    PLAINTIFFS AT THE STARBUCKS AND HE WROTE THE STATEMENT HIMSELF.

4         SO THREE YEARS, TEN PERCENT, SO THAT'S $300,000.  AGAIN,

5    MR. XIE AGREED BECAUSE HE SAID, I AGREE TO GIVE THE INVESTORS A

6    TOTAL RETURN OF 30 PERCENT.

7         MR. XIE'S AGREEMENT IS GOING TO BE SHOWN IN EXHIBIT P11.

8         LET'S SEE WHETHER MR. JEW DISPUTES THAT OR NOT.  BECAUSE

9    MR. XIE AGREED, I'M GOING TO GIVE YOU $1.3 MILLION.  HE

10   ACTUALLY TRIED TO DO THAT, BUT YOU KNOW, NOT IN A GOOD WAY.  HE

11   WROTE THREE CHECKS TO MS. LIU, THE TOTAL OF WHICH IS

12   $1.3 MILLION.

13        SO MR. XIE AT LEAST WAS CONSISTENT IN WHAT HE AGREED TO,

14   EVEN THOUGH HE DIDN'T DO IT, BUT HE AGREED.  AND HIS ACTIONS

15   WERE CONSISTENT WITH HIS AGREEMENT, BECAUSE AT EACH TURN OF THE

16   EVENT, HE WAS GIVING EACH OF THE TWO PLAINTIFFS $1.3 MILLION.

17   THE CHECK, THE TOTAL IS $1.3 MILLION, BECAUSE THE FIRST CHECK

18   IS $400,000, THE SECOND IS $500,000, AND THE THIRD ONE IS

19   $400,000.  TOTAL IS 1.3.  SO 1.3 MILLION WAS THE NUMBER THAT

20   MR. XIE AGREED TO, THERE CAN BE NO DOUBT ABOUT THAT.

21        OKAY.  LET'S TALK ABOUT PAYMENT.

22        SO OUR WITNESSES WERE CREDIBLE, BECAUSE THEY TESTIFIED,

23   EVEN THOUGH MR. XIE IS NOT HERE TO TESTIFY AND TELL YOU,

24   MR. XIE ACTUALLY PAID US SOME MONEY, OKAY.  SO HE ACTUALLY PAID

25   $266,700 PER PERSON, THE TOTAL OF THAT IS $800,000.  BUT THAT

1   PAYMENT IS ALSO INDICATIVE OF THE TOTAL MR. XIE OWED US BECAUSE

2   THE TOTAL OF THE THREE CHECKS IS $800,000.

3        OKAY.  MR. XIE PAID US $800,000.  AND THEN HE DID A TRUST

4   FOR HOW MUCH?  $3.1 MILLION.  SO THE TOTAL OF WHICH IS 3.9,

5   DIVIDED BY THREE PEOPLE, THAT'S $1.3 MILLION PER PERSON.

6        SO MR. XIE, HIS MATH IS CONSISTENT.  THROUGHOUT THE

7   PROCESS, HE INSISTS I OWE 1.3 MILLION.  HE DIDN'T SAY ONE DAY I

8   OWE YOU $2, THE SECOND DAY HE SAID I OWE YOU $5, HE'S BEEN

9   CONSISTENT.  HE SAID THROUGHOUT THE PROCESS, HE SAID I OWE EACH

10  OF YOU 1.3.

11       HE DID A TON OF THINGS TOWARDS THAT -- HIS NUMBER,

12  $1.3 MILLION, EVEN THOUGH HE DIDN'T PAY US IN THE END.  BUT

13  WHAT HE'S BEEN DOING IN THIS CASE IS CONSISTENT, $1.3 MILLION,

14  FROM DAY ONE TO RIGHT NOW.  THAT'S HOW MUCH MONEY THAT HE OWES

15  US, OKAY.

16       THIS IS THE SAME THING, EVEN THOUGH OUR WITNESS STATED THE

17  SAME THING A DIFFERENT WAY, BUT AGAIN, THE TOTAL IS THE SAME.

18  WHY?  BECAUSE MR. XIE, HIMSELF, TOLD US THROUGH ALL HIS CHECKS,

19  THE PAYMENTS, THE DEED OF TRUST, MR. XIE AGREED I OWE YOU

20  30 PERCENT, I OWE YOU A TOTAL OF $3.9 MILLION.  HE AGREED.

21       SO THERE IS NO DISAGREEMENT ABOUT HOW MUCH HE OWES US

22  BECAUSE HE SAID SO HIMSELF AND THEN DID A BUNCH OF THINGS TO

23  SHOW THAT HE ACTUALLY AGREED TO THAT NUMBER.

24       AGAIN, LET ME -- I'M NOT A GOOD MATH PERSON, I'M A

25  COMPUTER SCIENCE PERSON, SO MY MATH IS RUSTY.  SO AGAIN, HE

1    OWES US $1.3 MILLION EACH PERSON.  HE PAID US $266,700.

2         SO HOW MUCH HE OWES US STILL?  HE OWES US $1,033,300.

3    THAT'S HOW I CAME TO THIS NUMBER, AND I THINK YOU SHOULD TOO.

4         AND THEN THE NUMBER, YOU CAN DO THE MATH BASED ON

5    EXHIBIT 12 AND EXHIBIT 14.  THEREFORE GOING BACK TO THE FORM,

6    THE MOST IMPORTANT FORM YOU ARE GOING TO LOOK AT BACK THERE,

7    NUMBER FOUR, WHAT ARE MS. YU OR PALM STREET CAPITAL'S DAMAGES?

8    THE NUMBER THERE IS $1,033,300, BECAUSE THAT'S THE $1.3 MILLION

9    MINUS THE PAYMENT, AND THE ONLY PAYMENT HE DID.  SO THAT'S

10   WHERE THIS NUMBER CAME FROM.

11        SO OKAY, SO THE LAST QUESTION IS, PLEASE PROVIDE A

12   SPECIFIC DATE OF WHICH MR. XIE BREACHED THE CONTRACT.

13        THE DATE IS FEBRUARY 7, 2020.  I'M GOING TO EXPLAIN TO YOU

14   WHY I SAY THAT.  AGAIN, I DON'T WANT TO BE REPETITIVE, BUT I

15   KNOW EACH OF YOU HAS GOOD MEMORY, BECAUSE AGAIN, IN P1, IN THE

16   CONTRACT, NUMBER ONE, MR. XIE, HIMSELF, SAID I WILL PAY YOU

17   BACK AFTER COMPLETION OF THE PROJECT.

18        AGAIN, WHEN WAS THE PROJECT WAS COMPLETED?  FIRST HOUSE

19   SOLD IN NOVEMBER 2019, THE SECOND AND THIRD HOUSE SOLD IN

20   JANUARY 2020.  I THINK HE SAID HE WOULD NOT DO ANY MORE HOUSES.

21   SO THAT'S IT, THAT WAS IT.  THEREFORE, WHEN HE HAD A DUTY TO

22   PAY, THAT MEANS THE SECOND AND THIRD, THREE HOUSES WERE SOLD IN

23   JANUARY, LET'S GIVE HIM SOME LEEWAY, RIGHT, ESCROW NEEDS TO

24   CLEAR, ALL THAT STUFF, I GET IT.

25        BUT AGAIN, IF YOU WONDER WHEN MR. XIE BREACHED, YOU DON'T

1       NEED TO BECAUSE MR. XIE TOLD US HIMSELF, ON FEBRUARY 7, 2020,

2       IN THE SECOND CONTRACT HE SIGNED, HE SAID THE PROJECT IS NOW

3       COMPLETE.  THEREFORE, BASED ON WHAT HE AGREED TO IN CONTRACT

4       NUMBER ONE, ON THAT DAY, HE OWED US MONEY, AS SIMPLE AS THAT.

5           AND THEN JUST SHOWING YOU OUR ORIGINAL COPY OF THE

6       CONTRACT, MR. XIE SIGNED IT HIMSELF.  THAT'S THE DATE YOU PUT

7       OUT THERE.

8           AGAIN, SO WHEN YOU GO BACK THERE AND TRY TO RESOLVE THE

9       PUZZLE, I WOULD SAY IT'S NOT A PUZZLE TO ME, IT'S VERY EASY

10      BECAUSE IT'S BASED ON THE OVERWHELMING EVIDENCE IN THIS CASE,

11      THE DATE IS FEBRUARY 7, 2020.

12          SORRY, IT'S A TYPO.  IT'S 2020.  BECAUSE THAT'S WHEN HE

13      WENT TO THE STARBUCKS AND MEET THE THREE PEOPLE AND HE SIGNED

14      THE CONTRACT NUMBER TWO.  I APOLOGIZE FOR THE TYPO.

15          OKAY.  SO LET'S TALK ABOUT MR. XIE'S EXCUSES.  HIS MAJOR

16      RESPONSE IS, I DON'T OWE ANY OF YOU ANY MONEY.  THAT'S WHAT HE

17      SAY, RIGHT.  TOWARDS THAT END, HE SAYS TWO THINGS, HE SAYS I'M

18      NOT A PARTY TO THE CONTRACT, NUMBER ONE, AND THEN HE SAYS

19      CONTRACT NUMBER ONE IS NOT CLEAR TO ME, THEREFORE IT'S NOT A

20      CONTRACT.

21          SO THOSE ARE THE TWO REASONS HE'S OFFERED THROUGHOUT THIS

22      CASE.  SO LET'S LOOK AT THEM ONE BY ONE, SEE IF THEY HOLD UP.

23          AGAIN, MR. XIE GIVES US, "I DON'T OWE YOU ANY MONEY."  BUT

24      AGAIN, THAT'S WHAT HE SAID TODAY.  BUT REMEMBER, HE SAID, EVEN

25      AFTER WE FILED THIS LAWSUIT, HE SAID HIMSELF, "I'M SORRY I OWE

1    YOU MONEY, I WILL NOT SHORTCHANGE YOU."

2         BUT THAT'S EXACTLY WHAT HE'S DOING NOW.  HE'S DENYING ALL

3    THE THINGS HE SAID BEFORE ISN'T GOING TO HAPPEN, EVEN THOUGH HE

4    SAID IT HIMSELF.

5         THE SAME GOES FOR THE OTHER THING HE SAID.  2023, THAT'S

6    JANUARY 19, 2023, EVEN AFTER -- LONG AFTER THIS CASE WAS FILED,

7    MR. XIE SAID, I'M REALLY SORRY, I OWED YOU MONEY, ACTUALLY FOR

8    SUCH A LONG TIME, BUT I STILL COULD NOT REPAY YOU.

9         HE SAID HIMSELF, EVEN AFTER THIS CASE WAS FILED, HE SAID I

10   TRULY CANNOT REPAY THE MONEY TO YOU BEFORE THE CHINESE NEW

11   YEAR, I WILL TRY MY BEST TO RAISE MONEY AND REPAY YOU AFTER THE

12   SPRING FESTIVAL.

13        YOU ARE GOING TO SEE THAT IN EXHIBIT P25.  AGAIN, EVEN

14   AFTER THIS LAWSUIT WAS FILED, MR. XIE AGREED THAT HE OWES

15   MONEY, BUT TODAY HE SAYS HE DOESN'T, OKAY.

16        BUT AGAIN, WHATEVER HE SAYS TODAY, IT'S JUST AN EXCUSE,

17   BECAUSE HE SAID IT HIMSELF THAT HE OWES US MONEY.

18        ALL RIGHT.  LET'S GO TO THE SPECIFIC EXCUSE THAT MR. XIE

19   HAS MADE IN THIS CASE.  HE SAID OH, I DIDN'T SIGN THE FIRST

20   CONTRACT, IT WAS SIGNED BY SOMEBODY ELSE, IT WAS SIGNED BY

21   EVERYBODY ELSE, JUST NOT HIM.

22        BUT WHAT DOES THE CONTRACT SAY THOUGH?  THE CONTRACT HAS

23   MR. XIE'S SIGNATURE TOO, WELKIN, THAT'S HIS SHELL COMPANY.

24   REMEMBER, EVEN THOUGH IT'S HIS SHELL COMPANY, HE DOESN'T EVEN

25   USE IT, RIGHT.  HE SIGNED HIS OWN NAME TO IT.  NOWHERE IN THE

1    CONTRACT HE SAYS, I'M SIGNING ON BEHALF OF WELKIN, OR I'M

2    SIGNING ON BEHALF OF SOMEBODY ELSE, MY WIFE OR MY KIDS, HE

3    NEVER SAID THAT, HE SAID HIS OWN NAME.  HIS OWN NAME, HIS ONLY

4    NAME, IS THE ONE THAT SHOWS UP ON THIS CONTRACT.  BUT TODAY,

5    SOMEHOW HE SAYS I DIDN'T SIGN.  HIS STATEMENT JUST -- HIS

6    EXCUSE TODAY CANNOT BE BELIEVED.

7        THE SAME GOES FOR MR. XIE'S CONTRACT WITH PALM STREET

8    CAPITAL.  HE SAID, I DIDN'T SIGN THAT EITHER.  MY WELKIN

9    COMPANY SIGNED OR SOMEBODY ELSE SIGNED BUT I DIDN'T.

10       NO, THAT'S NOT TRUE BECAUSE HE SIGNED IT HIMSELF IN FRONT

11   OF ALL THREE PEOPLE.  EACH OF THE THREE PEOPLE TOLD YOU HE

12   SIGNED IT IN FRONT OF THEM TOGETHER.  HE USED HIS FINGERS AND

13   THEY WATCHED HIS FINGERS AND HE USED A PEN AND HE SIGNED IT

14   HIMSELF.

15       SO AGAIN, WHERE'S THE TERM, "WELKIN COMPANY" ANYWHERE IN

16   THIS CONTRACT?  THIS IS NOT WELKIN.

17       OKAY.  THEN MR. XIE SAYS, OKAY, WELL FORGET MY FIRST

18   EXCUSE, IT DOESN'T WORK, I HAVE ANOTHER ONE.  AND THE SECOND

19   ONE IS HEY, THE CONTRACT IS VAGUE, IT'S NOT DETAILED ENOUGH.

20   EVEN THOUGH HE BROUGHT THE CONTRACT TO THE TABLE HIMSELF, NOW

21   HE SAYS, I DIDN'T WRITE THAT.  THERE'S NO DETAIL TO IT,

22   THEREFORE I'M NOT GOING TO PAY YOU MONEY.  THAT'S WHAT HE SAID

23   TODAY.

24       BUT AGAIN, WHAT HE DID BEFORE?  HE BROUGHT THE CONTRACT

25   HIMSELF BECAUSE HE HAD BEEN USING THAT CONTRACT WITH OTHER

1    INVESTORS.  I DON'T WANT TO SPEND YOUR TIME GOING THROUGH THE

2    ENTIRE THING AGAIN, BUT AGAIN AS I EXPLAINED TO YOU EARLIER,

3    THE CONTRACT NUMBER ONE HE HAD WITH THESE TWO PEOPLE, HAD ALL

4    THESE DETAILS.  WHERE IS THE LOT?  WHICH LOT ARE WE TALKING

5    ABOUT?  HOW MANY HOUSES ARE WE GOING TO BUILD?  WHAT'S THE

6    AMOUNT OF THE INVESTMENT?  WHAT IF SOMEBODY SAYS THERE'S ANY

7    AMBIGUITY TO IT RIGHT NOW, BUT MR. XIE AGREED HIMSELF, IF

8    THERE'S ANY AMBIGUITY, WE WILL RESOLVE IT BY MUTUAL AGREEMENT.

9         AGAIN, JUST RECAP, MR. XIE, TODAY HIS EXCUSE IS

10   ESSENTIALLY, THE DOG ATE MY HOMEWORK, I DIDN'T DO ANY OF THAT.

11   SOMEBODY SAW IT, I NEVER SAW IT, I DON'T REMEMBER, OR THE

12   CONTRACT I PREPARED IS NOT CLEAR ENOUGH.

13        BUT AGAIN, WHAT HE SAID HIMSELF BELIES ALL HIS EXCUSES

14   TODAY.  EVEN AFTER THIS CASE WAS FILED HE SAID, I OWED YOU

15   MONEY FOR SUCH A LONG TIME AND STILL CANNOT REPAY YOU.

16        THAT CAME FROM THE MOUTH OF THE HORSE, MR. XIE HIMSELF.

17        ALL RIGHT.  AND THEN I'M GOING TO TALK ABOUT CREDIBILITY

18   AND ALL THE WITNESSES WHO TESTIFIED IN THIS CASE, RIGHT.

19   MS. LIAO, EVEN THOUGH SHE'S NOT HERE, SPENT AN ENTIRE DAY ON

20   THE STAND.  AND MS. YU, WHO WAS THERE FOR ALMOST THE ENTIRE

21   DAY.  AND MS. LIU, SHE WAS UP THERE FOR AT LEAST HALF OF IT, I

22   MEAN, THEY ARE CREDIBLE.  THEY TESTIFIED THAT THEY TRUSTED

23   MR. XIE.

24        AND THEN IN THIS CASE, MR. XIE NOT PAYING THEM BACK THE

25   MONEY THEY ARE OWED, BASICALLY PUT A STRAIN ON THEIR

1    RELATIONSHIP, ON THEIR FRIENDSHIP, MATTER OF FACT.  AGAIN, MS.

2    LIAO INTRODUCED MR. XIE TO HER TWO BEST FRIENDS AND THEN

3    MR. XIE FAILED EVERYBODY.  THAT PUT A LOT OF PRESSURE ON

4    MS. LIAO, AND THAT'S HOW SHE TESTIFIED ON THE STAND.

5         AND AGAIN, THESE WITNESSES ARE CREDIBLE BECAUSE THE WHOLE

6    ENTIRE SITUATION PUT THEM UNDER TREMENDOUS AMOUNT OF PRESSURE.

7    THEY VOUCHED FOR THEIR FRIENDS, THEY VOUCHED FOR THEIR FAMILY

8    MEMBERS, HEY LET ME USE THE MONEY ON THIS PROJECT AND I WILL

9    BRING BACK TO OUR FAMILY THE INVESTMENT AND THE RETURN.

10        BUT AGAIN, SO FAR THEY SPENT A LOT OF MONEY ON MR. XIE AND

11   A LOT OF MONEY BY MR. XIE, AND THAT HAD PUT A LOT OF PRESSURE

12   ON THEIR FAMILY, ON THEIR INTERNAL RELATIONSHIP WITH FAMILY

13   MEMBERS, THEREFORE WE HAVE NO REASON TO TESTIFY FALSELY.

14        WHO WANTS TO GO OUT THERE AND TESTIFY TO FRIENDS OR PEOPLE

15   THEY DON'T KNOW ABOUT ALL THESE INTIMATE DETAILS ABOUT HOW MUCH

16   PRESSURE THEY GO THROUGH WITH THE FAMILY MEMBERS?  NOBODY WANTS

17   TO MAKE IT UP.  IT'S A VERY DIFFICULT THING TO SAY, I'M SORRY I

18   FAILED YOU, MY FAMILY.

19        NOBODY WANTS TO SAY THAT.  THEY SAID THAT BECAUSE THAT'S

20   TRUE.  AND AGAIN, THEIR ACTIONS, RIGHT, MS. JING LIAO TESTIFIED

21   SHE CAME FROM CHINA, SHE HAD TO COME HERE TO BE PRESENT FOR

22   TRIAL, EVEN THOUGH IMMEDIATELY BEFORE, SHE WAS IN CHINA TAKING

23   CARE OF HER AILING MOTHER.

24        AND THE SAME GOES FOR MS. YU, SHE CAME OUT HERE FOR TRIAL

25   FOR TWO DAYS BEFORE THE TRIAL WAS GOING TO START, BECAUSE SHE

```
1    WAS TAKING CARE OF HER FATHER WHO WAS GOING THROUGH CANCER

2    TREATMENT IN CHINA.  WHO WANTS TO TELL ALL THESE INTIMATE

3    DETAILS ABOUT THEIR FAMILY TO PEOPLE THEY DON'T KNOW?  NOBODY

4    WANTS TO.

5            THE COURT:  MR. LIU, YOU'VE GONE 35 MINUTES, AND FROM

6     HERE, YOU'RE USING YOUR REBUTTAL TIME.

7            MR. LIU:  THANK YOU, YOUR HONOR.

8    AGAIN, THAT'S THE LAST TIME.  MR. XIE IS NOT CREDIBLE,

9    SIMPLY PUT.  IT'S ONE EXCUSE AFTER ANOTHER.  BUT NONE OF THESE

10   EXCUSES ARE BACKED UP BY ACTUAL EVIDENCE, HE PRESENTS NO

11   EVIDENCE WHATSOEVER, HE'S JUST MAKING THINGS UP AS HE GOES.

12        AGAIN, BY THE END OF THE DAY BEFORE I CLOSE, LET'S FOCUS

13   ON WHAT ARE THE MOST IMPORTANT TWO THINGS IN THIS CASE, HOW

14   MUCH MONEY MR. XIE OWES US AND ON WHICH DAY HE BREACHED

15   CONTRACT NUMBER ONE.

16        AND AGAIN, IT IS $1,033,300, AND I DID THE CALCULATION FOR

17   YOU EARLIER, AND THEN THE DATE HE BREACHED THE CONTRACT NUMBER

18   ONE WAS FEBRUARY 7TH, 2020.

19        AGAIN, THIS IS NOT A CRIMINAL CASE, WE ARE NOT ASKING TO

20   SEND ANYBODY TO JAIL, BUT AGAIN WE ARE ASKING YOU TO RIGHT THE

21   WRONG THAT MR. XIE DID TO THE TWO PLAINTIFFS TODAY.  AND ONLY

22   YOU HAVE THE POWER TO DO THAT, AND I WOULD RESPECTFULLY ASK YOU

23   TO DO THAT TODAY.

24            MR. LIU:  THANK YOU, YOUR HONOR.  THAT'S ALL I HAVE.

25            THE COURT:  THANK YOU.
```

1         WE WILL TAKE A FIVE-MINUTE RECESS.  AND PLEASE DON'T BEGIN

2    YOUR DELIBERATIONS, WE HAVE JUST THE CLOSING ARGUMENT OF THE

3    DEFENSE TO COME.

4         (RECESS FROM 11:37 A.M. UNTIL 11:46 A.M.)

5           THE COURT:  ALL RIGHT.  EVERYONE MAY BE SEATED.

6         AND NOW IT'S THE OPPORTUNITY FOR THE DEFENSE CLOSING

7    ARGUMENT.

8         MR. JEW, YOU MAY PROCEED.

9           MR. JEW:  THANK YOU, YOUR HONOR.

10                   **CLOSING ARGUMENTS BY MR. JEW**

11        LADIES AND GENTLEMEN, MY NAME IS LEON JEW, YOU MAY

12   REMEMBER MY NAME.  I WOULD LIKE TO SPEAK TO YOU CLOSER, BUT

13   IT'S BECAUSE THE MICROPHONE CANNOT BE MOVED THAT I WILL HAVE TO

14   SPEAK HERE SO THAT YOU CAN HEAR CLEARLY.

15        I APOLOGIZE FOR MY ACCENT, I WILL DO MY BEST TO SPEAK

16   CLEARLY SO THAT YOU UNDERSTAND WHAT I AM SAYING.

17        I THANK YOU SO MUCH FOR YOUR PATIENCE.  IT'S A FRIDAY, AND

18   YOU HAVE SPENT A LOT OF TIME HERE IN THIS CASE, AND MY CLOSING

19   STATEMENT WILL BE SHORT.

20        OUR JUDGE ALREADY READ TO YOU THE JURY INSTRUCTIONS, IT'S

21   MANY PAGES.  I HOPE YOU WILL READ IT LATER IF YOU HAVE TIME.

22   AND I READ IT THREE TIMES.  I FEEL IT'S A VERY IMPRESSIVE -- I

23   FEEL VERY IMPRESSED BY THESE INSTRUCTIONS, IT'S VERY CLEAR,

24   VERY EASY TO UNDERSTAND.  IT'S MORE IMPORTANT THAN WHAT I

25   LEARNED FROM LAW SCHOOL ABOUT THE FORMATION OF A CONTRACT, THE

1    ELEMENTS OF THE CONTRACT, THE BREACH OF A CONTRACT AND THE

2    DAMAGE.

3         MR. LIU, MY FRIEND, PRESENTED IN HIS OPENING STATEMENT A

4    STORY.  AND TODAY, IN HIS CLOSING ARGUMENT, HE USED A FANCY

5    MANOR USING THE VIDEO, RESTATED THE FACTS HE ALREADY STATED IN

6    THE OPENING STATEMENT, AND MORE IMPORTANTLY, HE WAS ATTEMPTING

7    TO USE HIS OWN STATEMENT TO OVERRIDE THE TESTIMONY OF THE

8    WITNESS; THEREFORE, YOU SHOULD TRY TO RECALL THE EVIDENCE

9    EXAMINED IN THE PROCEEDING.  DO NOT RELY ON HIS STATEMENT OVER

10   TESTIMONIES, TESTIMONIES THAT YOU THINK ARE RELIABLE EVIDENCE.

11        MS. LIU'S PRESENTATION ON THE STAND IS NOT EVIDENCE.  AND

12   THE SEARCHING OF THE PAPERS, IF YOU MAKE SCREEN SHOTS, IS

13   DIFFERENT FROM THE EVIDENCE IN THE BINDER, AND YOU WILL SEE THE

14   BINDER PHYSICALLY AND WE WILL HAVE TO RELY ON THE BINDER.

15        FROM THIS MOMENT, EACH OF YOU IS MY JUDGE FACT FINDER, YOU

16   WILL USE YOUR KNOWLEDGE AND YOUR MEMORY FROM HERE IN THE

17   PROCEEDING TO FIND EACH PIECE OF FACT.  AFTER YOUR WRITTEN

18   INSTRUCTION, AFTER YOU EXAMINED THE BINDER OF EXHIBITS, YOU

19   WILL REACH A CONCLUSION FROM THE VERDICT FORM.

20        THERE ARE TWO SHORT VERDICT FORMS, ONLY TWO PAGES THAT MY

21   FRIEND, MR. LIU, ALREADY PRESENTED TO YOU, I'M THANKFUL FOR

22   THAT, YOU HAVE SEEN THE FORMS, TWO PAGES, ONE FOR PLAINTIFF,

23   MS. YU, THE OTHER ONE FOR AN ENTITY CALLED PALM STREET CAPITAL,

24   LLC, REPRESENTED BY MS. LIU.

25        THE FORM IS AUTHENTIC, BUT THE PART FILLED OUT BY MR. LIU

1    IS NOT PART OF THE FORM.  IT IS YOUR JOB TO FILL IT OUT, YOU

2    ARE MY JUDGE, YOU ARE MY FACT FINDER, AND YOU WILL MAKE A

3    RULING AND YOU WILL WRITE YOUR CONCLUSION THERE, NOT MR. LIU'S.

4         HE FILL OUT SOMETHING THERE, AND SOMETHING IS INCONSISTENT

5    WITH THE FACT IN THE EVIDENCE.

6         I WANT TO MAKE SURE YOU UNDERSTAND ABOUT HIS CLOSING

7    ARGUMENT.  ONE THING, ONE MISSTATEMENT ABOUT MR. XIE, HIMSELF,

8    PROFITED OF CONTRACT ONE, EXHIBIT P1, AND THE CONTRACT EXHIBIT

9    P15.  THIS IS NOT A FACT.  IN THE LAST THREE DAYS OF

10   PROCEEDINGS, THERE IS NO EVIDENCE SHOWING MR. XIE, HIMSELF,

11   DRAFTED THE CONTRACT.

12        NUMBER TWO, IN THE VERY BEGINNING OF MR. LIU'S CLOSING

13   ARGUMENT, HE SHOWED YOU SOME SCREEN SHOTS, SOME MESSAGES, TEXT

14   MESSAGES.  HE WANTS TO CONVINCE YOU THAT MR. XIE AGREED,

15   AGREED, AGREED TO SOMETHING.

16        HE AGREED TO SOMETHING, DOESN'T MEAN HE AGREED TO SOME

17   TERMS AND CONDITIONS IN THE CONTRACT.  BECAUSE THE MESSAGE DOES

18   NOT SPECIFY THE SCOPE, THE SPECIFICS OF WHAT HE AGREED;

19   THEREFORE YOU SHOULD NOT RELY ON THE MESSAGES, YOU SHOULD NOT

20   RELY ON ANYTHING BEYOND THE WRITTEN AGREEMENT, ANYTHING BEYOND

21   PHYSICAL WRITTEN EVIDENCE IN THE BINDER.

22        BY THE WAY, THE INITIAL PAPER OF THIS LAWSUIT IS CALLED A

23   COMPLAINT, SPECIFICALLY IT'S A CIVIL COMPLAINT.  THERE ARE MANY

24   CAUSES OF ACTIONS, MEANS REASONS TO SUE.  ALL GONE.

25             MR. LIU:  OBJECTION, YOUR HONOR.

```
 1              MR. JEW:  OTHER THAN THE TWO BREACH OF CONTRACT

 2      CAUSES OF ACTIONS.

 3              MR. LIU:  YOUR HONOR, OBJECTION.

 4              THE COURT:  OVERRULED.

 5         YOU MAY CONTINUE.

 6              MR. JEW:  WE WILL ONLY FOCUS ON THE TWO CAUSE OF

 7      ACTIONS.

 8         THE FIRST CAUSE OF ACTION WILL BE RULED BY THE JUDGE

 9      KEEPER, BY YOU, BECAUSE YOU ARE THE FACT FINDER, YOU ARE THE

10      JUDGE IN THIS MATTER, ABOUT THE CAUSE OF ACTION OF A BREACH OF

11      CONTRACT BETWEEN MR. XIE AND MS. YU.

12         THE OTHER ONE IS THE ALLEGED CONTRACT BETWEEN MR. XIE AND

13      PALM STREET CAPITAL, LLC REPRESENTED BY MS. LIU, NO OTHER CAUSE

14      OF ACTIONS.

15         BY THE WAY, IN THE WRITTEN COMPLIANT, PLAINTIFFS FILED

16      WITH THE COURT, CAUSE OF ACTION FOR BREACH OF CONTRACT, IT

17      SPECIFICALLY DEFINES BREACH OF WRITTEN CONTRACT.

18         SO IN THESE TWO CAUSE OF ACTIONS, TWO CONTRACTS WE WILL

19      DISCUSS, ARE ABOUT WRITTEN CONTRACTS, SPECIFICALLY EXHIBIT P1

20      AND EXHIBIT P15.  THERE ARE NO ORAL CONTRACT, NO ORAL AGREEMENT

21      INVOLVED IN THE RULING ON THE TWO WRITTEN CONTRACTS.

22         MR. LIU PRESENTED TO YOU SEVERAL CHECKS.  YOU CANNOT SEE

23      CLEARLY WHO IS PAYOR AND WHO IS PAYEE.  WHEN YOU REVIEW THE

24      BINDER, I REQUEST THAT YOU PAY ATTENTION TO EXHIBIT 12,

25      EXHIBIT 13 ARE CHECKS.
```

1          IN 12, THREE CHECKS WERE FROM THIRD PARTIES, NOT FROM

2     MR. XIE.  THERE'S THREE CHECKS ON ONE PAGE FROM THIRD PARTIES,

3     NOT FROM THE DEFENDANT.

4          EXHIBIT P13 ARE CHECKS FROM THIRD PARTY, NOT FROM MR. XIE.

5          SO WHENEVER YOU TRY TO FIND SOMETHING ABOUT THE CHECKS, A

6     PAYMENT, WHO PAID WHOM, PLEASE PAY ATTENTION.  THIRD PARTIES.

7          IN THIS CASE, THIRD PARTY, MOST OF THE TIME IS WELKIN

8     INTERNATIONAL INDUSTRIAL, INC.

9          WHEN JUDGE WAS READING THROUGH THE JURY INSTRUCTIONS, IT

10    MENTIONED SPECIFICALLY, WELKIN INTERNATIONAL INDUSTRIAL, INC.

11    IS NOT A PARTY OF THIS LAWSUIT.  WHEN YOU EXAMINE THE BANK

12    STATEMENTS, IT TELLS US WELKIN INTERNATIONAL.  IN THE BINDER

13    THERE IS NO BANK STATEMENT FROM DEFENDANT TO MR. XIE, ALL BANK

14    STATEMENTS SHOWING THE BUSINESS CHECKING ACCOUNT, SAVINGS

15    ACCOUNT OF WELKIN INTERNATIONAL.

16         IN P1, CONTRACT ONE, MR. XIE IS PROJECT MANAGER.  HE WAS

17    AN EXECUTIVE AT WELKIN INTERNATIONAL.  PAY ATTENTION TO

18    EXHIBIT 26 WHICH IS THE STATEMENT OF INFORMATION OF WELKIN

19    INTERNATIONAL INDUSTRY, INC., SHOWING IN THE YEAR 2022,

20    DEFENDANT XIE WAS THE CEO, CFO, SECRETARY AND THE DIRECTOR OF

21    THE BOARD.

22         THESE ARE TWO DOCUMENTS CONSISTENT IN SHOWING THAT MR. XIE

23    WAS THE PROJECT MANAGER OF THE REAL ESTATE PROJECT OPERATED BY

24    WELKIN INTERNATIONAL INDUSTRY, INC. WHICH IS A THIRD PARTY

25    WHICH IS NOT A PARTY OF THIS LAWSUIT.

1      THE JURY INSTRUCTION IN YOUR HAND HAS BEEN UPDATED MANY

2  TIMES.  IT WAS UPDATED BY THE COURT, ACCORDING TO SOME

3  EVIDENCE, TESTIMONY, OBJECTIONS, RESPONSE TO OBJECTIONS, IS THE

4  RESULT DYNAMICALLY FROM THIS PROCEEDING.  THE JURY INSTRUCTION

5  HAS BEEN FINALIZED THIS MORNING BEFORE YOU ENTERED THE

6  COURTROOM.  THE INSTRUCTION IS NOT FROM MR. LIU, IT IS NOT FROM

7  ME, THIS INSTRUCTION IS FROM THE COURT.

8      AS I MENTIONED, I READ IT THREE TIMES.  I WISH YOU READ

9  CAREFULLY, IT IS OUR LAW NOW, AND IT IS YOUR LAW.  YOU ARE THE

10  JUDGE, YOU WILL APPLY THE RULE TO THE FACTS YOU FIND IN THE

11  BINDER OF EXHIBITS.

12      YOU MIGHT REMEMBER THE FIRST CONTRACT.  NOW LET'S TALK

13  ABOUT THE EXHIBITS, THE EVIDENCE.  YOU MIGHT REMEMBER THE FIRST

14  IMPORTANT PIECE OF PAPER IN THIS CASE CALLED P1, THAT MEANS

15  PLAINTIFF'S EXHIBIT 1.  IT IS CALLED A CONTRACT, IT'S A

16  ONE-PAGE DOCUMENT.  YOU MAY IGNORE THE COVER PAGE.  YOU SHOULD

17  IGNORE THE TRANSLATOR'S CERTIFICATION BECAUSE WE ALL AGREE, AND

18  THE COURT AGREES, THE INTERPRETED TRANSLATION IS ACCEPTED.  WE

19  CAN ONLY RELY ON THE TRANSLATION, WE CANNOT RELY ON ANYTHING IN

20  ANY LANGUAGE, JUST FOCUS ON THE ONE PIECE OF PAPER IN ENGLISH.

21      YOU ARE THE JUDGE.  WE ARE ASKING YOU TO EXAMINE A

22  CONTRACT.  I SUPPOSE YOU WILL FIRST TRY TO FIND WHO ARE THE

23  PARTIES.  IF YOU DO NOT FIND THE NAME OF A PARTY THEN THIS

24  PARTY HAS NO CONTRACT AT ALL, NO CONTRACT.  IF YOU GIVE ME A

25  CONTRACT, IF MY NAME IS NOT THERE, I'M NOT A PARTY OF THE

1    CONTRACT.  I HOPE YOU UNDERSTAND THAT.

2        FOR A CONTRACT, THE TERMS AND CONDITIONS MUST BE VERY

3    CLEAR.  IN THE VERY BEGINNING OF THAT CONTRACT, PARTY B --

4    PARTY A IS SOMEONE, YOU WILL FIND OUT PARTY B IS MR. XIE, THE

5    PROJECT MANAGER, WHICH MEANS A MANAGER OF THE PROJECT.

6        THE PIECE OF A PAPER IN P1 DOES NOT DEFINE THE PROJECT.

7    FOR REAL ESTATE DEVELOPMENT, THIS CONTRACT, ASSUMING IT IS A

8    CONTRACT, DOES NOT DEFINE THE PHASE OF THE DEVELOPMENT PROJECT.

9    IT DOES NOT DEFINE THE TIME.  THE TIME IS VERY IMPORTANT.

10   THERE'S NO DEVELOPER CATALOG ATTACHED, THE INFORMATION IS MUCH

11   LIMITED.  WE CANNOT ASSUME SOMETHING, WE CANNOT GUESS.

12       PLAINTIFF ASSERTS THAT THERE IS AN ANNUAL TERM PERCENT

13   REWARD.  READ IT VERY CAREFULLY IN PARAGRAPH 6, IT MENTIONS

14   TEN PERCENT, BUT DID NOT MENTION ANNU OF PER YEAR.  AS MS. YU

15   TESTIFIED YESTERDAY, THE WORD ANNU AND THE PER YEAR COULD NOT

16   BE FOUND IN THAT PIECE OF PAPER.

17       MORE INTERESTING THINGS, IF YOU READ PARAGRAPH 7,

18   PARAGRAPH 7 SAYS WE HAVE TRIED TO DISTRIBUTE THE MONEY, BLAH,

19   BLAH, BLAH.  YOU READ IT CAREFULLY, IF A REASONABLE PERSON CAN

20   UNDERSTAND WHAT THE SENTENCE IS, WHAT IT IS TALKING ABOUT, THEN

21   IT IS ENFORCEABLE.  IF A PERSON CANNOT UNDERSTAND PARAGRAPH 7,

22   THIS IS NOT ENFORCEABLE.  IF IT IS NOT ENFORCEABLE, THEN IT IS

23   NOT A VALID CONTRACT.

24       SPECIFICALLY IF YOU FOUND PARAGRAPH 7 IS SO VAGUE, IT'S SO

25   UNCLEAR, NOT ENOUGH FOR AN ORDINARY PERSON TO UNDERSTAND HOW TO

1    ENFORCE IT, THEN IT IS UNENFORCEABLE.

2        WHEN RESPONDING TO THE VERDICT FORM, THE FIRST SENTENCE,

3    IS THERE A CONTRACT?  THE EVIDENCE, P1 AND P15, PARAGRAPH 7 IS

4    A GOOD EVIDENCE TO HELP YOU UNDERSTAND.  IF YOU DO NOT

5    UNDERSTAND -- EACH OF YOU IS A REASONABLE PERSON, IF YOU DO NOT

6    UNDERSTAND, THE CONTRACT IS NOT ENFORCEABLE, THE CONTRACT IS

7    INVALID, THEREFORE THERE IS NO CONTRACT AT ALL, YOU SHOULD MARK

8    IT "NO CONTRACT WAS ENTERED."

9        IN CASE -- IT'S YOUR JOB TO -- IF THERE IS A CONTRACT,

10   THEN THINK ABOUT THE TEN PERCENT OF TOTAL, TEN PERCENT PER

11   YEAR.  THIS IS VERY IMPORTANT TO MAKE A FINAL DECISION ON EACH

12   OF THESE CONTRACTS.

13       IN THE LAST SENTENCE OF THE VERDICT FORM, EXPECTING YOU TO

14   MAKE A DECISION ABOUT WHEN THE CONTRACT WAS BREACHED, MR. LIU

15   PRESENTED TO YOU ON THE VIDEO, THE EXHIBIT 11, IT WAS CALLED

16   CONTRACT TWO.  CONTRACT TWO IS NOT IN ANY OF THE CAUSE OF

17   ACTION, NOT IN THE VERDICT FORM.  YOU SHOULD NOT RELY ON THAT

18   PAPER EXHIBIT 11 FOR YOUR DECISION ON P1 AND P15 FOR TWO

19   PLAINTIFFS, SEPARATE.

20       THE ORIGINAL SENTENCE IN P1 AND P15, "THE MONEY SHOULD BE

21   REPAID TO INVESTOR WHEN THE PROJECT IS COMPLETED."  THIS IS A

22   REAL PROPERTY DEVELOPMENT PROJECT.  THE PROJECT IS A VERY

23   SERIOUS BUSINESS.  THERE IS NO REPORT, NO PERMIT FROM THE CITY,

24   THERE IS NO CERTIFICATION FROM AUTHORITIES CERTIFYING --

25            MR. LIU:  OBJECTION.  FACTS NOT IN EVIDENCE.

1    THE COURT:  OVERRULED.

2    MR. JEW:  ANY REMODELING DEVELOPMENT, IMPROVEMENT OF

3    PROPERTY, MUST GET PERMIT.  WHEN EVERYTHING IS DONE, THERE'S A

4    FINAL CERTIFICATE FROM CITY HALL FOR THE PROJECT IN WHICH

5    MR. XIE IS MANAGER.

6    IN THE EVIDENCE, THERE IS NO PERMIT, NO REPORT, NO

7    APPRAISAL, NOTHING SHOWS THE PROJECT IS COMPLETED.

8    IF WE CANNOT FIND ANY EVIDENCE IN SUPPORT THAT THE PROJECT

9    IS COMPLETED, WE SHOULD NOT GUESS IT.  IF YOU DON'T KNOW, DO

10   NOT GUESS.

11   MR. LIU WANTS YOU TO WRITE THERE, FEBRUARY 7, 2022, HE

12   REALIZED IT'S A MISTAKE, HE CHANGED TO FEBRUARY 7, 2020.  IT IS

13   HIS EXPECTATION, WANTS YOU TO WRITE, TO FILL OUT THE FORM.  AS

14   I STATED EARLIER, IGNORE HIS WORK AFFECTING YOUR VERDICT FORM.

15   IT'S YOUR VERDICT FORM, IT'S YOUR JUDGMENT, IT'S YOUR RULING,

16   YOUR DECISION.

17   THANK YOU AGAIN.  I HOPE YOU RELY ON THE WRITTEN EVIDENCE,

18   MAKE A DECISION ABOUT WHETHER OR NOT MY CLIENT BREACHED THE

19   WRITTEN CONTRACTS.

20   THANK YOU.

21   THE COURT:  THANK YOU, MR. JEW.

22   MR. LIU, YOU MAY HAVE UP TO FOUR MINUTES FOR REBUTTAL IF

23   YOU WISH IT.

24   MR. LIU:  THANK YOU, YOUR HONOR.

25   ///

1        **FURTHER CLOSING ARGUMENTS BY MR. LIU**

2            FRANKLY SPEAKING, I DID NOT QUITE FOLLOW WHAT MR. JEW SAID

3        IN HIS CLOSING.  I THINK IT'S ALL OVER THE PLACE.  PUNCH HOLES

4        THERE, PUNCH ANOTHER HOLE THERE, SEE WHAT WILL HOLD UP.

5        NOTHING IS HOLDING UP FOR HIM.  HE SAID IT HIMSELF.

6            FIRST OF ALL HE SAID, AGAIN HE REPEATS THE SAME EXCUSE, I

7        AM NOT A PARTY TO THE CASE.  HIS REASON IS SOMEHOW I HAVE SOME

8        OTHER COMPANY, THEREFORE THAT COMPANY MUST BE PART OF THE

9        CONTRACT.

10            IF THAT LOGIC GOES, IT INVITES PEOPLE TO HAVE FIVE

11       HUNDRED, A THOUSAND OTHER COMPANIES SO THEY CAN DODGE EVERY

12       SINGLE CONTRACT, BECAUSE HEY, THIS TIME I'M REPRESENTING THIS

13       COMPANY, NEXT TIME I'M REPRESENTING COMPANY NUMBER 2, OR 3, OR

14       4, OR 5, WHENEVER YOU WANT TO CATCH ME, YOU CAN'T, BECAUSE I

15       ALWAYS HAVE ANOTHER COMPANY IN MY BACK POCKET.  THAT'S JUST NOT

16       THE LAW, NEITHER ARE THE FACTS IN THIS CASE.

17            MR. XIE, HIMSELF, SIGNED HIS NAME ALL OVER THE PLACE.

18       CONTRACT NUMBER ONE, CONTRACT NUMBER TWO, DEED OF TRUST

19       EVERYWHERE.

20            CONTRACT NUMBER ONE SPECIFICALLY, HE COULD HAVE SAID, HEY

21       I'M SIGNING ON BEHALF OF WELKIN.  HE DIDN'T.

22            AND THEN HE INCORRECTLY STATED THAT NO WITNESS SAID THAT,

23       BECAUSE EVERYBODY HERE TESTIFIED HE BROUGHT THE CONTRACT TO THE

24       MEETING AT THE STARBUCKS ON BOLLINGER ROAD HIMSELF.  EVERYBODY

25       TESTIFIED THAT'S THE CONTRACT HE HAD BEEN USING THROUGHOUT ALL

1      THESE YEARS.

2           AND AGAIN, I GUESS THERE'S A NEW EXCUSE THAT CAME UP,

3      SOMEHOW THE PLAINTIFF, MAYBE HIS ATTORNEY WAS, YOU KNOW, BEING

4      QUICK ABOUT IT, SO HE MISPLACED THE TRANSLATION PAGE.

5           THAT WAS MY MISTAKE.  I APOLOGIZE FOR THAT.  BUT IT

6      DOESN'T CHANGE THE SUBSTANCE OF THE CASE, THE TRANSLATION IS

7      THE SAME.  P1 OR P15, THE TRANSLATION IS RIGHT THERE.  I

8      WELCOME YOU TO LOOK AT IT.  IT DOESN'T CHANGE ANYTHING IF I, AS

9      ATTORNEY, MISPLACE A PAGE.  THAT SHOULD NOT AFFECT THESE

10     PLAINTIFFS' RIGHT TO RECOVER FROM MR. XIE'S NOT PAYING OFF HIS

11     DEBT.

12          AGAIN, THE THIRD ONE HE CAME UP WITH TODAY IS OH, TODAY I

13     THINK THERE MIGHT BE SOMETHING THAT MIGHT BE VAGUE, THEREFORE

14     THE ENTIRE CONTRACT IS UNENFORCEABLE.  IT DOESN'T MAKE ANY

15     SENSE.

16          FIRST OF ALL, HE BROUGHT THE CONTRACT HIMSELF.  HE CANNOT

17     BLAME ANYBODY ELSE FOR BEING VAGUE ABOUT SOMETHING WE PUT IN

18     THERE.

19          SECOND OF ALL, AS THE JUDGE HAS INSTRUCTED YOU, NOT EVERY

20     WORD IN THE CONTRACT IS ESSENTIAL BECAUSE OTHERWISE IT WOULD

21     ENCOURAGE PEOPLE TO HAVE A CONTRACT THAT'S THOUSAND OF PAGES.

22     IF WE DON'T WANT TO DO THE CONTRACT, WHAT DO WE SAY?  LET ME

23     FIND SOME FINE PRINT AND THEN THAT FINE PRINT IS UNAMBIGUOUS

24     AND THEREFORE I'M NOT LIABLE.  THAT LOGIC DOES NOT SIT WELL

25     WITH ME, NEITHER SHOULD IT SIT WELL WITH YOU, BECAUSE IT

1    DOESN'T WORK.

2         THE ESSENTIAL TERMS ARE HE AGREED TO BUILD HOUSES, WE

3    AGREED TO INVEST $1 MILLION INTO THE PROJECT.  HE AGREED TO PAY

4    US NOT LESS THAN TEN PERCENT.  THAT PHRASE WAS LATER CLARIFIED

5    BY MR. XIE'S ACTIONS.  HE SAID IN THE SECOND CONTRACT HIMSELF,

6    THAT PHRASE, NO LESS THAN TEN PERCENT MEANS $300,000, THEREFORE

7    HE AGREED TO THE TOTAL OF $1.3 MILLION.

8         HE AGREED TO THE NUMBER IN THE SECOND CONTRACT, HE AGREED

9    TO THE NUMBER IN THE THREE CHECKS, HE AGREED TO THE NUMBER IN

10   THE PAYMENT, HE AGREED TO THE NUMBER IN THE DEED OF TRUST.  HE

11   AGREED TO THE NUMBER EVERYWHERE, NOW HE'S SAYING THAT NO, I

12   NEVER AGREED TO ANYTHING.

13        AGAIN, THAT DOES NOT SIT WELL WITH ME, NEITHER SHOULD IT

14   SIT WELL WITH YOU, BECAUSE THAT'S JUST ANOTHER EXCUSE MR. XIE

15   IS BRINGING TO US TODAY, BECAUSE HE HAS NOTHING REAL TO SHOW

16   US.

17             THE COURT:  ALL RIGHT.  LET'S BRING IT TO A CLOSE.

18             MR. LIU:  AGAIN, AT THE END OF THE DAY, LADIES AND

19   GENTLEMEN OF THE JURY, I REALLY APPRECIATE YOUR TIME SPENT ON

20   THIS CASE.  AT THE END OF THE DAY, I ASK YOU TO RIGHT THE WRONG

21   MR. XIE DID TO THESE PEOPLE IN THIS CASE AND I ASK YOU TO AWARD

22   EACH OF THESE TWO PLAINTIFFS $1,033,300.  THAT'S $1,033,300.

23        THANK YOU.

24             THE COURT:  THANK YOU, MR. LIU.

25        THAT CONCLUDES THE CLOSING ARGUMENTS.  AND LET ME GIVE YOU

1    JUST ONE FURTHER BIT OF LOGISTICAL GUIDANCE.

2         MY DEPUTY IS GOING TO GIVE YOU THE EXHIBIT BINDER WITH A

3    TABLE OF CONTENTS IN IT AND THE VERDICT FORM AND YOU WILL BEGIN

4    YOUR DELIBERATIONS.

5         I KNOW IT IS THE LUNCH TIME NOW, IF ANY JUROR DECIDES TO

6    LEAVE THE JURY ROOM TO GO TO LUNCH OR TO DO ANYTHING ELSE, THE

7    REMAINING JURORS MAY NOT DELIBERATE.  SO YOU ALL NEED TO BE

8    PRESENT FOR YOUR DELIBERATIONS BECAUSE YOUR DELIBERATIONS MUST

9    BE TOGETHER AND YOUR VERDICT MUST BE UNANIMOUS.

10        SO IF YOU DECIDE TO TAKE A LUNCH BREAK, LET MY DEPUTY KNOW

11   YOU ARE TAKING A LUNCH BREAK AND YOU CAN TAKE WHATEVER SCHEDULE

12   YOU WISH.  BUT WHATEVER SCHEDULE YOU SET, PLEASE ALL BE PRESENT

13   FOR THE DELIBERATIONS SO THAT YOU ALL PARTICIPATE IN THE

14   CONCLUSION.

15        YOUR SCHEDULE IS YOUR OWN FROM HERE, WITH THESE

16   PARAMETERS, EVEN IF YOU WANTED TO COME ON THE WEEKEND, YOU MAY

17   NOT, THE COURTHOUSE IS CLOSED ON THE WEEKEND.  AND AT 6:00

18   TODAY, THE BUILDING WILL BE CLOSING.  SO WITHIN THOSE

19   PARAMETERS, YOUR SCHEDULE IS YOUR OWN.

20        GOOD LUCK, AND THANK YOU FOR YOUR ATTENTION AND

21   DELIBERATIONS.

22        WE ARE IN RECESS.

23        (THE PROCEEDINGS WERE HELD OUT OF THE PRESENCE OF THE JURY

24   AT 12:18 P.M.)

25             THE COURT:  ALL RIGHT.  THANK YOU, AND

1     CONGRATULATIONS FOR MAKING IT TO THIS PHASE, MUCH APPRECIATED.

2         JUST A FEW MOMENTS OF GUIDANCE.  WE WILL FIND OUT IF THE

3     JURORS ARE TAKING A LUNCH BREAK, I WOULD EXPECT THAT THEY

4     WOULD.  SO MY REMINDER TO ALL PARTIES AND YOUR COUNSEL,

5     CONTINUE TO AVOID THE JURORS.  IF YOU SEE THEM GOING OUT OF THE

6     BUILDING OR COMING BACK IN THE BUILDING DURING THIS PHASE,

7     PLEASE DON'T COMMUNICATE WITH THEM, JUST LET THEM GO BY WITHOUT

8     ANY COMMUNICATION.

9         IF YOU WILL, PLEASE LEAVE MY DEPUTY A PHONE NUMBER FOR

10    COUNSEL TO REACH YOU IF THERE'S A QUESTION FROM THE JURY,

11    SOMETIMES THE JURORS HAVE QUESTIONS, AND IF THEY DO HAVE A

12    QUESTION, I NEED TO CONSULT WITH THE ATTORNEYS BEFORE

13    RESPONDING TO THE QUESTION.  SO IF YOU WOULD PROVIDE YOUR PHONE

14    NUMBER, THEN SHE CAN ALERT YOU RIGHT AWAY THAT THERE IS A

15    QUESTION OR A VERDICT.

16        AND YOU ARE WELCOME TO STAY IN THE COURTROOM, YOU ARE NOT

17    REQUIRED TO LEAVE, WE HAVE NO OTHER BUSINESS GOING ON, SO YOU

18    CAN STAY HERE IF YOU WISH TO, BUT I WOULD LIKE YOU TO BE NO

19    MORE THAN FIVE MINUTES AWAY FROM HERE, AND THAT'S BECAUSE OF

20    THE LIKELIHOOD OF A QUESTION OR A VERDICT IN ANY MOMENT IN TIME

21    SO WE CAN BE PROMPT IN ANSWERING IT.

22        SO THAT'S MY REQUEST.

23        ONCE WE GET A VERDICT, JUST TO REVIEW THE PROCESS AT THE

24    END, WE WILL BRING THE JURY IN, I WILL HAVE MY DEPUTY READ THE

25    JURY'S VERDICT IN OPEN COURT AND ASK THE PRESIDING JUROR TO

1       CONFIRM THAT THAT'S THE JURY'S UNANIMOUS VERDICT.

2           IF EITHER PARTY WISHES TO POLL INDIVIDUAL JURORS, MEANING

3       ASK EACH OF THE JURORS WHAT THEIR VOTE IS, YOU MAY ASK THAT AND

4       WE WILL ASK EACH OF THE INDIVIDUAL JURORS TO CONFIRM THAT THE

5       VERDICT IS THEIR TRUE VERDICT.

6           AND ONCE WE HAVE DONE THAT, I WILL ASK YOU IF THERE'S ANY

7       REASON WE CAN NOT EXCUSE THE JURY.  AND IF THERE'S NO REASON WE

8       CAN'T EXCUSE THE JURY, THE JURY'S SERVICE WILL BE CONCLUDED AND

9       I WILL GIVE THEM A SHORT INSTRUCTION THAT THEIR SERVICE AS

10      JURORS HAS CONCLUDED AND THEY MAY THEN SPEAK ABOUT THE CASE

11      PUBLICLY, WITH THEIR FAMILY AND FRIENDS, INCLUDING YOU, THE

12      RESTRICTIONS ON THEIR DISCUSSING THE CASE WILL BE CONCLUDED.

13          I WILL THEN TAKE THE JURORS BACK INTO THE COURTROOM TO

14      COLLECT THEIR BADGES AND TO THANK THEM.  AT THAT MOMENT, I WILL

15      GIVE THEM AN OPPORTUNITY, IF THEY WISH TO, TO COME BACK TO THE

16      COURTROOM WITH THEIR SERVICE COMPLETED, TO SPEAK WITH THE

17      PARTIES AND COUNSEL.

18          SOMETIMES THE JURORS WANT TO TALK MORE WITH THE ATTORNEYS

19      ABOUT THE CASE AND HOW IT WAS PRESENTED AND SOMETIMES THEY DO

20      NOT.  I DON'T KNOW IF THIS JURY WILL WANT TO OR NOT.  AND YOU

21      ALSO MAY WANT TO SPEAK WITH THEM OR YOU MAY NOT, I DON'T KNOW

22      WHAT YOUR INTERESTS ARE, BUT SOMETIMES YOU CAN LEARN SOMETHING

23      FROM THE JURORS ABOUT -- FOR THE ATTORNEYS -- YOUR MANNER OF

24      PRESENTATION, HOW YOU PUT THE EVIDENCE IN, WHAT YOUR ARGUMENTS

25      WERE.  YOU MIGHT LEARN SOMETHING FROM THEIR FEEDBACK THAT YOU

1    OTHERWISE -- IT'S FEEDBACK YOU MIGHT NOT OTHERWISE GET, SO IT

2    CAN BE A WAY FOR YOU TO LEARN FROM THEM IN A WAY THAT'S LESS

3    FORMAL THAN THROUGH THEIR VERDICT.

4         SO I WILL GIVE THEM THE OPPORTUNITY, IF THEY WISH TO, TO

5    COME BACK INTO THE COURTROOM, I WILL NOT BE HERE, IT'S AN

6    OPPORTUNITY FOR THEM TO TALK WITH YOU ABOUT THE VERDICT, IF YOU

7    WISH TO.

8         I WILL ALSO TELL THEM THAT IF THEY DON'T WANT TO COME BACK

9    IN THE COURTROOM, THEY DON'T HAVE TO TALK ABOUT THE CASE WITH

10   YOU, THEY CAN LEAVE, AND MY REQUEST TO YOU IS TO RESPECT THEIR

11   CHOICE.  IF THEY DECIDE THEY DON'T WANT TO COME SPEAK WITH YOU,

12   THEN YOU LET THEM LEAVE THE COURTHOUSE WITHOUT INTERRUPTION,

13   BECAUSE THEY WILL BE COMMUNICATING THAT THEY DON'T WANT TO

14   SPEAK ABOUT IT FURTHER.

15        ANY GUIDANCE ON WHETHER THEY ARE TAKING A LUNCH BREAK?

16            THE CLERK:  THEY ARE GOING TO STAY FOR NOW.

17            THE COURT:  I'VE ASKED THE PARTIES TO PROVIDE YOU A

18    PHONE NUMBER FOR THEIR LEAD COUNSEL AND TO BE WITHIN FIVE

19    MINUTES IF THERE ARE ANY QUESTIONS.

20        ALL RIGHT.  SO THANK YOU VERY MUCH AGAIN.  WE WILL HAVE

21   FURTHER OPPORTUNITIES TO TALK, BUT WE WILL BE IN RECESS NOW

22   STANDING BY TO SEE IF THE JURORS HAVE ANY QUESTIONS FOR THE

23   COURT.

24        THANK YOU VERY MUCH.

25        (WHEREUPON A RECESS WAS TAKEN.)

1          (THE PROCEEDINGS WERE HELD OUT OF THE PRESENCE OF THE JURY

2     AT 1:41 P.M.)

3               THE COURT:  ALL RIGHT.  GOOD AFTERNOON.  PLEASE BE

4      COMFORTABLE.

5          WE HAVE BEEN INFORMED THAT THERE IS A VERDICT FROM THE

6     JURY.  SO AS I INSTRUCTED SHORTLY AGO, WE WILL BRING THE JURY

7     OUT, WE WILL READ THE VERDICT HERE IN OPEN COURT AND ASK THE

8     PRESIDING JUROR TO CONFIRM IT'S THE VERDICT OF ALL THE JURY.

9          IF EITHER PARTY WISHES TO POLL THE INDIVIDUAL JURORS, I

10    WILL ASK YOU AND WE WILL POLL THEM INDIVIDUALLY.  AND THEN

11    UNLESS THERE'S ANY OBJECTION, I WILL EXCUSE THE JURORS FROM

12    THEIR SERVICE AND TODAY'S COURTROOM ACTIVITY WILL BE COMPLETED.

13    SO THAT'S WHAT TO EXPECT.

14         WHEN WE ARE READING THE VERDICT, PLEASE DO BE RESPECTFUL

15    AND QUIET SO EVERYBODY CAN HEAR THE VERDICT AS IT'S BEING READ

16    BEFORE ANY REACTION.

17         ALL RIGHT.  THE PLAINTIFFS ARE BOTH HERE NOW, LET'S BRING

18    IN THE JURY.

19              (JURY IN AT 1:43 P.M.)

20              THE COURT:  ALL RIGHT.  OUR JURORS HAVE RETURNED FOR

21     A FINAL TIME.  EVERYONE MAY BE SEATED.

22         LET ME EXPLAIN TO OUR JURY WHAT'S GOING TO OCCUR IN THIS

23    PHASE.  WE RECEIVED A VERDICT FORM COMPLETED BY YOU.  MY DEPUTY

24    IS GOING TO READ THE VERDICT HERE IN OPEN COURT.  YOU SHOULD

25    EACH LISTEN, PLEASE, AND MAKE SURE THAT IT TRACKS TO WHAT YOU

1    HAVE AGREED UPON BACK IN THE JURY ROOM.  SHE WILL ASK THE

2    PRESIDING JUROR TO CONFIRM THAT THE VERDICT READ IS THE VERDICT

3    OF THE UNANIMOUS JURY.

4         I WILL THEN ASK THE PARTIES IF THEY WISH TO POLL YOU

5    INDIVIDUALLY.  POLLING JUST MEANS TO ASK YOU TO CONFIRM THAT

6    THE VERDICT READ IS YOUR VERDICT AND TO MAKE SURE IT'S A

7    UNANIMOUS VERDICT.

8         AND ONCE THAT'S COMPLETED, YOUR SERVICE WILL BE CONCLUDED.

9    I WILL GIVE YOU A FEW FINAL INSTRUCTIONS, JUST RETURNING YOU TO

10   FULL CIVILIAN LIBERTY AND TO THANK YOU FOR YOUR SERVICE AS

11   JURORS.  I WILL THANK YOU NOW FOR YOUR DILIGENCE BEING HERE

12   THROUGHOUT THE WEEK AND IN THE SERIOUSNESS AND PURPOSE YOU

13   BROUGHT TO THIS IMPORTANT DEMOCRATIC PROCESS, AND THE PARTIES

14   CAN THANK YOU AS WELL AFTERWARDS.  BUT EVERYONE IS INTERESTED

15   TO HEAR THE VERDICT, SO I'M GOING TO TURN TO THAT NEXT.

16        I WILL ASK MY DEPUTY TO PLEASE READ THE VERDICT RETURNED

17   TO US BY THE JURY.

18             THE CLERK:  YES, YOUR HONOR.

19        LADIES AND GENTLEMEN OF THE JURY, LISTEN TO YOUR VERDICT

20   AS IT WILL STAND RECORDED.

21        CASE NUMBER 22-1932.  PALM STREET CAPITAL, LLC, ET AL.

22   VERSUS CAIXING XIE.

23        ALLEGED CONTRACT NUMBER ONE, EXHIBITS P1 AND P15.

24        FOR PLAINTIFF HAILING YU AND ALLEGED CONTRACT NUMBER ONE,

25   EXHIBIT P15:

1           1.  DID HAILING YU AND CAIXING XIE ENTER INTO A CONTRACT

2      IN MAY 2017?

3           ANSWER:  YES.

4           2.  DID CAIXING XIE FAIL TO DO SOMETHING THAT THE CONTRACT

5      REQUIRED HIM TO DO?

6           ANSWER:  YES.

7           3.  WAS HAILING YU HARMED BY CAIXING XIE'S BREACH OF

8      CONTRACT.

9           ANSWER:  YES.

10          4.  WHAT ARE HAILING YU'S DAMAGES?

11          ANSWER:  $1,033,300.

12          5.  WHEN DID THE BREACH OF CONTRACT OCCUR?

13          ANSWER:  FEBRUARY 7, 2020.

14          FOR PLAINTIFF PALM STREET CAPITAL LLC AND ALLEGED CONTRACT

15     NUMBER ONE, EXHIBIT P1.

16          6.  DID PALM STREET CAPITAL, LLC AND CAIXING XIE ENTER

17     INTO A CONTRACT IN MAY 2017?

18              ANSWER:  YES.

19          7.  DID CAIXING XIE FAIL TO DO SOMETHING THAT THE CONTRACT

20      REQUIRED HIM TO DO?

21          ANSWER:  YES.

22          8.  WAS PALM STREET CAPITAL, LLC HARMED BY CAIXING XIE'S

23      BREACH OF CONTRACT?

24          ANSWER:  YES.

25          9.  WHAT ARE PALM STREET CAPITAL, LLC'S DAMAGES?

```
1          ANSWER:  $1,033,300.

2          10.  WHEN DID THE BREACH OF CONTRACT OCCUR?

3          ANSWER:  FEBRUARY 7, 2020.

4          IT IS SIGNED BY WILLIAM MINUGH ON JUNE 21ST, 2024.

5               THE COURT:  ALL RIGHT.

6          MR. MINUGH, IS THAT THE JURY'S UNANIMOUS VERDICT?

7               MR. MINUGH:  YES.

8               THE COURT:  MR. LIU, WOULD YOU LIKE TO POLL

9     INDIVIDUAL JURORS?

10              MR. LIU:  YES, CAN WE DO THAT PLEASE, YOUR HONOR.

11              THE COURT:  WE WILL DO THAT.

12         WE WILL ASK EACH OF YOU TO CONFIRM THAT THE VERDICT READ

13    IS YOUR VERDICT.  ONE MOMENT.

14              THE CLERK:  NOLAN JOHNSON, IS THIS YOUR VERDICT?

15              JUROR:  YES.

16              THE CLERK:  TRAVIS KHONG, IS IN YOUR VERDICT?

17              JUROR:  YES.

18              THE CLERK:  ESTELA GUERRERO, IS THIS YOUR VERDICT?

19              JUROR:  YES.

20              THE CLERK:  LLOYD MOORE, IS THIS YOUR VERDICT?

21              JUROR:  YES.

22              THE CLERK:  WILLIAM MINUGH, IS THIS YOUR VERDICT?

23              JUROR:  YES.

24              THE CLERK:  RAJ VAKIL, IS THIS YOUR VERDICT?

25              JUROR:  YES.
```

1          THE CLERK:  MARK ULM, IS THIS YOUR VERDICT?

2          JUROR:  YES.

3          THE CLERK:  AIRONG YU, IS THIS YOUR VERDICT?

4          JUROR:  YES.

5          THE CLERK:  YOUR HONOR, THE VERDICT IS UNANIMOUS.

6          THE COURT:  THANK YOU.

7       THE COURT ACCEPTS THE UNANIMOUS VERDICT OF THE JURY.

8       MR. LIU, IS THERE ANY REASON I SHOULD NOT EXCUSE THE JURY

9    FROM THEIR SERVICE AT THIS TIME?

10         MR. LIU:  NO, YOUR HONOR.

11         THE COURT:  MR. JEW, IS THERE ANY REASON I SHOULD NOT

12   EXCUSE THE JURY AT THIS TIME?

13         MR. JEW:  NO, YOUR HONOR.  I THANK YOU AND EVERYONE.

14         THE COURT:  THANK YOU.  I JOIN THAT.

15      AND YOUR SERVICE IS NOW COMPLETE AND I WILL TELL YOU

16   WHAT'S GOING TO OCCUR NEXT, LOGISTICALLY.

17      FIRST, YOUR FULL FIRST AMENDMENT RIGHTS ARE RETURNED TO

18   YOU.  I'VE GIVEN YOU SOME ADMONITIONS THIS WEEK ABOUT NOT

19   DISCUSSING THE CASE WITH ANYONE AND NOT DOING YOUR

20   INVESTIGATION.  THAT LIMITATION IS OVER, YOU CAN DISCUSS YOUR

21   JURY SERVICE WITH ANYONE YOU LIKE, YOU CAN DO ANY INVESTIGATION

22   YOU LIKE, YOU CAN LOOK UP THINGS ON THE INTERNET AGAIN, AND GO

23   ANYWHERE YOU WISH.  THE LIMITATIONS I PLACED ON YOU ARE NOW

24   OVER AND YOUR FULL FIRST AMENDMENT RIGHTS ARE RETURNED.

25      IN A MOMENT, WE WILL GO BACK INTO THE JURY ROOM AND MY

1    DEPUTY WILL COLLECT YOUR BADGES, UNFORTUNATELY THOSE ARE NOT

2    SOUVENIRS, WE WILL USE THEM FOR OUR NEXT JURY.  I WILL COME IN

3    VERY QUICKLY TO THANK YOU AS WELL IN PERSON.

4         AND ALSO, IF YOU HAVE ANY QUESTIONS OR FEEDBACK ABOUT THE

5    PROCESS, I'M NOT COMING IN TO TELL YOU MORE ABOUT THE CASE OR

6    TO GIVE YOU SOME NEW EVIDENCE, BUT IF YOU HAVE ANY IMMEDIATE

7    FEELINGS ABOUT THE PROCESS OF BEING A JUROR IN THIS COURTHOUSE,

8    WE DO BENEFIT FROM THE FEEDBACK BECAUSE WE WILL HAVE MORE

9    JURIES COMING IN SOON, BOTH IN THE COURTHOUSE AND IN THIS

10   COURTROOM, AND WE WANT TO DO BETTER EACH TIME.  AND THERE ARE

11   SOME THINGS WE COULD HAVE DONE BETTER THIS TIME, BUT I MOSTLY

12   BENEFIT FROM HEARING FROM YOU AS TO YOUR EXPERIENCE, SO I WILL

13   DO THAT BRIEFLY.

14        AFTER THAT, IF YOU WOULD LIKE TO GIVE ANY FEEDBACK TO THE

15   ATTORNEYS IN THE COURTROOM, YOU ARE PERMITTED TO.  IF YOU WANT

16   TO TALK WITH THEM, YOU CAN TALK WITH THEM, THEY WILL BE IN THE

17   COURTROOM.  AND I'VE TOLD THEM THAT IF YOU WANT TO SPEAK WITH

18   THEM, YOU CAN SPEAK WITH THEM.  IF YOU WOULD NOT LIKE TO SPEAK

19   WITH THEM, I'VE ASKED THEM TO RESPECT THAT CHOICE AS WELL AND

20   WE WILL HAVE YOU NOT EXIT BACK THROUGH THE COURTROOM, WE WILL

21   HAVE YOU EXIT THROUGH A DIFFERENT EXIT.  AND I'VE ASKED THEM

22   NOT TO PURSUE YOU BECAUSE YOU HAVE -- YOU CAN SPEAK WITH ANYONE

23   YOU WISH AT THIS MOMENT.  AND SOMETIMES JURORS ACTUALLY WANT TO

24   GIVE MORE FEEDBACK TO THE ATTORNEYS ABOUT HOW THEY DID.  THEY

25   CAN LEARN FROM THE PROCESS AS WELL, AND YOU'VE BEEN LISTENING

1    TO THEM SO YOU MIGHT HAVE VALUABLE FEEDBACK.

2         IF YOU DO DECIDE TO TALK WITH THE ATTORNEYS, I WOULD

3    SUGGEST THAT YOU BE RESPECTFUL OF YOUR OTHER FELLOW JURORS AS

4    TO COMMUNICATING SOMETHING ABOUT WHAT SOMETHING ELSE THOUGHT

5    ABOUT THE CASE, BECAUSE YOUR OTHER JURORS MAY NOT WANT TO HAVE

6    WHAT THEY SAID IN THE JURY ROOM TO BE SHARED WITH OTHERS.

7         SO IT'S NOT AN ORDER, JUST A REQUEST TO BE RESPECTFUL OF

8    WHAT OTHER JURORS MIGHT FEEL ABOUT THE EXPERIENCE AND JUST

9    SHARE YOUR OWN EXPERIENCE, IF YOU WISH TO, TO GIVE FEEDBACK TO

10   THE ATTORNEYS OR TO ANYONE ELSE IN THE WORLD ABOUT WHAT

11   OCCURRED HERE DURING THIS TRIAL.

12        SO WITH THAT ADMONISHMENT, YOUR SERVICE IS CONCLUDED.  MY

13   DEPUTY WILL TAKE YOU BACK IN THERE, I WILL MEET YOU JUST VERY

14   BRIEFLY FOR A MOMENT AND THEN YOU CAN ADVANCE TO THE WEEKEND

15   WITH OUR THANKS VERY MUCH.

16        YOU ARE EXCUSED.

17        (THE PROCEEDINGS WERE HELD OUT OF THE PRESENCE OF THE JURY

18   AT 1:51 P.M.)

19          THE COURT:  ALL RIGHT.  SO A FEW MORE THINGS ON THE

20    RECORD BEFORE I FORGET.

21        I WILL WAIT TO ENTER JUDGMENT UNTIL A FEW THINGS.  I WOULD

22   ASK YOU TO CONFER WITH EACH OTHER AND TO EITHER AGREE TO, OR IF

23   YOU CAN'T AGREE, FILE PROPOSED JUDGMENTS BY NEXT THURSDAY,

24   JUNE 27TH.

25        AND THE REASON I CAN'T ENTER JUDGMENT NOW IS THAT THERE IS

1    A CALCULATION OF PREJUDGMENT INTEREST BASED ON THE JURY

2    VERDICT, AND YOU CAN HELP ME WITH THE -- YOU MIGHT AGREE ON THE

3    MATH, OR IF YOU CAN'T AGREE ON THE MATH, YOU CAN TELL ME WHAT

4    YOUR PROPOSALS ARE AS TO THE PREJUDGMENT INTEREST THAT SHOULD

5    BE ADDED TO THE JURY'S DETERMINATION OF THE DAMAGES.  SO THAT

6    WOULD BE THE NEXT THURSDAY.

7         AND FOR YOUR CALCULATION PURPOSES, I WOULD INTEND TO ISSUE

8    THE JUDGMENT NEXT FRIDAY, JUNE 28TH.

9         MR. LIU:  THANK YOU, YOUR HONOR.

10        THE COURT:  THERE ARE DEADLINES SET FORTH IN THE

11   RULES OF CIVIL PROCEDURE, AND OUR LOCAL RULES FOR POST-JUDGMENT

12   EVENTS, THOSE RULES -- THE DEADLINES FOR THE RULES APPLY, I

13   HAVE NOT EXTENDED THEM BY SOME ORDER.

14        IF YOU SEEK TO EXTEND THEM, YOU SHOULD STIPULATE OR FILE A

15   MOTION, BUT THE RATIONAL OF THOSE DEADLINES IS TO GET FINALITY

16   AND TO GET THE CASE, NOT JUST THE TRIAL OVER WITH, BUT CONCLUDE

17   THE LITIGATION PROCESS.  SO BE MINDFUL OF THOSE, PLEASE, AND

18   TIMELY WITH ANY POST-JUDGMENT MOTIONS OR OBJECTIONS THAT NEED

19   TO BE FILED.

20        I HAVE PERMITTED UNTIL TOMORROW AT 5:00 FOR THE DEFENSE TO

21   FILE FURTHER INFORMATION OR ARGUMENTS ON THE SUBJECT MATTER

22   JURISDICTION QUESTION.

23        MR. JEW, DO YOU HAVE ANYTHING FURTHER THAT YOU DO INTEND

24   TO FILE?

25        MR. JEW:  YES, YOUR HONOR.  WE WILL HAVE TO FILE IT

1     BEFORE 5:00 TODAY.

2          THE COURT:  OKAY.  I ACTUALLY GAVE YOU UNTIL 5:00

3     TOMORROW, BUT IF YOU FILE IT BY 5:00 TODAY, THAT'S FINE TOO.

4     ALL RIGHT.  I WILL REVIEW THAT.

5          IF THERE IS A NEED FOR A FURTHER EVIDENTIARY HEARING, I

6     DON'T KNOW THAT THERE WILL BE, BUT IF THERE IS A NEED FOR

7     FURTHER HEARING, I WILL PROVIDE NOTICE TO YOU AND WE WILL SET A

8     HEARING DATE ON THE EVIDENTIARY SUBJECT MATTER JURISDICTION

9     QUESTIONS.

10         FINAL REMINDER THAT THE JURY QUESTIONNAIRES THAT YOU

11    RECEIVED AT THE BEGINNING OF THE WEEK, AFTER THE END OF THE

12    CASE, MEANING ANY APPEAL, YOU NEED TO EITHER RETURN OR DESTROY

13    THOSE AND CERTIFY THAT YOU'VE DESTROYED THEM.

14         ALL RIGHT THEN.  THANK YOU VERY MUCH.  I HOPE YOU HAVE A

15    GREAT WEEKEND.  AND I WILL -- AGAIN, I WILL LET THE JURORS, IF

16    THEY WANT TO, COME IN TO SEE YOU.

17         WE ARE AT RECESS.  IT'S BEEN A PLEASURE.

18         MR. LIU:  THANK YOU, YOUR HONOR.  I APPRECIATE THE

19    COURT'S TIME.

20         (THE PROCEEDINGS WERE CONCLUDED AT 1:53 P.M.)

21

22

23

24

25

1

2

3

4                         **CERTIFICATE OF REPORTER**

5

6

7

8              I, THE UNDERSIGNED OFFICIAL COURT

9      REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10     THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11     FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12     CERTIFY:

13              THAT THE FOREGOING TRANSCRIPT,

14     CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM

15     THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED

16     MATTER.

17

18

19

20

21

22

23

24     _____

25     SUMMER A. FISHER, CSR, CRR
       CERTIFICATE NUMBER 13185          DATED: 6/27/24