UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, et al.,<br>    Plaintiffs,<br>    v.<br>CAIXING XIE,<br>    Defendant. | Case No. 22-cv-01932-NC<br><br>**JUDGMENT** |

The Court conducted a four-day jury trial in this matter. Plaintiffs Hailing Yu, Palm Street Capital LCC, and Jing Liao brought breach of contract and related claims against Defendant Caixing Xie. Before the case went to the jury, Plaintiffs voluntarily dismissed without prejudice Plaintiff Jing Liao's claims and claims on "contract 2" (the alleged February 7, 2020, written contract with Defendant Xie), claims under California Business and Professions Code § 17200, and claims for specific performance. *See* ECF 172. Xie did not oppose dismissal without prejudice. *See* Trial Tr. 365:9–24. The dismissed claims have not been adjudicated on the merits.

On the remaining claims, as determined by the unanimous jury verdict returned in this case on June 21, 2024, Judgment is entered under Fed. R. Civ. P. 58 as follows:

1. Hailing Yu and Caixing Xie entered into a contract in May 2017. Xie breached that contract on February 7, 2020. Yu was harmed by the breach and is awarded $1,033,300 in damages.

United States District Court
Northern District of California

2. Palm Street Capital LLC and Caixing Xie entered into a contract in May 2017. Xie breached that contract on February 7, 2020. Palm Street Capital LLC was harmed by the breach and is awarded $1,033,300 in damages.

The May 2017 contracts did not set a legal rate of interest for breach of contract, so the Court applies the statutory rate of 10 percent per annum to calculate prejudgment interest. *See* Cal. Code Civ. Proc. § 3289(b). 10 percent annual interest on $1,033,300 from the date of breach, February 7, 2020, to the date of judgment, June 28, 2024, is $453,802.71.

Accordingly, Judgment is entered in favor of Plaintiff Hailing Yu and against Defendant Caixing Xie in the amount of $1,487,102.71 and in favor of Plaintiff Palm Street Capital LLC and against Defendant Caixing Xie in the amount of $1,487,102.71.

This Court retains jurisdiction to adjudicate attorney's fees and costs, and post-trial motions.

**IT IS SO ORDERED.**

Dated: June 28, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge