UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALM STREET CAPITAL LLC, and others,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CAIXING XIE,<br><br>　　　　　Defendant. | Case No. 22-cv-1932 NC<br><br>**ORDER TO SHOW CAUSE TO COUNSEL TO E-FILE NOTICE OF APPEARANCE** |

On August 15, 2024, two documents were filed in this case: (1) ECF 180, proposed abstract of judgment; and (2) ECF 181, notice of lien. The Court is confused by these documents. In the ECF system, both documents indicate they were filed by attorney Hillary Baca on behalf of defendant Caixing Xie. But on the face of the documents, it appears they were filed by attorney A. Jeanne Grove on behalf of plaintiff Hailing Yu.

The Court's confusion may arise in part from the fact that it does not appear that Hillary Baca and A. Jeanne Grove have filed a notice of appearance in this case. N.D. California Civil Local Rule 5-1(c)(2)(A) requires that "A Notice of Appearance must be e-filed whenever counsel joins a case." Accordingly, attorneys Baca and Grove are ordered to e-file notices of appearance by August 23, 2024, or to show cause as to why the Court should not strike ECF 180, 181, and 182 (responding to ECF 180) as improperly filed.

**IT IS SO ORDERED.**

Dated: August 16, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge