| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA Form CAND 133 (Rev. 10/2021) | BILL OF COSTS *Please follow the instructions on page 3 when completing this form.* | COURT USE ONLY OBJECTION DEADLINE: 7/18/2024 OBJECTION FILED: YES ☒  No ☐ |
|---|---|---|

| 1. CASE NAME Palm Street Capital LLC et. al. vs. Caixing Xie et. al. | 2. CASE NUMBER 5:22-cv-01932-NC | 3. DATE JUDGMENT ENTERED 06/28/2024 | 4. PARTY AGAINST WHOM JUDGMENT WAS ENTERED Caixing Xie |
|---|---|---|---|
| 5. NAME OF CLAIMING PARTY Plaintiffs Palm Street Capital LLC and Hailing Yu | 6. NAME OF ATTORNEY FOR CLAIMING PARTY (or indicate "PRO SE") Zheng Liu, SBN 279327 | | 7. PHONE AND EMAIL OF CLAIMING PARTY, IF PRO SE 650-475-6289, Andy.liu@aptumlaw.us |

8. REQUEST TO TAX THE FOLLOWING AS COSTS:                                (SHADED AREAS ARE FOR COURT USE ONLY)

| COST ITEM | AMOUNT CLAIMED | LIST SUPPORTING DOCUMENTATION | Amt Allowed | Disallowed | Disallowance Reason |
|---|---|---|---|---|---|
| a. FEES OF THE CLERK AND FOR SERVICE OF PROCESS | | | | | |
| Filing Fees and Docket Fees, Civil LR 54-3(a)(1), 18 U.S.C. 1923 | $402 | ECF #1 - (Filing fee $402, receipt number ACANDC-17031039) See also Declaration of Zheng Liu ¶. 2) | $402.00 | | |
| Service of Process, Civil LR 54-3(a)(2) | $600 | $200. See ECF #10 - Proof of Service of Summons and Complaint (Total fee $200). See also Declaration of Zheng Liu ¶. 3) $200 - Service of Process for Subpoenas on Bank of America. Declaration of Zheng Liu ¶. 4. $200 - Service of Process for Subpoenas on First American Title Company. Declaration of Zheng Liu ¶. 5. | | $600.00 | B - Supporting documentation does not support full amount claimed |
| b. REPORTERS' TRANSCRIPTS | | | | | |
| Transcripts for appeal, Civil LR 54-3(b)(1) | $3939.6 | $3336.60 trial transcript (next day delivery) charged by Irene Rodriguez. Declaration of Zheng Liu ¶. 6, Ex. A $603 trial transcript (next day delivery) charged by Irene Summer Fisher. Declaration of Zheng Liu ¶. 7-8, Ex. B, see also ECF 175. | $3,336.60 | $603.00 | B - Supporting documentation does not support full amount claimed |
| Rulings from the bench, Civil LR 54-3(b)(2) | | | | | |
| Other transcripts (by order or stipulation), Civil LR 54-3(b)(3) | | | | | |
| c. DEPOSITIONS | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Deposition transcript/video recording, Civil LR 54-3(c)(1) | | | | | |
| Deposition exhibits, Civil LR 54-3(c)(3) | | | | | |
| Notary & reporter attendance fees, Civil LR 54-3(c)(4),(5) | | | | | |
| **d. REPRODUCTION, EXEMPLIFICATION** | | | | | |
| Government records, Civil LR 54-3(d)(1) | $800 | Obtaining copies for deed of trust, grant deeds from county recorder's office. Declaration of Zheng Liu ¶. 9. | | $800.00 | B - Supporting documentation does not support full amount claimed |
| Disclosure/formal discovery documents, Civil LR 54-3(d)(2) | $561.31 | $525 - Reproducing discovery documents from parties and producing the same for the opposing party. Declaration of Zheng Liu ¶. 10.<br><br>$36.31 cost paid to Bank of America for documents produced under subpoena.<br><br>Declaration of Zheng Liu ¶. 11.Ex. D. | $36.31 | $525.00 | B - Supporting documentation does not support full amount claimed |
| Trial exhibits, Civil LR 54-3(d)(4) | $474.55 | Declaration of Zheng Liu ¶. 12.Ex. E. | $74.55 | $400.00 | B - Supporting documentation does not support full amount claimed |
| Visual aids, Civil LR 54(d)(5) | $600 | Cost paid to third party to prepare PowerPoint used in closing argument.<br><br>Declaration of Zheng Liu ¶. 13. | | $600.00 | B - Supporting documentation does not support full amount claimed |
| **e. WITNESS FEES AND EXPENSES** | | | | | |
| Total from itemized Witness Fees worksheet,* Civil LR 54(e) | | | | | |
| **f. COURT-APPOINTED PROFESSIONALS, INTERPRETERS** | | | | | |
| Fees for special masters & receivers, Civil LR 54-3(f) | | | | | |
| Court-appointed experts, 28 USC § 1920(6) | | | | | |
| Interpreters and special interpretation services, 28 USC §§ 1828, 1920(6) | | | | | |
| **g. MISCELLANEOUS COSTS** | | | | | |
| Costs on appeal, Civil LR 54-3(g) & FRAP 39 | | | | | |
| Costs of bonds and security, Civil LR 54-3(h) | | | | | |

| TOTAL AMOUNT | $7,377.46 | | $ 3,849.46 | $ 3,528.00 | |

9. ADDITIONAL COMMENTS, NOTES, ETC:

10. **AFFIDAVIT PURSUANT TO 28 USC § 1924**: I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Name of Attorney/Claiming Party: Zheng Liu

SIGNATURE: *Zheng Liu* DATE: 07/03/2024

11. Costs are taxed in the amount of $3,849.46 and included in the judgment.

Mark B. Busby
Clerk of Court

BY: *signature* DATE: 10/4/2024

*WITNESS FEES/EXPENSES COMPUTATION WORKSHEET FOR ITEM 8.e OF REQUEST TO TAX COSTS (28 USC 1821)

| WITNESS NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | TRAVEL/MILEAGE | | TOTAL COST |
|---|---|---|---|---|---|---|---|
| | # Days | $ Cost | # Days | $ Cost | Travel Cost or # Miles POV | $ Cost | Per Witness |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | TOTAL WITNESS FEES/EXPENSES | | |