Docusign Envelope ID: D993702B-0C3A-46B2-B660-3C89F94D7C59

1  Jeanne Grove, State Bar No. 232312
   jgrove@nixonpeabody.com
2  Daniel Oren, State Bar No. 322426
   doren@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 32nd Floor
4  San Francisco, CA  94111
   Tel:  415-984-8200
5  Fax:  415-984-8300

6  Attorneys for Plaintiff
   PALM STREET CAPITAL LLC, et al.
7

8
                          UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11

12  PALM STREET CAPITAL LLC, et al.,          Case No. 22-cv-01932-NC

13                        Plaintiffs,         **PLAINTIFF'S RESPONSE TO OCTOBER 3, 2024 ORDER TO PLAINTIFFS AND THEIR COUNSEL CONCERNING PAST DUE TRIAL TRANSCRIPT INVOICES**
14        vs.

15  CAIXING XIE,

16                        Defendant.

17

18      Plaintiff Palm Street Capital LLC ("Plaintiff") hereby submits this response, in response

19  to this Court's order dated October 3, 2024, to demonstrate that Plaintiff has paid all past due

20  invoices for trial transcripts ordered in this case.

21      On October 3, 2024, this Court informed Plaintiff and their former attorney, Zheng Liu,

22  that Plaintiff and their counsel have not paid past due invoices for trial transcripts ordered by

23  Plaintiff in this case. The Court's October 3 order further required Plaintiff and attorney Liu to

24  file a response by October 17, 2024 showing that all past due invoices have been paid or

25  otherwise explaining why they have not been paid.

26      On June 27, 2024, this Court sent Plaintiff an invoice totaling $481.50 for trial transcripts

27

28

4855-6286-1296.1

- 1 -

PLAINTIFF'S REPSONSE TO OCTOBER 3, 2024 ORDER TO PLAINTIFFS AND THEIR COUNSEL CONCERNING PAST DUE TRIAL TRANSCRIPT INVOICES

Docusign Envelope ID: D993702B-0C3A-46B2-B660-3C89F94D7C59

that Plaintiff ordered on June 13, 2024. On August 26, 2024, this Court again sent Plaintiff an invoice totaling $1,336.60 for transcripts of proceedings in this case that Plaintiff ordered on June 13, 2024. On October 4, 2024, Plaintiff mailed two bank checks to this Court in the amounts of $1,336.60 and $481.50 to pay the aforementioned invoices.

Dated: October 17, 2024                    NIXON PEABODY LLP

                                           By: _____
                                           Jeanne Grove
                                           Daniel Oren
                                           Attorney for Plaintiff
                                           PALM STREET CAPITAL LLC, et al

4855-6286-1296.1

- 2 -

PLAINTIFF'S REPSONSE TO OCTOBER 3, 2024 ORDER TO PLAINTIFFS AND THEIR COUNSEL CONCERNING PAST DUE TRIAL TRANSCRIPT INVOICES